AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Jaenean Ligon, et al. <br><br> *Plaintiff* <br> v. <br> City of New York, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **12 CIV 2274** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of New York
c/o New York City Law Department
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexis Karteron
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: MAR 28 2012

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __City of New York__

was received by me on *(date)* __03/28/2012__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Dmitriy Aronov__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __New York City
Law Department, 100 Church St., New York, NY 10007__ on *(date)* __03/28/2012__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/28/2012__

*Server's signature*

__Daniel Mullkoff, Legal Fellow__
*Printed name and title*

125 Broad St., 19th Floor, New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc: