UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAENEAN LIGON, et al.                          :
                                               :
                                               :        **NOTICE OF MOTION**
Plaintiffs,                                    :        **FOR PRELIMINARY**
                                               :        **INJUNCTION**
        -versus-                               :
                                               :
CITY OF NEW YORK, et al.                        :        12 Civ. 2274 (SAS)(HBP)
                                               :
                                               :
                Defendants.                    :
----------------------------------------------------------X


        PLEASE TAKE NOTICE that starting on October 15, 2012, the plaintiffs will move for a

preliminary injunction enjoining the defendants from stopping on suspicion of trespass

individuals who are exiting, entering, or proximate to private apartment buildings enrolled in the

New York City Police Department's "Operation Clean Halls" (also known as the "Trespass

Affidavit Program") in the Bronx, New York, in the absence of lawful bases justifying such

stops.   The plaintiffs further request that the Court order the defendants to take all steps

necessary to ensure implementation of the preliminary injunction, including but not limited to

monitoring and reviewing all such stops, conducting appropriate training, engaging in sufficient

supervision, and reporting to the Court and the parties about compliance with the injunction.

Respectfully submitted,


_____/s/  Alexis Karteron_____
Alexis Karteron
Christopher Dunn
Taylor Pendergrass
Daniel Mullkoff
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
akarteron@nyclu.org

J. McGregor Smyth, Jr.
Mariana Kovel
The Bronx Defenders
860 Courtlandt Avenue
Bronx, New York 10451
(718) 838-7878

Juan Cartagena
Foster Maer
Roberto Concepcion, Jr.
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, New York 10013
(212) 219-3360

John A. Nathanson
Tiana Peterson
Mayer Grashin
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022

*Attorneys for Plaintiffs*


Dated: September 24, 2012
          New York, New York