# EXHIBIT D

# STREET ENCOUNTERS

Stop, Question, and Frisk

Presented by NYPD LEGAL BUREAU

CONFIDENTIAL
L_NYC006805

# NYCHA/TAP BUILDINGS

- **NYCHA-** NYPD patrols New York City Housing Authority(NYCHA) building as an agent of NYCHA.
- A Trespass Affidavit Program (TAP) building is a residential multiple dwelling building in which the owner/authorized agent has granted the NYPD authorization to conduct vertical patrols.

38

CONFIDENTIAL

L_NYC006842

# NYCHA/TAP BUILDINGS

- The Four Levels of <u>DeBour</u> apply in the public areas of NYCHA and TAP buildings.

- MOS must have an objective credible reason (Level 1) to approach an individual.

- The presence of "No Trespassing" signs alone is not sufficient to approach an individual.

39

CONFIDENTIAL

L_NYC006843

# NYCHA/TAP BUILDINGS

- Observation of an individual exiting a NYCHA/TAP Building, without more, is not an objective, credible reason to approach that individual.

- MOS should be alert for suspicious activity and violations of NYCHA rules.

- MOS who have an objective, credible reason to approach should ask the individual:
    1) If he/she resides in the building
    2) If he/she is visiting a resident of the building
    3) If he/she has business in the building

40

CONFIDENTIAL

L_NYC006844

# NYCHA/TAP BUILDINGS

- If an individual's authority to be present in a NYCHA/TAP building is in question MOS should take steps to verify such authority:

    1) MOS may ask individual for identification or a building key.

    2) MOS may escort the individual to an building resident who can verify their permission to be on the premises. The individual must voluntarily accompany the MOS.

41

CONFIDENTIAL

L_NYC006845

# NYCHA/TAP BUILDINGS

- If an individual refuses to or is unable to explain their presence in a NYCHA/TAP building, the MOS should instruct the individual that they must leave or be subject to arrest.

- NOTE: False, inconsistent or evasive answers to Police questions may establish a higher level of intrusion (i.e., Level 2 or 3) or may be a basis to instruct the individual to leave the building.

42

CONFIDENTIAL

L_NYC006846