# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAENEAN LIGON, et al.                                    :
                                                        :
                                                        :
                                Plaintiffs,             :
                                                        :        12 Civ. 2274 (SAS)(HBP)
        -versus-                                        :
                                                        :
CITY OF NEW YORK, et al.                                :
                                                        :
                                                        :
                                Defendants.             :
------------------------------------------------------------X

## REPORT OF PLAINTIFFS' EXPERT DR. JEFFREY FAGAN

### July 27, 2012

## Table of Contents

**A.**    **Qualifications** ................................................................................................. 1

**B.**    **Summary of the Issue Addressed** ................................................................ 1

**C.**    **Data Sources** ................................................................................................ 2

**D.**    **Methods** ....................................................................................................... 5

       1.    Identifying Proximity Stops .................................................................. 5

       2.    Analyzing the Stop Factors for Proximity Stops .................................. 6

**E.**    **Proximity Stops in the Bronx in 2011** ........................................................ 7

       1.    1,857 Proximity Stops Identified ......................................................... 7

       2.    Demographic and Location Characteristics of Persons Stopped .............. 9

       3.    Examining Stop Factors ....................................................................... 11

       4.    Examining Additional Circumstances .................................................. 16

## Index of Tables

Table 1. Steps in Selection of 2011 Bronx Trespass "Proximity Stops ................................8

Table 2.  Race and Gender of Persons Subject to Proximity Stops (N, Percent*) ...........9

Table 3.  Age and Race of Persons Subject to Proximity Stops (N, Percent*)................ 10

Table 4. Frequency of Stop Factors Checked for Proximity Stops ..................................... 11

Table 5. Number of Stop Factors Checked ............................................................................ 12

Table 6. Proximity Stops with Only One Stop Factor.......................................................... 12

Table 7. Categories of Stop Factors Identified in Proximity Stops When "Other"
        Checked ........................................................................................................................ 13

Table 8. Designated Stop Factors (Alone or in Combination) Identified by Officers
        Making Proximity Stops ........................................................................................... 15

Table 9. Frequency of Searches, Frisks, and Use of Force Among Proximity Stops
        Identified in Table 8................................................................................................. 16

Table 10. Number of Additional Circumstances Checked for Proximity Stops
        Identified in Table 8................................................................................................. 16

Table 11. Frequency of Additional Circumstances Checked for Proximity Stops
        Identified in Table 8................................................................................................. 17

Table 12. Categories of Additional Circumstances When "Other" Checked for
        Proximity Stops Identified In Table 8 .................................................................. 18

Table 13. Top 20 Additional Circumstances (Alone or in Combination) for Proximity
        Stops Identified in Table 8 ..................................................................................... 19

## A. Qualifications

I am the Isidor and Seville Sulzbacher Professor of Law at Columbia Law School, and a Professor of Epidemiology in the Mailman School of Public Health at Columbia University. I also am a Senior Research Scholar at Yale Law School.  From July 2010 – June 2011, I was a Fellow at the Straus Institute for the Advanced Study of Law & Justice at New York University School of Law. I was the Director of the Center for Community and Law at Columbia Law School from 2003 – 2009, and again from September 2011 to the present. I was a Visiting Professor of Law at Yale Law School from July 2009 – June 2010. Prior to my appointment at Columbia University, I was Professor of Criminal Justice at Rutgers -The State University of New Jersey (1989-96), and Associate Professor, John Jay College of Criminal Justice in the City University of New York. I have co-authored three books and published numerous articles on law and social policy in professional peer-reviewed journals, law reviews, and other scholarly publications. I have received honors and awards from academic and professional associations. I have been appointed to scientific committees of the National Academy of Science, the National Institutes of Health, the American Society of Criminology, the National Science Foundation, and also to committees of other prestigious government agencies and several private foundations. I am a Fellow of the American Society of Criminology. I have a Ph.D. in Engineering from the University at Buffalo of the State University of New York. A summary of my curriculum vitae is presented in Appendix A.

## B. Summary of the Issue Addressed

In this litigation, the Plaintiffs challenge New York City's stop, arrest, search, citation, and arrest policies implemented pursuant to "Operation Clean Halls," also known as the "Trespass Affidavit Program" and "Formal Trespass Affidavit Program." Plaintiffs allege that pursuant to that program, officers patrol inside and around buildings that have been enrolled in Operation Clean Halls.  Plaintiffs allege that each year, the program results in thousands of illegal stops, searches, citations and arrests that have deprived them of their constitutional rights under the First, Fourth and Fourteenth Amendments, and that have resulted in violations of the Fair Housing Act and New York law.[1]

I have been asked to provide analysis and evidence related to Plaintiffs' request for interim injunctive relief that would bring an immediate end to one specific subset of unconstitutional police activity that Plaintiffs allege arises from the program: stops

---

[1] *See* Complaint, *Ligon et al. v. City of New York*, 12 Civ. 2274 (SAS) (HBP) (SDNY).

made by officers directly outside of buildings enrolled in the Operation Clean Halls program based *only* on suspicion that the individual stopped was engaged in criminal trespass in that building. I hereafter refer to these involuntary, police-initiated stops as "Proximity Stops." Plaintiffs' preliminary injunction motion is further narrowed by focusing only on the Bronx.

In this report, I provide statistical evidence and analysis, extracted from the City of New York's Stop, Question, and Frisk Database ("SQF Database"), to identify and assess Proximity Stops recorded by NYPD officers in UF-250 forms in the Bronx in 2011.

As a result of this analysis, I identified 1,857 Proximity Stops recorded in the SQF database in the Bronx in 2011. These stops occurred in front of 700 different Clean Halls buildings across all twelve police Precincts in the Bronx. Plaintiffs assert that these Proximity Stops are presumptively without justification. Plaintiffs also asked me to examine the stop factors for each of these Proximity Stops to determine whether any stop factor (or combination of stop factors) identified would provide a reasonable suspicion basis for an officer to stop a person outdoors for allegedly having trespassed inside of a Clean Halls building. Based on the parameters supplied to me by Plaintiffs' counsel, I identified, at minimum, 1,137 stops out of the 1,857 (61.2%) where the stop factors in the SQF database do not appear to provide any basis for stopping an individual only on suspicion of criminal trespass outside of a building enrolled in Operation Clean Halls.

### C.  Data Sources

Two data sources were used to conduct this analysis. The first source is the roster of buildings that the City identified as being enrolled in Operation Clean Halls, provided to the Plaintiffs by the City in this litigation. These lists contained 5,124 address records of buildings enrolled in Operation Clean Halls in the Bronx in 2011. The building addresses were then transformed into a latitude-longitude (x-y) coordinate using geographical mapping software.[2]

---

[2] The mapping software used was ArcGIS version 10.0. The basemap used was the LION streets shapefile, which is maintained and distributed by the NYC Department of City Planning. LION maps are available at: http://www.nyc.gov/html/dcp/html/bytes/dwnlion.shtml. The version of the LION file used was released in April 2012. Geocoding was performed using the LION's own preconfigured "locator" geocoding service, which geocodes addresses based on a single concatonated address field plus a "borocode" field. The geocode settings used (i.e. spelling sensitivity, minimum candidate score, minimum match score, and side and end offsets from street) were the default LION locator settings.

The second data source is the City's SQF database for 2011, which also was provided to the Plaintiffs by the City in this litigation.[3]   The SQF Database includes information about stops conducted by NYPD officers.  Specifically, when an NYPD officer conducts a stop, he or she should complete a NYPD form known as a "UF-250."  A copy of a UF-250 form is attached as Appendix B.  Information about each encounter recorded on a UF-250 form is subsequently entered into a digital database.  The UF-250 form contains several specific types of information relevant to this analysis, all of which are recorded in the SQF database.  The portion of the SQF database that was relevant to this analysis was all stops that occurred in the Bronx in 2011.

The UF-250 form includes the address location of each stop. For the purpose of identifying stops included in the SQF database that occurred at a building enrolled in Operation Clean Halls, the street address of each stop was transformed into an x-y coordinate using precisely the same geographical mapping process that was utilized to assign an x-y coordinate for each building.  As I describe in more detail below, each stop whose address location (x-y coordinate) matched the address location (x-y coordinate) of one of the Clean Halls buildings was considered a "match" for purposes of this analysis and included in the analysis.

The data also contain information in several places on the suspected crime that motivated the stop.  The first is the "detailCM" field, where the suspected crime is reliably and consistently coded into 113 numerical categories.  The code for criminal trespass is "31."  In addition, information about the suspected crime is contained in the "crimsusp" field, although the information in this field is frequently ambiguous as to the suspected crime (for example, when the entry simply shows "misdemeanor" or "MISD" or "MIS"), or is missing entirely.  Finally, information regarding the suspected crime is also occasionally contained in the "detailSA" field, where the officer may write-in an additional explanation of the circumstances for the stop.  The crimsusp and detailSA fields are completed by the officer by hand; there is no fixed set of entries.

In addition to information about the suspected crime, the UF-250 form includes information about whether the stop occurred indoors or outdoors.  The first piece of

---

The coordinate system used was the default LION coordinate system (NAD_1983_StatePlane_New_York_Long_Island_FIPS_3104_Feet). Using this method, 97% of the building street addresses successfully geocoded.

[3] Plaintiffs requested, and the City provided to them, a copy of the SQF database produced to the plaintiffs in *Floyd v. City of New York*, 08 Civ. 1034 (SAS) (SDNY), and *Davis v. City of New York*, 10 Civ. 0699 (SAS) (SDNY).

3

information is the "Outside" and "Inside" box on the UF-250 form. Officers mark this box to indicate whether the stop occurred outside or inside a building.[4] This box is nearly always checked on each form.

Additional information about whether the stop occurred inside or outside occasionally appears in two other fields on the UF-250 form. The first of these fields is called "Type of Location" on the UF-250 form, which appears to be labeled "premname" in the SQF database. This field is completed by the officer by hand; there is no fixed set of entries from which officers can select a response. The second of these fields is the detailSA variable in the SQF database. While the intended purpose of this field appears to be for the officer to record any "Other" reason for the stop (as described below), a review of the entries in this field revealed that officers enter other types of information in this field, such as information relevant to the location of the stop, including, for example, text stating simply "Clean Halls." The information contained in all these fields was used to select the stops relevant to this report.

The UF-250 form also includes information about the purported reasons for the stop. More specifically, this information indicates which among a fixed list of 10 specific indicia allegedly motivated the stop ("stop factors"). The officer selects from these 10 stop factors on Side 1 (the front) of the UF-250 form. One of these ten factors is a designation of "other." If the officer indicates "other," the officer may write additional details providing further explanation. These are recorded in the computerized data as a text string.

In addition to these stop factors, the back side of the UF-250 form contains a fixed list of 10 "additional circumstances" (again, including a category of "other"). Where "other" is checked, the officer may write in additional details, which are recorded in the SQF database as text strings.

Finally, the UF-250 also contains basic information on the suspect's demographic characteristics, including race and ethnicity. It also includes information regarding whether the stop involved a search, frisk, or the use of force.

---

[4] The "File Specifications for the 2011 SQF Database, provided by the City, record this variable as "inout" and labeled that variable as follows: "WAS STOP INSIDE OR OUTSIDE?" *See* NYPD Stop Question Frisk Database 2011 4Q File Specifications.

4

## D. Methods

The methods of analysis for this report involved two distinct steps. The first step was identifying the subset of 2011 Bronx stops that were Proximity Stops by isolating, among all the Bronx 2011 SQF data, just those stops that (a) identified trespass as the only crime suspected; (b) took place at a building enrolled in Operation Clean Halls; and (c) occurred outside the building. Once this group of presumptively unlawful Proximity Stops was identified, the second step involved an analysis of the stop factors recorded by the officer for making those stops. Each step is described in detail below.

### 1. Identifying Proximity Stops

Identifying Proximity Stops involved the five different steps outlined in Section C, above. The first step was to isolate in the SQF Database those stops that took place in the Bronx in 2011.

Second, stops where the suspected crime was trespass were isolated using the three following criteria: (1) the suspected crime was coded as "31" for criminal trespass; (2) the officer wrote an entry in the "crime suspected" field that indicated criminal trespass; or (3) the officer wrote an entry in the "other" stop factor field that indicated criminal trespass. A stop was designated as a "trespass stop" if it met any of these three criteria.[5]

The third step was to identify those trespass stops within this set that were connected to Clean Halls buildings. To identify these, trespass stops in this set were selected if their x-y coordinate was an exact match for an x-y coordinate for a Clean Halls building.

There are several reasons why this method almost certainly produced an undercount of the total number stops in the SQF database that are related to Clean Halls buildings. One reason is that police officers record some stop locations in

---

[5] The crimsusp and detailSA fields were searched for text strings that contain references to the offense of criminal trespass, as shown in Appendix C. Any record containing one of these text strings was classified as a stop for criminal trespass. Examples include: "CRIM TRESS", "CRIM TRES", "CRIM. TRESP.", CRIM TRESPASS", CRIMINAL TRESPASS", CRIMINAL TRESPASSING", "TRESPASS", "TRESPASSING", "C/T", "CT", "TRES","TRES(MIS)", "C.TRES" "CRIM TRE", "CRIM TREPASS", "CRIM TRES (MISD)", "CRIM TRESP","140.15", "140.1", "140.10", "140.17" MIS/CRIM TRES", "MISD/ CRIMINAL TRESPASS", "MISD/CRIM TRES", "MISD/CRIM TRESPASS", "CRIM TRESS/FEL".

5

general terms (e.g., a street corner, or an intersection of two streets) rather than an exact street address.[6]  It is likely that some of the stops characterized in this way took place in the proximity of a building enrolled in Operation Clean Halls, either because of their geographical proximity to the building or because another piece of information in the UF-250 recorded by the officer, such as the premises type or detail field, explicitly states "Clean Halls." However, because these stops cannot, by definition, be an "exact match" for a specific street address, they were excluded from the dataset for the purpose of this preliminary injunction analysis.[7]

The fourth step in this selection procedure was to identify, among this subset, only those trespass stops that occurred outdoors.  This was done in two ways.  First, the data were filtered to include only those stops where the officer checked the "Outside" box on the UF-250 form.  A second round of analysis examined the premname and detailSA fields which, as noted above, occasionally include information related to the location of the stop.  An analysis of these fields showed stops where, although the officer had checked the "Outside" box on the UF-250 form, the premname or detailSA field indicated that the stop did not occur outside of a building enrolled in Operation Clean Halls, and thus should be excluded.[8]

As a final step, the detailCM, crimsusp, and detailSA field were analyzed to isolate only those stops not just where criminal trespass was a suspected crime, but where it was the *only* apparent suspected crime.

I present the frequencies of these Proximity Stops with attention to the race, sex, and age of individuals stopped.

### 2.  Analyzing the Stop Factors for Proximity Stops

After identifying Proximity Stops, the next step in the analysis I was asked to perform was to analyze the specific stop factors for each of these stops.

---

[6] Of the subset of data where criminal trespass was the suspected crime, 7% had a location that was not a specific address, and were thus excluded from further analysis.

[7] This method was employed because of the short timeframe allowed, at the preliminary injunction stage, for the preparation of this report.  With more time, it will be feasible to analyze both geographic proximity to a Clean Halls building, and the detail fields, to determine whether stops without an exact street address also bear a relationship to buildings enrolled in Operation Clean Halls.

[8] Stops that were excluded from the dataset were those stops where the detailSA and/or premname field indicated that the stop occurred (a) indoors; (b) at a park; or (c) on a rooftop.  *See* Appendices D and E.

As noted in related litigation on SQF practices,[9] current practice, as reflected in the UF-250 data, is for an officer to first determine that the circumstances of the involuntary (police-initiated) encounter with an individual meets the standards for reasonable suspicion as required by federal and New York State law[10] before proceeding to detain and question that person, and then to record the bases for reasonable suspicion within the categories listed on the form.

For the purpose of this preliminary injunction analysis, the first stage of this analysis is to generate a set of simple counts, or frequencies, of the stop factors. The next step is an analysis of the text fields that are recorded in cases where the officer marked the "Other" stop factor and recorded text in the corresponding field on the form. During this process, the text strings in the detailSA field were analyzed and coded into categories based upon what the field revealed, if anything, about the officers' reasons for that particular stop. The method was similar to the process of crime coding for "suspected crime" that was necessitated by the uneven utterances of NYPD officers written into the "other" field. Here, I examined the text strings for the cases where "other" was a stop circumstance indicated in a Proximity Stop. The text strings were reduced to a set of common themes, and sorted into a set of descriptive categories. Those categories are contained in Appendix F.

### E. Proximity Stops in the Bronx in 2011

#### 1. 1,857 Proximity Stops Identified

Proximity stops were identified using the five-step method described in Section D. The first step isolated 135,738 stops in the Bronx in 2011. Second, 15,489 stops were identified in the Bronx in 2011 where criminal trespass was a suspected crime. Third, 6,538 stops were identified where criminal trespass was a suspected crime *and* the stop location was an exact match for the street address of a Bronx building enrolled in Operation Clean Halls in 2011. Fourth, that data subset was then filtered to include only those stops that occurred outside. That process identified 2,287 stops where the officer checked the "Outside" box on the UF-250 form, reduced by 384 stops where the premname or detailSA entry indicated an inside, park, or roof stop location, for a total of 1,903 outdoor stops. Finally, this subset of data was filtered again to isolate only those stops not just where criminal trespass was a suspected crime, but where it was the *only* apparent suspected crime. This step of

---

[9] *Floyd v. City of New York*, 08 Civ. 1034 (SAS) (SDNY).

[10] *Terry v. Ohio*, 392 U.S. 1, 28-30 (1968). *People v DeBour*, 352 N.E.2d 562, 571-72 (1976).

the analysis identified 46 stops where some offense in addition to criminal trespass was mentioned in any one of these three fields.  These stops were excluded from any further analysis. *See* Appendix G.

Thus, at the end of this process, 1,857 Proximity Stops were identified where criminal trespass was the only suspected crime *and* the stop occurred outdoors *and* the stop location was an exact match for a Clean Halls building address.   The winnowing and selection processes are summarized in Table 1.

**Table 1. Steps in Selection of 2011 Bronx Trespass "Proximity Stops**

| Steps | N of Stops |
| --- | --- |
| 1.   2011 Stops in the Bronx | 135,738 |
| 2.   Trespass Stops | 15,489 |
| 3.   Stops Where X-Y Was an "Exact Match" for a building enrolled in Clean Halls | 6,538 |
| 4.   "Outdoor" stops | 1,903 |
| 5.   "Trespass Only" stops | **1,857** |

## 2. Demographic and Location Characteristics of Persons Stopped

Table 2 shows the gender and race or ethnicity of persons whose stops were identified as "Proximity Stops" for this analysis.   The large majority were racial or ethnic minorities. Over half (51.8%) were either Black or Black Hispanic, and 39% were White Hispanics.

**Table 2.  Race and Gender of Persons Subject to Proximity Stops (N, Percent\*)**

| Race or Ethnicity | Female | Male | Unknown | Total |
|---|---|---|---|---|
| Black | 49 | 662 | 11 | 722 |
| | 38.9 | 39.9 | 15.3 | 38.9 |
| Black Hispanic | 15 | 223 | 2 | 240 |
| | 11.9 | 13.4 | 2.8 | 12.9 |
| White Hispanic | 51 | 662 | 12 | 725 |
| | 40.5 | 39.9 | 16.7 | 39.0 |
| White | 4 | 35 | 1 | 40 |
| | 3.2 | 2.1 | 1.4 | 2.2 |
| Asian/PI/NA | 0 | 11 | 0 | 11 |
| | 0.0 | 0.7 | 0.0 | 0.6 |
| Other | 6 | 52 | 46 | 104 |
| | 4.8 | 3.1 | 63.9 | 5.6 |
| Unknown | 1 | 14 | 0 | 15 |
| | 0.8 | 0.8 | 0.0 | 0.8 |
| Total | 126 | 1,659 | 72 | 1,857 |
| | 100.0 | 100.0 | 100.0 | 100.0 |

*Percents may not sum to 100.0 due to rounding.

Table 3 shows the distribution of the selected Proximity Stops by age and race or ethnicity. More than half (57.9%) of all Proximity Stops were of persons under 25 years old; about one in four (26.0%) were persons 25-35 years of age. There was

9

little variation with race by age, and given the small cell sizes for Whites and Other Race groups, there was no age by race interaction effect.

**Table 3. Age and Race of Persons Subject to Proximity Stops (N, Percent\*)**

| Race or Ethnicity | Age | | | | |
|---|---|---|---|---|---|
| | Below 16 | 16 - 24 | 25-35 | 35+ | Total |
| Black | 43 | 392 | 179 | 108 | 772 |
| | 41.4 | 40.3 | 37.1 | 36.2 | 38.9 |
| Black Hispanic | 11 | 135 | 52 | 42 | 240 |
| | 10.6 | 13.9 | 10.8 | 14.1 | 12.9 |
| White Hispanic | 40 | 350 | 218 | 117 | 725 |
| | 38.5 | 36.0 | 45.1 | 39.3 | 39.0 |
| White | 2 | 21 | 4 | 13 | 40 |
| | 1.9 | 2.1 | 0.8 | 4.4 | 2.2 |
| Asian/PI/NA | 1 | 8 | 0 | 2 | 11 |
| | 1.0 | 0.8 | 0.0 | 0.7 | 0.6 |
| Other | 6 | 57 | 26 | 15 | 104 |
| | 5.8 | 5.9 | 5.4 | 5.0 | 5.6 |
| Unknown | 1 | 9 | 4 | 1 | 15 |
| | 1.0 | 0.9 | 0.8 | 0.3 | 0.8 |
| Total | 104 | 972 | 483 | 298 | 1,857 |
| | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

*Percents may not sum to 100.0 due to rounding

Proximity Stops were identified at 700 different buildings enrolled in Operation Clean Halls throughout the Bronx. These stops occurred in all twelve police Precincts in the Bronx.[11]

_____

[11] The frequency of Proximity Stops by Precinct is attached as Appendix K. The list of all twelve NYPD Precincts in the Bronx is available at http://www.nyc.gov/html/nypd/html/home/precincts.shtml.

### 3. Examining Stop Factors

The stop factors checked off by officers in the 1,857 Proximity Stops are shown in Table 4. Police officers check off Furtive Movements (44%) and "Other" (40%) far more often than any other stop circumstance.[12]

**Table 4. Frequency of Stop Factors Checked for Proximity Stops**

| Stop Factor | N of Stops | Percent* |
|---|---|---|
| Furtive Movement | 820 | 44.16 |
| Other | 735 | 39.58 |
| Casing | 248 | 13.35 |
| Lookout | 232 | 12.49 |
| Drug Transaction | 140 | 7.54 |
| Fits Description | 107 | 5.76 |
| Suspicious Bulge | 105 | 5.65 |
| Violent Crime | 40 | 2.15 |
| Clothing | 30 | 1.62 |
| Suspicious Object | 3 | 0.16 |

*Percents add up to more than 100 because multiple stop factors are checked for some stops.

The reliance by NYPD officers on the "Other" stop factor as the rationale for nearly 40% of Proximity Stops suggests that a more detailed analysis is necessary to shed light on the stop factors underlying those stops. This analysis was facilitated by the

---

[12] "Furtive Movements" is a vague and standardless criterion that invites subjective and highly contextualized interpretation. That is, the same gesture may have little meaning in a commercial setting or a workplace, but could be perceived as an indicator of criminality in an area where police officers are psychologically primed to look for signs that "crime is afoot." It is that process of priming and cognitive distortion that leads to high rates of error in translating those behavioral gestures as "dangerous." *See, e.g.,* Robert J. Sampson & Steven W. Raudenbush, Seeing Disorder: Neighborhood Stigma and the Social Construction of "Broken Windows", 67 *Social Psychology Quarterly* 319 (2004); Geoffrey P. Alpert, John M. MacDonald, and Roger G. Dunham, Police Suspicion and Discretionary Decision Making During Citizen Stops, 43 *Criminology* 407 (2005). Prior research on SQF from 2004-9 has shown that the Furtive Movement category is a poor predictor that crime in fact is imminent or has just occurred. *See* Fagan Expert Report in *Floyd v. City of New York.*

presence of narrative descriptions recorded by officers in the text field associated with the "Other" stop factor.

Table 5 shows that officers checked off only one factor in nearly three-fourths (73.99%) of all Proximity Stops. They checked off two factors in another 20.41%.

**Table 5. Number of Stop Factors Checked**

| N of Factors | N of Stops | Percent |
|:---:|:---:|:---:|
| 1 | 1,374 | 73.99 |
| 2 | 379 | 20.41 |
| 3 | 88 | 4.74 |
| 4 | 16 | 0.86 |
| **Total** | **1,857** | **100** |

Table 6 summarizes the distribution of stop factors in the 1,374 stops where only one stop factor was identified.   As Table 6 shows, officers check off only "Furtive Movement" or "Other" as the exclusive stop factor in 1,020 stops, which represent nearly 75% of single-factor stops and more than half (55%) of the 1,857 Proximity Stops in Table 5.

**Table 6. Proximity Stops with Only One Stop Factor**

| Stop Factor | N of Stops | Percent |
|:---|:---:|:---:|
| Other | 553 | 40.25 |
| Furtive Movement | 467 | 33.99 |
| Casing | 117 | 8.52 |
| Lookout | 87 | 6.33 |
| Fits Description | 62 | 4.51 |
| Drug Transaction | 43 | 3.13 |
| Suspicious Bulge | 33 | 2.40 |
| Clothing | 6 | 0.44 |
| Violent Crime | 5 | 0.36 |
| Suspicious Object | 1 | 0.07 |
| **Total** | **1,374** | **100** |

In 75.2% (553) of all 735 cases where "Other" is checked off, it is the only stop factor.   Accordingly, the content of "Other" is important for a complete understanding of the stop factors identified by officers effectuating Proximity Stops.

To more fully understand the various meanings that officers apply in checking off "Other," I analyzed the associated text strings. The procedure for the analysis required a listing of all the text strings in the 735 stops where "Other" was checked as a stop factor and an examination of the content of those strings. When similar phrases or words for a single concept were present, a broader category was created to represent the shared meaning in those text strings. For example, the phrases "COMING OUT OF CLEAN HALLS BUILDING" "LEAVING A CLEAN HALLS BUIDLING" (sic) and "WALKING OUT OF A CLEAN HALLS BUILDING" were consolidated into a meta-category termed "Observed Exit." The 735 text strings were thus collapsed into 22 categories. The entire analysis appears in Appendix F.

The frequency of each of the categories in this field is shown in Table 7. Three records among the 735 where "Other" was checked were left blank in the text string.

**Table 7. Categories of Stop Factors Identified in Proximity Stops When "Other" Checked**

| Category | N of Stops | Percent |
|---|---|---|
| Clean Halls/Trespass | 399 | 54.3 |
| Observed Exit | 106 | 14.4 |
| Exclude for PI Analysis | 53 | 7.2 |
| Observed Outside | 41 | 5.6 |
| Keyless Entry | 28 | 3.8 |
| Radio Run | 20 | 2.7 |
| Observed Entry | 12 | 1.6 |
| Fits Description | 12 | 1.6 |
| Not Resident/Not Listed | 12 | 1.6 |
| Observed Entry and Exit | 11 | 1.5 |
| High Crime Area | 8 | 1.1 |
| Unintelligible | 8 | 1.1 |
| Change Direction | 7 | 1.0 |
| Miscellaneous Unjustified | 4 | 0.4 |
| Door Unlocked/Open | 4 | 0.4 |
| Evasive Response | 3 | 0.4 |
| [blank] | 3 | 0.4 |
| Keyless Exit | 2 | 0.3 |
| Time of Day | 1 | 0.1 |
| Suspicious Bulge/Object | 1 | 0.1 |
| **Total** | **735** | **100** |

The most commonly cited stop reason under "Other" is a category of text strings that refer to "Clean Halls," "Trespass," or both, as the sole notation. These account

13

for more than half (54.3%) the responses in the "Other" field. The second most prevalent stop factor identified among these Proximity Stops was "Observed Exit," a category described above, which accounted for 14.4% of stops.

The next step in this analysis was an examination of how often the various stop factors appeared (alone or in combination), including the categories created by the coding of the "Other" field, in order to examine the various categories of stop factors and their relationship, if any, to an officer stopping a person outdoors for allegedly having trespassed inside of a Clean Halls building.

Given this narrow question presented to me by Plaintiffs' preliminary injunction motion, a classification algorithm was not necessary to estimate the constitutional compliance of each of these 1,857 stops. Rather, simple counts were made of the various combinations of stop justifications.

Table 8 reports single-factor stops and combinations of factors where the N of stops for that factor set was 2 or greater (there were 56 unique combinations that had only 1 stop).[13] The entire list of all these combinations is shown in Appendix H. As noted previously, in many cases "Other" was the only stop factor indicated. In these cases, the text string category is identified as the underlying stop factor. Thus, where "Other" was checked and the text string category was coded as "Clean Halls/Trespass," the stop factor identified in Table 8 is "Clean Halls/Trespass." The factor sets in Table 8 are mutually exclusive.

---

[13] The single-factor stops and factor combinations in Table 8 are ones that Plaintiffs' counsel asked me to include in the context of an officer stopping a person outdoors for allegedly having trespassed inside of a Clean Halls building.

14

**Table 8. Designated Stop Factors (Alone or in Combination) Identified by Officers Making Proximity Stops**

| Stop Factor(s) | N of Stops |
|---|---|
| Furtive Movement | 467 |
| Clean Halls/Trespass | 312 |
| Observed Exit | 74 |
| Furtive Movement + Clean Halls/Trespass | 55 |
| Suspicious Bulge | 33 |
| Observed Outside | 30 |
| Keyless Entry | 22 |
| Furtive Movement + Suspicious Bulge | 20 |
| Furtive Movement + Observed Exit | 18 |
| Radio Run | 17 |
| Observed Entry | 11 |
| Not Resident/Not Listed | 7 |
| Unintelligible | 6 |
| Clothing | 6 |
| High Crime Area | 6 |
| Furtive Movement + Clothing | 6 |
| Change Direction | 5 |
| Observed Entry + Exit | 5 |
| Furtive Movement + Observed Entry + Exit | 5 |
| Furtive Movement + Suspicious Bulge + Clothing | 4 |
| Suspicious Bulge + Clean Halls/Trespass | 4 |
| Door Unlocked/Open | 3 |
| Furtive Movement + Not Resident/Not Listed | 3 |
| Miscellaneous Unjustified | 3 |
| Suspicious Bulge + Observed Outside | 3 |
| [Blank] | 2 |
| Evasive Response | 2 |
| Keyless Exit | 2 |
| Furtive Movement + Change Direction | 2 |
| Suspicious Bulge + Clothing | 2 |
| Suspicious Bulge + Observed Exit | 2 |
| **Total** | **1,137** |

As shown in Table 8, out of the total 1,857 Proximity Stops, there were 1,137 (61.2%) where there does not appear to be any stop factor or combination of stop factors identified that provides a basis for stopping an individual outdoors on suspicion of criminal trespass at a building enrolled in Operation Clean Halls.

15

Of the 1,137 stops identified in Table 8, I also analyzed whether the SQF database indicated that any of these stops included a search, frisk, or use of force.  That information is displayed in Table 9.

**Table 9. Frequency of Searches, Frisks, and Use of Force Among Proximity Stops Identified in Table 8**

|  | N of Stops | Percent* |
|---|---|---|
| Frisk | 373 | 32.81 |
| Search | 67 | 5.89 |
| Use of Force | 224 | 19.70 |

*Percent of 1,137 stops identified in Table 8

### 4.  Examining Additional Circumstances

In addition to the stops factors, I also analyzed the "Additional Circumstances" recorded by officers for the 1,137 Proximity Stops identified in Table 8.  Table 10 shows the number of Additional Circumstances factors indicated among these Proximity Stops, and Table 11 shows the frequency of Additional Circumstances specified.

**Table 10. Number of Additional Circumstances Checked for Proximity Stops Identified in Table 8**

| N of Factors | N of Stops | Percent |
|---|---|---|
| 0 | 163 | 14.34 |
| 1 | 502 | 44.15 |
| 2 | 336 | 29.55 |
| 3 | 107 | 9.41 |
| 4 | 25 | 2.20 |
| 5 | 3 | 0.26 |
| 6 | 1 | 0.09 |
| **Total** | **1,137** | **100** |

16

**Table 11. Frequency of Additional Circumstances
Checked for Proximity Stops Identified in Table 8**

| Additional Circumstances | N of Stops | Percent* |
|---|---|---|
| High Crime Area | 641 | 56.38 |
| Time of Day | 374 | 32.89 |
| Proximity to Crime | 177 | 15.57 |
| Change Direction | 126 | 11.08 |
| Evasive Actions | 123 | 10.82 |
| Other | 77 | 6.77 |
| Investigation | 55 | 4.84 |
| Report of Crime | 27 | 2.37 |
| Associations | 15 | 1.32 |
| Sights and Sounds | 1 | 0.09 |

*Percents add up to more than 100 because multiple ACs are
checked for some stops.

As shown in Table 11, officers checked off "High Crime Area" in the 1,137 Proximity Stops identified in Table 8 far more often (56.38%) than any other factor. The second and third most common Additional Circumstances identified were "Time of Day" (32.89%) and "Proximity to Crime" (15.57%).

Of the 1,137 stops in Table 8, 77 included "Other" among the stated Additional Circumstances. The text strings for the "Other" Additional Circumstance category were coded into categories in the same fashion as the text strings for the "Other" stop factor. *See* Appendix I. Table 12 summarizes the text string categories when "Other" was checked off for Additional Circumstances in the stops identified in Table 8.

**Table 12. Categories of Additional Circumstances When "Other" Checked for Proximity Stops Identified In Table 8**

| Category | N of Stops | Percent |
|---|---|---|
| Clean Halls/Trespass | 45 | 58.44 |
| Observed Exit | 7 | 9.09 |
| Miscellaneous Unjustified | 6 | 7.79 |
| Radio Run | 6 | 7.79 |
| Exclude for PI Analysis | 4 | 5.19 |
| Keyless Entry | 3 | 3.90 |
| Observed Outside | 3 | 3.90 |
| Not Resident | 2 | 2.60 |
| Door Unlocked/Open | 1 | 1.30 |
| **Total** | **77** | **100.00** |

Table 13 is a summary of the top twenty single-circumstance stops or circumstance-combination sets, by frequency, of Additional Circumstances identified by officers among the 1,137 Proximity Stops identified in Table 8. The top twenty circumstance sets represent nearly 90% of all stops identified in Table 8. A full list of all the various combinations of additional circumstances is contained in Appendix J. Similar to Table 8, where the officer indicated "Other" as an Additional Circumstance, the category for the text string is used as the label for the Additional Circumstance. The circumstance sets in Table 13 are mutually exclusive.

**Table 13. Top 20 Additional Circumstances (Alone or in Combination) for Proximity Stops Identified in Table 8**

| Additional Circumstance(s) | N of Stops | Percent* |
|---|---|---|
| High Crime Area | 247 | 21.72 |
| High Crime Area + Time of Day | 188 | 16.53 |
| (blank) | 163 | 14.34 |
| Proximity to Scene | 68 | 5.98 |
| Time of Day | 59 | 5.19 |
| Change Direction | 37 | 3.25 |
| High Crime Area + Time of Day + Proximity to Scene | 33 | 2.90 |
| Evasive Response | 25 | 2.20 |
| Clean Halls/Trespass | 25 | 2.20 |
| High Crime Area + Proximity to Scene | 25 | 2.20 |
| High Crime Area + Time of Day + Evasive Response | 21 | 1.85 |
| High Crime Area + Evasive Response | 17 | 1.50 |
| Change Direction + Evasive Response | 17 | 1.50 |
| High Crime Area + Change Direction | 15 | 1.32 |
| Proximity to Scene + Time of Day | 13 | 1.14 |
| Ongoing Investigation | 12 | 1.06 |
| Report by Victim/Witness/Officer | 10 | 0.88 |
| High Crime Area + Clean Halls/Trespass | 10 | 0.88 |
| High Crime Area + Ongoing Investigation | 8 | 0.70 |
| Change Direction + Ongoing Investigation | 8 | 0.70 |
| **Total** | **1,001** | **88.04** |

*Percent computed out of all 1,137 stops listed in Table 8. The circumstance sets of the additional 136 stops listed in Table 8 are included in Appendix J.

**DECLARATION**

I have been compensated for this work at the rate of $375 per hour.   My
compensation is not dependent on my opinions or the outcome in this matter.


Jeffrey Fagan, Ph.D.
New York, NY

## Index of Appendices

**Appendix A**   Curriculum Vitae

**Appendix B**   UF-250 Form

**Appendix C**   Identifying Trespass Stops

**Appendix D**   "Premname" Location Exclusion Analysis

**Appendix E**   "detailSA" Location Exclusion Analysis

**Appendix F**    "detailSA" Stop Factor Analysis

**Appendix G**   Isolating Trespass as the Only Suspected Crime in the Proximity Stop

**Appendix H**   All Stop Factors (Alone or in Combination) for Proximity Stops

**Appendix I**   "detailEF" Analysis

**Appendix J**   All Additional Circumstances (Alone or in Combination) for Proximity
                 Stops Identified in Table 8

**Appendix K**   Frequency of Bronx Proximity Stops by Precinct

## APPENDIX A

**Dr. Jeffrey Fagan *Curriculum Vitae***

# CURRICULUM VITAE

Jeffrey A. Fagan                                           DOB:   17 December 1946
28 Old Fulton Street   Apt 7D                              Tel:    718-875-3154 (h)
Brooklyn, NY 11201                                                 212-854-2624 (v)
Email:  jfagan@law.columbia.edu                                    212-854-7946 (f)

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 2011 – present: | Isidor and Seville Sulzbacher Professor of Law, Columbia Law School |
| 2001-2011: | Professor, Columbia Law School |
| 2010-11: | Fellow, Straus Institute for the Advanced Study of Law and Justice, New York University School of Law |
| 2010-present: | Senior Research Scholar, Yale Law School |
| 2009-10, 2013: | Visiting Professor, Yale Law School |
| 2004-present: | Director, Center for Crime, Community and Law, Columbia Law School |
| 2001-2006 | Director, Doctor of Juridical Science in Law (JSD) Program, Columbia Law School |
| 2008 -- present: | Faculty Fellow, Columbia Population Research Center |
| 1999-present | Faculty Fellow, Institute for Social and Economic Research and Policy, Columbia University |
| 1998-2001: | Visiting Professor, Columbia Law School |
| 1996-present: | Professor, Department of Epidemiology, Mailman School of Public Health, Columbia University |
| 1995-2002: | Founding Director, Center for Violence Research and Prevention, Mailman School of Public Health, Columbia University |
| 1989-1996: | Associate Professor to Professor, School of Criminal Justice, Rutgers-The State University of New Jersey |
| 1988-1989: | Associate Professor, Department of Law and Police Science, John Jay College of Criminal Justice, City University of New York; Associate Professor, Doctoral Program in Criminal Justice, City University of New York Graduate Center; Associate Director for Research, Criminal Justice Center, John Jay College of Criminal Justice, City University of New York |
| 1986-1988: | Senior Research Fellow, New York City Criminal Justice Agency. |
| 1977-1986: | Director, Center for Law and Social Policy, URSA Institute, San Francisco. |
| 1975-1976: | Research Director, Northern California Service League, San Francisco, California. |
| 1974-1975: | Associate Research Analyst, Office of Criminal Justice Planning, Oakland, California. |
| 1970-1974: | Director, College of Urban Studies, State University of New York at Buffalo. |
| 1969-1971: | Teaching Assistant and Research Associate, Department of Psychology, State University of New York at Buffalo |

## EDUCATION:

PhD, 1975, Policy Science, Department of Civil Engineering, State University of New York at Buffalo. Dissertation: "A Predictive Model of Success in Criminal Justice Employment Programs."

MS, 1971, Human Factors Engineering, Department of Industrial Engineering, State University

of New York at Buffalo.
BE, 1968, Industrial Engineering, New York University.


**AWARDS AND HONORS**:

Fellow, American Society of Criminology, elected April 2002
Fellow, Davenport College, Yale University
National Associate, National Research Council and Institute of Medicine, 2011 - present
Senior Justice Fellow, Open Society Institute, 2005-6
Health Policy Scholar Award, Robert Wood Johnson Foundation, 2002-2004
Book Award, "Best Book on Adolescence and Social Policy" for *Changing Borders of Juvenile
    Justice* (with F. Zimring), Society for Research on Adolescence, 2002
Public Interest Achievement Award, Public Interest Law Foundation of Columbia University,
    Spring 2001
Bruce Smith Senior Award, Academy for Criminal Justice Sciences, March 2000.
Lecturer, Hoffinger Colloquium, *Profiling and Consent: The Trouble with Police Consent
    Decrees,* New York University School of Law, April 2011
Lecturer, Fortunoff Colloquium, *Social Contagion of Violence.* New York University School of
    Law, April 1999
Fellow, Earl Warren Legal Institute, School of Law, University of California-Berkeley, 1999-
    present
University Faculty Merit Award, Rutgers University, 1990-94
Lecturer in Colloquium on Race, Ethnicity and Poverty Workshop, Center for the Study of Urban
    Inequality, University of Chicago, June 1992
External Examiner, Department of Sociology, University of Toronto, 1992
University Research Council Grantee, Rutgers University, 1989-90
Lecturer, Fortunoff Colloquium, *Preventive Detention and the Validity of Judicial Predictions of
    Dangerousness.* New York University School of Law, October, 1988
Delegate, Criminal Justice and Criminology Delegation to the People's Republic of China,
    Eisenhower Foundation, l985
NDEA Title IV Fellowship, Department of Industrial Engineering, State University of New York
    at Buffalo, June 1968-June 1971


**PUBLICATIONS**:

**Books**:

Tyler, T., A. Braga, J. Fagan, et al. (eds.), *Legitimacy, Criminal Justice, and the State in
    Comparative Perspective.* New York: Russell Sage Foundation Press (2008).
J. Fagan and F.E. Zimring (eds). *The Changing Borders of Juvenile Justice: Waiver of
    Adolescents to the Criminal Court.* Chicago: University of Chicago Press (2000). (Received
    Society for Research on Adolescence Award for "Best Book on Adolescence and Social
    Policy," 2002).
D. Baskin, I. Sommers, and J. Fagan, *Workin' Hard for the Money: The Social and Economic
    Lives of Women Drug Dealers.* Huntington NY: Nova Science Press (2000).

**Refereed Journal Articles and Chapters**:

Fagan, J., Davies, G., and Carlis, A. "Race and Selective Enforcement in Public Housing,"
    *Journal of Empirical Legal Studies* (2012, *forthcoming*)

Fagan, J., Geller, A., and Zimring, F.E.  "The Deterrence Muddle," *Criminology and Public
    Policy* (2012, forthcoming).

Papachristos, A., Meares, T., and Fagan, J.,  "Why Do Criminals Obey the Law? The Influence of
    Legitimacy and Social Networks on Active Offenders," *Journal of Criminal Law and
    Criminology* (2012, forthcoming).

Loughran, Thomas R., Alex R. Piquero, Jeffrey A. Fagan, "Differential Deterrence: Studying
    Heterogeneity and Changes in Perceptual Deterrence Among Serious Youthful Offenders,"
    *Crime & Delinquency*, 58(1): 3-27 (2012)

Loughran, T., Paternoster, R., Fagan, J., and Piquero, A. "A Good Man Always Knows His
    Limitations": The Role of Overconfidence in Criminal Offending," *Journal of Research in
    Crime & Delinquency* (2012, forthcoming).

Davies, G., and Fagan, J., "Crime and Enforcement in Immigrant Neighborhoods: Evidence from
    New York City," 641 *Annals of the American Society of Political and Social Science* 99
    (2012).

Kirk, David, Papachristos, A., Fagan, J., and Tyler, T.R. " The Paradox of Law Enforcement in
    Immigrant Communities: Does Tough Immigration Enforcement Undermine Public Safety?"
    641 *Annals of the American Society of Political and Social Science* 79 (2012).

Fagan, J., and A. Kupchik, "Juvenile Incarceration and the Pains of Imprisonment," 3 *Duke
    Forum for Law and Social Change* 29 (2011)

Shulman, E. P.; Cauffman, E., Piquero, A. R., Fagan, J. "Moral Disengagement Among Serious
    Juvenile Offenders: A Longitudinal Study of the Relations between Morally Disengaged
    Attitudes And Offending." 47 *Developmental Psychology* 1619-1632 (2011)

Fagan, J. "The Contradictions of Juvenile Crime and Punishment." *Daedalus* (August 2010)

Geller, A.B., and Fagan, J. "Pot as Pretext: Marijuana, Race and the New Disorder in New York
    City Street Policing." 7 *Journal of Empirical Legal Studies* 591(2010)

Zimring, F.E., Fagan, J. & Johnson, D. T. "Executions, Deterrence and Homicide: A Tale of Two
    Cities." 7 *Journal of Empirical Legal Studies* 1 (2010).

Mulvey, E.P., Steinberg, L., Piquero, A., Fagan, Jeffrey, et al., "Trajectories of Desistance and
    Continuity in Antisocial Behavior Following Court Adjudication Among Serious Adolescent
    Offenders," 22 *Development and Psychopathology* 453–475 (2010)

Cohen-Cole, E., S. Durlauf, S.D., Fagan, J., and Nagin, J. "Model Uncertainty and the Deterrent
    Effect of Capital Punishment." 11 *American Law & Economics Review* 335-369 (2009)

Loughran, T.A., Mulvey, E.P., Schubert, C.A., Fagan, J., Piquero, A.R., & Losoya, S.H.
    "Estimating a Dose-Response Relationship between Length of Stay and Future Recidivism in
    Serious Juvenile Offenders," 47 *Criminology* 699-740 (2009)

Fagan, J., "Crime and Neighborhood Change," Pp. 81-126 in *Understanding Crime Trends* (A.
    Goldberger and R. Rosenfeld, eds.), National Academy of Sciences, National Academies
    Press (2008)

Fagan, J., "Juvenile Crime and Criminal Justice: Resolving Border Disputes." 6 *Future of
    Children* 81 (2008)

Fagan, J., and Meares, T.  "Punishment, Deterrence and Social Control: The Paradox of
    Punishment in Minority Communities." *6 Ohio State Journal of Criminal Law* 173-229
    (2008).  Also published in *Public Law and Legal Theory Working Paper Program, Legal
    Scholarship Network,* http://papers.ssrn.com/paper.taf?abstract_id=223148.

Fagan, J. "Legitimacy and Criminal Justice: Introduction to the Symposium," *Ohio State Journal of Criminal Law* 123-140 (2008).

Tyler, T., and J. Fagan, "Legitimacy, Compliance and Cooperation: Procedural Justice and Citizen Ties to the Law, 6 *Ohio State Journal of Criminal Law* 231-275 (2008).

Fagan, J., and Bahkshi, M., "*McClesky* at 20: New Frameworks for Racial Equality in the Criminal Law", 39 *Columbia Human Rights Law Review* 1 (2007).

Fagan, J., and A. Piquero, "Rational Choice and Developmental Influences on Recidivism among Adolescent Felony Offenders," *4 Journal of Empirical Legal Studies* 715-48 (December 2007).

Fagan, J. "End Natural Life Sentences for Juveniles," 6 *Criminology and Public Policy* 735–746 (November 2007).

Gelman, A., J. Fagan, and A. Kiss, "An Analysis of the NYPD's Stop-and-Frisk Policy in the Context of Claims of Racial Bias," 102 *Journal of the American Statistical Association* 813-823 (2007)

Fagan, J., G. Davies and J. Holland, "Drug Control in Public Housing: The Paradox of the Drug Elimination Program in New York City," *13 Georgetown Journal of Poverty, Law & Policy* 415-60 (September 2007).

Fagan, J., "Death and Deterrence Redux: Science, Law and Causal Reasoning on Capital Punishment," 4 *Ohio State Journal of Criminal Law* 255 (2006). Reprinted in J. Acker et al. eds., *America's Experiment with Capital Punishment: Reflections on the Past, Present, and Future of the Ultimate Penal Sanction* (2nd ed.), Carolina Academic Press (2008).

Papachristos, A.V., T.L. Meares, and J.Fagan, "Attention Felons: Evaluating Project Safe Neighborhoods in Chicago." 4 *Journal of Empirical Legal Studies* 223-272 (July, 2007)

Cauffman, Elizabeth, Alex R. Piquero, Eva Kimonis, Laurence Steinberg, Laurie Chassin, and Jeffrey Fagan. "Legal, Individual, and Contextual Predictors of Court Disposition in a Sample of Serious Adolescent Offenders," 31 *Law and Human Behavior*, 519-535(2007)

Fagan, J., F.E. Zimring, and A.B. Geller, "Capital Homicide and Capital Punishment: A Market Share Theory of Deterrence," 84 *Texas Law Review* 1803 (2006).

Piquero, A., Brame, R., Fagan, J., & Moffitt, T.E., "Assessing the Offending Activity of Criminal Domestic Violence Suspects: Offense Specialization, Escalation, and De-Escalation Evidence from the Spouse Assault Replication Program," 121 *Public Health Reports* 409 (2006).

Fagan, J., and Tyler, T.R., "Legal Socialization of Children and Adolescents," *18 Social Justice Research* 217-42 (2005).

Fagan, J., and V. West, "The Decline of the Juvenile Death Penalty: Scientific Evidence of Evolving Norms." 95 *Journal of Criminal Law and Criminology* 427 (2005).

Piquero, A., Fagan, J., et. al., "Developmental Trajectories of Legal Socialization among Adolescent Offenders." 96 *Journal of Criminal Law and Criminology*, 267-298 (2005).

Fagan, J., V. West, and J. Holland, "Neighborhood, Crime, and Incarceration in New York City," Symposium on Race, Crime and Voting: Social, Political and Philosophical Perspectives on Felony Disenfranchisement in America, 36 *Columbia Human Right. Law Review* 71 (2005).

Brame, R., Fagan, J., et al., "Criminal Careers of Serious Juvenile Offenders in Two Cities," 2 *Youth Violence and Juvenile Justice* 256-272 (2004).

Mulvey, E.P., Steinberg, L.D., Fagan, J., et al., "Theory and Research on Desistance from Antisocial Activity among Serious Adolescent Offenders," 2 *Youth Violence and Juvenile Justice* 213-236 (2004).

Fagan, J., and G. Davies. "The Natural History of Neighborhood Violence." 20 *Journal of Contemporary Criminal Justice* 127 (2004).

Fagan, J. "Atkins, Adolescence and the Maturity Heuristic: A Categorical Exemption for Juveniles from Capital Punishment." *New Mexico Law Review* 33: 207-292 (2003).

Fagan, J., West, V., and Holland, J. "Reciprocal Effects of Crime and Incarceration in New York City Neighborhoods." *Fordham Urban Law Journal* 30: 1551- 1602 (2003).

Fagan, J., and Malkin, V. "Theorizing Community Justice through Community Courts." *Fordham Urban Law Journal* 30: 857-953 (2003).

Kupchik, A., Fagan, J., & Liberman, A. "Punishment, Proportionality and Jurisdictional Transfer of Adolescent Offenders: A Test of the Leniency Gap Hypothesis." *Stanford Law and Policy Review14: 57-83* (2003).

Fagan, J. "Law, Social Science and Racial Profiling," *Justice Research and Policy* 4 (December): 104-129 (2002).

Maxwell, C. D., Garner, J., & Fagan, J. "The Preventive Effects of Arrest on Intimate Partner Violence: Research, Policy and Theory." *Criminology and Public Policy* 2 (1): 51-80 (2002).

Fagan, J. "Policing Guns and Youth Violence." *Future of Children* 12 (2): 133-151 (2002)

Fagan, J. "This Will Hurt Me More that It Hurts You: Social and Legal Consequences of Criminalizing Delinquency." *Notre Dame Journal of Law, Ethics and Public Policy* 16 (1): 101-149 (2002).

Wilkinson, D.L., and Fagan, J. "What Do We Know About Adolescent Gun Violence?" *Clinical Child and Family Psychology Review.* 4(2): 109-132, 2001.

Neylan, T.C., Metzler, T.J., Best, S.R., Weiss, D.S., Fagan, J.A.., Liberman, A., Rogers, C., et al., "Critical Incident Exposure and Sleep Quality in Police Officers." *Psychosomatic Medicine* 64:345-352 (2002).

Liberman, A.M., Best, S.R., Metzler, T.J., Fagan, J.A., Weiss, D.S., and Marmar, C.R., "Routine Occupational Stress in Police," *Policing*, 25(2): 421-39 (2002).

Fagan, J., and Davies, G., "Street Stops and Broken Windows: <u>Terry</u>, Race and Disorder in New York City," *Fordham Urban Law Journal* 28: 457-504 (2000).

Pole, N., Best, S. R., Weiss, D. S., Metzler, T., Liberman, A. M., Fagan, J., & Marmar, C. R.., "Effects of Gender and Ethnicity on Duty-related Posttraumatic Stress Symptoms among Urban Police Officers." *Journal of Nervous and Mental Disease*, 189: 442-448 (2000).

Zimring, F.E., and Fagan, J. "The Search for Causes in an Era of Crime Declines: Some Lessons from the Study of New York City Homicide." *Crime and Delinquency* 46: 446-456 (2000).

Liebman, J.S., Fagan, J., West, V., and Lloyd, J. "Capital Attrition: Error Rates in Capital Cases, 1973-1995." *Texas Law Review* 78: 1839-1865 (2000).

Liebman, J.S., Fagan, J., and West, V. "Death Matters: A Reply." *Judicature* 84(2): 72-91, 2000.

Brunet, A., Weiss, D.S., Metzler, T.J., Best, S.R., Fagan, J., Vedantham, K., & Marmar, C.R., "An Overview of the Peritraumatic Distress Scale." *Dialogues in Clinical Neurosciences*, 2(1), 66-67 (2000).

Moffitt, T.E., Krueger, R.F., Caspi, A., and Fagan, J. "Partner abuse and general crime: How are they the same? How are they different?" *Criminology* 38: 199-232 (2000). Reprinted in *The International Library of Criminology, Criminal Justice, and Penology* (2002), edited by D. Nelken & G. Mars, Ashgate Publishing.

Fagan, J. "Context and Culpability of Adolescent Violence." *Virginia Review of Social Policy and Law* 6(3): 101-74 (1999).

Fagan, J. "Punishment or Treatment for Adolescent Offenders? Therapeutic Integrity and the Paradoxical Effects of Punishment." 18 *Quinnipiac Law Review* 385 (1999).

Fagan, J., and R.B. Freeman, "Crime and Work." *Crime and Justice: A Review of Research* 25: 113-78 (1999).

Fagan, J., Zimring, F.E., and J. Kim, "Declining Homicide in New York: A Tale of Two Trends." *Journal of Criminal Law and Criminology* 88: 1277-1324, 1998.

Fagan, J., and D.L. Wilkinson, "Guns, Youth Violence and Social Identity." *Youth Violence* (M. Tonry and M.H. Moore, eds.). *Crime and Justice: A Review of Research* 24: 373-456, 1998.

Fagan, J., and D.L. Wilkinson. "Situational Contexts of Adolescent Violence." *Revue*

*Europenéenne des Migrations Internationales* 14:63-76, 1998.

Magdol, L., T.E. Moffitt, A. Caspi, D.M. Newman, J. Fagan, and P.A. Silva. "Gender Differences In Partner Violence In A Birth Cohort Of 21 Year Olds: Bridging The Gap Between Clinical And Epidemiological Research." *Journal of Consulting and Clinical Psychology* 65 (1): 68-78, 1997.

Wilkinson., D.L., and  J. Fagan. "Understanding the Role of Firearms in Violence 'Scripts': The Dynamics of Gun Events among Adolescent Males." *Law and Contemporary Problems* 59 (1): 55-90, 1996.

Fagan, J.  "The Comparative Impacts of Juvenile and Criminal Court Sanctions On Adolescent Felony Offenders." *Law and Policy* 18 (1): 77-119, 1996.

Fagan, J., and M. Guggenheim. "Preventive Detention and the Judicial Prediction Of Dangerousness For Juveniles: A Natural Experiment." *Journal of Criminal Law and Criminology* 82 (2): 415-448, 1996.

Fagan, J., and M. Forst. "Risks, Fixers and Zeal: Treatment Innovation and Implementation For Violent Juvenile Offenders." *The Prison Journal* 76 (16): 5-21, 1996.

Sommers, I., D. Baskin, and J. Fagan, "The Structural Relationship between Drug Use, Drug Dealing, And Other Income Support Activities Among Women Drug Sellers." *Journal of Drug Issues*, 26(4): 975-1006, 1996.

Johnson, B.D., Golub, A., & Fagan, J.A. "Careers in crack, drug use, distribution and non-drug criminality."  *Crime and Delinquency* 34 (3): 251-279, 1995.

Garner, J.G., J.A. Fagan, and C.D.Maxwell. "Published Results of the NIJ Spouse Assault Replication Program: A Critical Review." *Journal of Quantitative Criminology* 8 (1): 1-29, 1995.

Fagan, J.A., and A. Browne.  "Violence Toward Spouses And Intimates: Physical Aggression Between Men And Women In Intimate Relationships."  Pp. 115-292 in *Understanding and Preventing Violence, Volume 3,* edited by Albert J. Reiss, Jr., & Jeffrey A. Roth. Washington DC: National Research Council, National Academy Press, 1994.

Sommers, I., D. Baskin, and J. Fagan.  "Getting Out of The Life: Crime Desistance Among Female Street Offenders." *Deviant Behavior* 15(2): 125-149.  (Reprinted in: *Constructions of Deviance: Social Power, Context, and Interaction*, 2nd edition, edited by Peter Adler and Patricia Adler.  Boston: Wadsworth (1996).

Fagan, J. "Women and drugs revisited: Female participation in the cocaine economy." *Journal of Drug Issues* 24 (2): 179-226 (1994).

Belenko, S., Fagan, J., and Dumarovsky, T.  "The impact of special drug courts on recidivism of felony drug offenders. *Justice System Journal* 17 (1): 53-82 (1994).

Sommers, I., J. Fagan, and D.Baskin, "The influence of acculturation and familism on Puerto Rican delinquency." *Justice Quarterly* 11(4): 207-28, 1994.

Dembo, R.,  L. Williams, J. Fagan, and J. Schmeidler.  "Development and assessment of a classification of high risk youths." *Journal of Drug Issues* 24 (2): 25-54, 1994.

Chin, K., and J. Fagan.  *"Social order and the formation of Chinese youth gangs." Advances in Criminological Theory* 6: 149-62, 1994.

Kelly, R.J., K. Chin, and J. Fagan  "The activity, structure, and control of Chinese gangs: Law enforcement perspectives. *Journal of Contemporary Criminal Justice* 9(4): 221-39, 1993.

Fagan, J.  "Interactions among drugs, alcohol, and violence: Dilemmas and frameworks for public health policy." *Health Affairs* 12(4) 65-79, 1993.

Baskin, D., I. Sommers, and J. Fagan.  "The political economy of female violent street crime: Contextual influences in the onset of assault by women." *Fordham Urban Law Journal* 20(3): 401-417, 1993.

Dembo, R., L. Williams, J. Fagan, and J. Schmeidler.  "The relationships of substance involvement and other delinquency over time in a sample of juvenile detainees." *Criminal*

*Behavior and Mental Health* 3:158-197, 1993.

Sommers, I., J. Fagan, and D. Baskin. "Sociocultural explanations of delinquency and drug use among Puerto Rican adolescents." *Hispanic Journal of Behavioral Science,* 15: 36-62, 1993.

Chin, K., J. Fagan, and R. Kelly. "Methodological issues in studying Chinese gang extortion." *The Gang Journal,* 1 (3): 25-36, 1993.

Kelly, R., K. Chin, and J. Fagan. "The dragon breathes fire: Chinese organized crime in New York City." *Crime, Law and Social Change,* 19 (2): 245-269, 1993.

Chin, K., J. Fagan, and R. Kelly. "Patterns of organized crime activity by Chinese youth gangs." *Justice Quarterly,* 9 (4): 625-646, 1992.

Fagan, J.A. "The social control of spouse assault." *Advances in Criminological Theory* 4: 187-234, 1992.

Fagan, J.A. "Community-based treatment of mentally-disordered juvenile offenders." *Journal of Clinical Child Psychology* 20 (1): 42-50, 1991.

Fagan, J.A., and K. Chin. "Social processes of initiation into crack cocaine." *Journal of Drug Issues* 21 (2): 432-466, 1991.

Belenko, S., J.A. Fagan, and K. Chin. "Criminal justice responses to crack." *Journal of Research in Crime and Delinquency* 28(1): 55-74, 1991.

Fagan, J.A., and E. Piper Deschenes. "Determinants of judicial waiver decisions for violent juvenile offenders." *Journal of Criminal Law and Criminology* 81(2): 314-347, 1990.

Fagan, J.A. "Treatment and reintegration of violent delinquents: Experimental results." *Justice Quarterly* 7 (2): 233-263, 1990.

Fagan, J.A., and E. Pabon. "Contributions of delinquency and substance use to school dropout." *Youth and Society* 21 (3): 306-354, 1990.

Fagan, J.A. "Intoxication and aggression." *Drugs and Crime -- Crime and Justice: An Annual Review of Research* 13: 241-320, 1990.

Fagan, J.A. "Social and legal policy dimensions of violent juvenile crime." *Criminal Justice and Behavior* 17(1): 93-133, 1990.

Fagan, J.A., J. G. Weis, and Y. Cheng. "Drug use and delinquency among inner city students." *Journal of Drug Issues* 20 (3): 351-402, 1990. (Reprinted in: *Crime -- Volume II: Juvenile Delinquency*, edited by R. Crutchfield, G. Bridges, and J.G. Weis. Thousand Oaks, CA: Pine Forge Press, 1996)

Fagan, J.A., and K. Chin. "Initiation into crack and powdered cocaine: A tale of two epidemics." *Contemporary Drug Problems* 16 (4):579-617, 1989.

Fagan, J.A. "The social organization of drug use and drug dealing among urban gangs." *Criminology* 27(4): 501-536, 1989. Reprinted in *Gangs,* edited by Nicholas Tilley and Jackie Schneider. Hampshire, England: Ashgate Publishing (2004).

Fagan, J.A. "Cessation of family violence: Deterrence and dissuasion." *Family Violence. Crime and Justice: Annual Review of Research* 11: 377-426, 1989.

Forst, M.A., J.A. Fagan, and T. Scott Vivona. "Some paradoxical effects of the treatment-custody dichotomy for adolescents in adult prisons." *Juvenile and Family Court Journal* 40(1): 1-15, 1989.

Fagan, J.A. "Contributions of family violence research to criminal justice policy on wife assault: Paradigms of science and social control." *Violence and Victims* 3(3): 159-186, 1988.

C. Reinarman and Fagan, J.A. "Social organization, socialization, and delinquency: Ecological influences on differential association." *Crime and Delinquency* 34(3): 307-327, 1988.

Fagan, J.A., and S. Wexler. "Explanations of adolescent sex offenses among violent juvenile offenders." *Journal of Adolescent Research* 3(3-4): 363-385, 1988.

Fagan, J.A., E. S. Piper, and Y. Cheng. "Contributions of victimization to delinquency." *Journal of Criminal Law and Criminology* 78(3): 586-613, 1987.

Fagan, J.A. "Neighborhood cohesion and delinquency prevention: Informal controls and juvenile

crime." *The Annals of the American Academy of Political and Social Science* 494: 54-70, 1987.

Fagan, J.A. and S. Wexler. "Crime in the home and crime in the streets: The relation between family violence and stranger crime." *Violence and Victims* 2: 5-21, 1987.

Fagan, J.A. and S. Wexler. "Family origins of violent delinquents." *Criminology* 25:(3) 643-669, 1987.

Fagan, J.A., M. Forst, and T.S. Vivona. "Racial determinants of the judicial transfer decision." *Crime and Delinquency* 33: 259-286, 1987.

Fagan, J.A., E. Slaughter, and E. Hartstone. "Blind justice? Racial disparities in juvenile justice processing." *Crime and Delinquency* 33: 224-258, 1987.

Fagan, J.A., E.S. Piper, and M. Moore. "Violent delinquents and urban youth: Correlates of survival and avoidance." *Criminology* 24: 439-471, 1986.

Watters, J.K., C. Reinarman, and J.A. Fagan. "Causality, context, and contingency: Relationships between drug abuse and delinquency" *Contemporary Drug Problems* 12: 351-374, 1985.

Rudman, C., J.A. Fagan, E. Hartstone, and M. Moore. "Violent youth in adult court: Process and punishment." *Crime and Delinquency* 32: 75-96, 1986.

Grau, J., J.A. Fagan, and S. Wexler. "Restraining orders for battered women: Issues in access and efficacy." *Women and Politics* 4: 13-28, 1984.

**Chapters**:

Fagan, J., and West, V. "Incarceration and the Economic Fortunes of Urban Neighborhoods," in *Economics and Youth Violence*: *Current Perspectives (*R. Rosenfeld and M. Edberg (eds.), New York University Press (2012, forthcoming).

Fagan, J., et al., "Street Stops and Broken Windows Revisited: Race and Order Maintenance Policing in a Safe and Changing City" in *Exploring Race, Ethnicity and Policing: Essential Readings* (S. Rice and M. White, eds.), New York University Press 309 (2010).

Fagan, J. and A. Kupchik, "Children in the Adult Criminal Justice System." In Richard A. Shweder et al., eds. *The Child: An Encyclopedic Companion.* Chicago: University of Chicago Press, 2009.

Fagan, J., "Juvenile Justice: Transfer to Adult Court," pp. 1612-1618 in *Wiley Encyclopedia of Forensic Science* (A. Jamieson et al. eds.). Chichester UK: John Wiley & Sons (2009).

Fagan, J., Wllkinson, D.L., and Davies, G. "Social Contagion of Violence." Pp. 688-723 in Flannery, D., Vazsonyi, A., & Waldman, I. (eds.). *The Cambridge Handbook of Violent Behavior,* Cambridge: Cambridge University Press. (2007).

Piquero, A., West, V., Fagan, J., and Holland, J. "Neighborhood, Race, and the Economic Consequences of Incarceration in New York City, 1985-1996," Pp. 256-76 in *The Many Colors of Crime: Inequalities of Race, Ethnicity and Crime in America*, edited by Ruth D. Peterson, Lauren J. Krivo, and John Hagan. New York: New York University Press (2006).

Fagan, J. "Crime, Community and Incarceration." Pp. 27 - 60 in *The Future of Imprisonment in the 21ˢᵗ Century*, edited by Michael Tonry. New York: Oxford University Press (2004).

Fagan, J., and Davies, G. "Policing Guns: Order Maintenance and Crime Control in New York." Pp. 191-221 in *Guns, Crime, and Punishment in America*, edited by Bernard Harcourt. New York: New York University Press (2003).

Wilkinson, D.L., and Fagan, J., "A Theory of Violent Events." Pp. 169-97 in *The Process and Structure of Crime Advances in Criminological Theory, Volume 9*, edited by Robert Meier and Leslie Kennedy. New Brunswick, NJ: Transaction Publishers (2001).

Fagan, J., "Contexts of Choice by Adolescents in Criminal Events." Pp. 371-400 in *Youth on Trial*, edited by Thomas Grisso and Robert Schwartz. Chicago: University of Chicago Press

(2000).

Maxwell, C., Garner, J., and Fagan, J. "The Effects of Arrest on Intimate Partner Violence: New Evidence from the Spouse Assault Replication Program," NCJ-188199, National Institute of Justice, U.S. Department of Justice (2000).

Fagan, J., and F. Zimring, "Editors' Introduction." Chapter 1 in *The Changing Borders of Juvenile Justice: Transfer of Adolescents to the Criminal Court*, edited by Jeffrey Fagan and Franklin Zimring. Chicago: University of Chicago Press (2000).

Zimring, F., and Fagan, J., "Policy Perspectives on Transfer and Waiver." Chapter 12 in *The Changing Borders of Juvenile Justice: Transfer of Adolescents to the Criminal Court*, edited by Jeffrey Fagan and Franklin Zimring. Chicago: University of Chicago Press (2000).

Fagan, J., and Davies, G. "Crime in Public Housing: Two-Way Diffusion Effects in Surrounding Neighborhoods." Pp. 121-136 in *Analyzing Crime Patterns : Frontiers of Practice*, edited by Victor Goldsmith. Thousand Oaks CA: Sage (1999).

Fagan, J., Dumanovsky, T., Davies, G., and Thompson, J.P. "Crime in Public Housing: Conceptual and Research Issues." 36 *National Institute of Justice Journal* 1-8 (1998).

Fagan, J., "Treatment and Reintegration of Violent Offenders." Pp. 117-158 in *Successful Community Sanctions and Services for Special Offenders*, edited by Barbara J. Auerbach and Thomas C. Castellano. Lanham MD: American Correctional Association (1998).

Fagan, J.A. "Youth Gangs, Drugs, and Socioeconomic Isolation." In *Youth Violence: Prevention, Intervention, and Social Policy*, edited by Daniel J. Flannery and C. Ronald Huff. Washington DC: American Psychiatric Association Press (1998).

Fagan, J.A. "Continuity and Change in American Crime: Lessons from Three Decades." In *Symposium for the 30th Anniversary of the 1967 President's Commission on Law Enforcement and the Administration of Justice*, edited by Francis Hartmann. Washington DC: Office of Justice Programs (1998).

Fagan, J.A., and Wilkinson, D.L., "The Social Contexts and Developmental Functions of Adolescent Violence." P. 89-133 in *Violence in American Schools*, edited by Delbert S. Elliott, Beatrix A. Hamburg, and Kirk R.Williams. New York: Cambridge University Press, 1998.

Fagan, J.A., and Wilkinson, D.L., "Firearms and Youth Violence." Pp. 551-565 in *Handbook of Antisocial Behavior*, edited by David Stoff, James Brieling and Jack D. Maser. New York: Wiley (1997).

Fagan, J.A., "Legal and Illegal Work: Crime, Work, and Unemployment." Pp. 33-71 in *Dealing with Urban Crisis: Linking Research to Action*, edited by Burton Weisbrod and James Worthy. Evanston IL: Northwestern University Press (1997).

Garner, J.H., and Fagan, J.A. "Victims of Domestic Violence." In *Victims of Crime* (second edition), edited by Robert C. Davis, Arthur Lurigio, and Wesley Skogan. Thousand Oaks, CA: Sage Publications (1996).

Fagan, J.A., "Drug Use and Selling Among Urban Gangs." In *Encyclopedia of Drugs and Alcohol, Volume 2,* edited by Jerome Jaffe. New York: MacMillan (1996).

Fagan, J.A., "Gangs, Drugs and Neighborhood Change." Pp. 39-74 in *Gangs in America II*, edited by C. Ronald Huff. Thousand Oaks, CA: Sage Publications, 1996.

Fagan, J.A., "The Criminalization of Domestic Violence." National Institute of Justice Research Monograph. Report. Washington DC: U.S. Department of Justice, 1996.

Fagan, J.A. "Separating the Men from the Boys: The Comparative Impacts of Juvenile and Criminal Court Sanctions on Recidivism of Adolescent Felony Offenders." Pp. 238-260 in *Sourcebook on Serious, Chronic and Violent Juvenile Offenders,* edited by James Howell, Barry D. Krisberg, J. David Hawkins, & John Wilson. Thousand Oaks CA: Sage Publications, 1995.

Fagan, J.A. "Women's Careers in Drug Selling." Pp. 155-190 in *Deviance and Disrepute in the*

*Life Course: Contextual and Dynamic Analyses,* edited by Zena Blau and John Hagan. Greenwich, CT: JAI Press, 1995.

Fagan, J.A. "Do Criminal Sanctions Deter Drug Offenders? Pp. 188-214 in *Drugs and Criminal Justice: Evaluating Public Policy Initiatives,* edited by Doris MacKenzie and Craig Uchida. Newbury Park, CA: Sage Publications, 1994.

Chin, K., R. Kelly, and J.A. Fagan. "Chinese Organized Crime." Pp. 213-44 in *Handbook of Organized Crime,* Edited by Robert J. Kelly & Ko-lin Chin. Greenwich, CT:  Greenwood Press, 1994.

Fagan, J.A. "Set and Setting Revisited: Influences of Alcohol and Other Drugs on the Social Context of Violence." Pp. 161-192 in *Alcohol and Violence: Approaches to Interdisciplinary Research,* edited by Susan E. Martin. NIAAA Research Monograph, National Institute on Alcohol Abuse and Alcoholism.  Rockville: Alcohol, Drug Abuse and Mental Health Administration, 1993.

Fagan, J.A., & K. Chin. "Lucky Money for Little Brother: The Seriousness and Prevalence of Chinese Gang Extortion." Washington DC: National Institute of Justice.

Fagan, J.A. "The Political Economy of Drug Dealing among Urban Gangs." Pp. 19-54 in *Drugs and Community,* edited by Robert Davis,  Arthur Lurigio and Dennis P. Rosenbaum. Springfield, IL: Charles Thomas, 1993.

Fagan, J.A. "Social Structure and Spouse Assault." Pp. 209-254 in *The Socio-economics of Crime and Justice,* edited by Brian Forst.  New York: M.A. Sharpe, 1993.

Fagan, J.A. "Drug selling and licit income in distressed neighborhoods: The economic lives of street-level drug users and dealers." Pp. 99-142 in *Drugs, Crime and Social Isolation: Barriers to Urban Opportunity,* edited by George E. Peterson & Adelle V. Harrell. Washington DC: Urban Institute Press, 1992.

Fagan, J.A., and C. Reinarman. "The Social Context of Intensive Supervision: Ecological and Organizational Influences on Probation Services for Violent Adolescents." Pp. 341-394 in (ed.), *Intensive Interventions with High-Risk Youths: Promising Approaches in Probation and Parole,* edited by Troy Armstrong. Monsey NY: Criminal Justice Press, 1991.

Fagan, J.A, and K. Chin. "Violence as Regulation and Social Control in the Distribution of Crack." Pp. 8-39 in, *Drugs and Violence,* NIDA Research Monograph No. 103, edited by Mario de la Rosa, Bernard Gropper, and Elizabeth Lambert. Rockville MD: U.S. Public Health Administration, National Institute of Drug Abuse, 1990.

Fagan, J.A. "Social Processes of Drug Use and Delinquency among Gang and Non-Gang Youths." Pp. 183-222 in *Gangs in America,* edited by C. Ronald Huff.  Newbury Park CA: Sage Publications,, 1990.

Fagan, J.A. "Natural Experiments." Pp. 103-133 in(ed.), *Measurement Issues in Criminology,* edited by Kimberly L. Kempf.  New York: Springer-Verlag, 1990.

Fagan, J.A., and E. Hartstone. "Dilemmas in Juvenile Corrections:  Treatment Interventions for Special Problem Youths." In C. Hampton and I. Silverman (eds.), *Research on Juvenile Offenders with Serious Alcohol, Drug Abuse, and Mental Health Problems.* Rockville MD: National Institute on Drug Abuse, pp. 282-338, 1987.

Fagan, J.A. and E. Hartstone. "Strategic Planning in Juvenile Justice:  Defining the Toughest Kids." Pp. 31-52 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *An Anthology on Violent Juvenile Offenders*, San Francisco:  National Council on Crime and Delinquency, 1984.

Fagan, J.A., C. Rudman, and E. Hartstone. "Intervening with Violent Juvenile Offenders:  The Community Reintegration Model." Pp. 207-230 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *Ibid.,* 1984.

Fagan, J.A. and S. Jones. "Toward an Integrated Theory of Violent Delinquency." Pp. 53-70 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *Ibid.,* 1984.

Fagan, J.A., E. Hartstone, K. Hansen, and C. Rudman. "System Processing of Violent Juvenile Offenders." Pp. 117-136 in R. Mathias, P. DeMuro, and R.A. Allinson (eds.), *Ibid.*, 1984.

Fagan, J.A., K. Hansen and M. Jang. "Profiles of Chronically Violent Juveniles: An Empirical Test of an Integrated Theory of Violent Delinquency." Pp. 91-120 in, *Evaluating Contemporary Juvenile Justice*, edited by James Kleugel. Beverly Hills: Sage Publications, 1983.

Fagan, J.A., D. Stewart and K. Hansen. "Violent Men or Violent Husbands: Background Factors and Situational Correlates of Severity and Location of Violence." Pp. 49-68 in *The Dark Side of Families*, edited by D. Finkelhor, M. Straus, G. Hotaling, and R. Gelles. Beverly Hills, Sage Publications, 1983.

**Works in Progress:**

Paternoster, Raymond, Thomas Loughran, Alex Piquero, and Jeffrey Fagan, "A Good Man Knows His Limitations: The Role of Overconfidence in Criminal Offending."

Fagan, J., and Geller, A.B. "Profiling and Consent: Stops, Searches and Seizures after *Soto*," http://ssrn.com/abstract=1641326

Fagan, J. "The Criminology of Race, Crime and Law," 40 *Crime & Justice* (2012, forthcoming)

Fagan, J., Ellias, J., Kairys, D., and Levin, E.B. "Measuring A Fair Cross-Section of Jury Composition: A Case Study of the Southern District of New York," To be submitted to a law review.

Fagan, J., Geller, A.B., and Zimring, F.E. "Race, Political Economy, and the Supply of Capital Cases." To be submitted to the *Journal of Criminal Law and Criminology*.

Fagan, J., Pfaff, J., and Cohen-Cole, E., "Model Uncertainty and the Effect of Incarceration on Crime: A Bayesian Analysis", to be submitted to *American Law & Economics Review* or another peer-reviewed law & economics journal.

**Book Reviews:**

**Exploring the Underground Economy: Studies of Illegal And Unreported Activity,** edited by S.Pozo (W.E. Upjohn Institute for Employment Research, 1996). *Contemporary Sociology* 27:69-70, 1998.

**Women, Girls, Gangs and Crime**, C.S. Taylor (Michigan State University Press, 1993). *Contemporary Sociology,* 24: 99-100, 1994.

**When Battered Women Kill**, A. Browne (Free Press, 1987). *Journal of Criminal Justice*, 16:74-8, 1988.

**Pathways from Heroin Addiction**, P. Biernacki (Temple University Press, 1986). *Criminology*, 25: 213-21, 1987.

**Child Sexual Abuse**, D. Finkelhor (Free Press, 1984). *Journal of Criminal Law and Criminology*, 77: 477-81, 1986.

**PAPERS PRESENTED (SELECTED):**

"Race and Selective Enforcement in Public Housing," (with G. Davies and A. Carlis), Presented at the Annual Meeting of the Association for Public Policy and Management, Washington

DC, November 2009; the Annual Meeting of the American Society of Criminology, Philadelphia PA, November 2009; Law and Economics Workshop, University of Virginia, March 2010; Seventh Annual Conference on Empirical Legal Studies, Northwestern Law School, November 2011

"Social Context and Proportionality in Capital Punishment in Georgia" (with R. Paternoster), Presented at the Annual Meeting of the American Society of Criminology, San Francisco, November 2010

"Profiling and Consent: Stops and Searches in New Jersey after *Soto*" (with A. Geller), Presented at the Sixth Annual Conference on Empirical Legal Studies, New Haven CT, November 2010

"Doubling Down on Pot: Marijuana, Race and the New Disorder in New York City Street Policing" (with A. Geller), Presented at the Fifth Conference on Empirical Legal Studies, Los Angeles CA, November 2009

"Crime, Conflict and the Racialization of Criminal Law," Presented at the Annual Meeting of the European Society of Criminology, Ljubljana, Slovenia, September 2009

"Street Stops and Broken Windows Revisited: The Demography and Logic of Proactive Policing in a Safe and Changing City," (with A. Geller, G. Davies and V. West). Presented at the Annual Meeting of the Association for Public Policy and Management, Los Angeles, November 2008.   Also presented at the Annual Meeting of the American Society of Criminology, St. Louis, November 2008.

"Desistance and Legitimacy: Effect Heterogeneity in a Field Experiment on High Risk Groups," (with A. Papachristos, D. Wallace, and T. Meares), presented at the Annual Meeting of the American Society of Criminology, St. Louis, November, 2008.

"Legitimacy, Compliance and Cooperation:  Procedural Justice and Citizen Ties to the Law" (with T. Tyler).  Presented at the Second Conference on Empirical Legal Studies, Cornell Law School, October 2008.

"Measuring A Fair Cross-Section of Jury Composition: A Case Study of the Southern District of New York," (with A. Gelman, D.E. Epstein, and J. Ellias).  Presented at the Annual Meeting of the Midwest Political Science Association, Chicago, April 4, 2008

"Race, Legality and Quality of Life Enforcement in New York City, 2006," John Jay College of Criminal Justice, New York, February 28, 2008

"Be Careful What You Wish For: The Comparative Impacts of Juvenile and Criminal Court Sanctions on Adolescent Felony Offenders," Presented at Annual Conference on Empirical Legal Studies, New York, November 19, 2007

"The Common Thread: Crime, Law and Urban Violence in Paris and the U.S.," Presented at the Conference on "Poverty, Inequality, and Race: Forty Years after the Kerner Commission Report and Twenty Years after the Scarman Commission Report," University of Paris IX (Sorbonne), July 2007

"Race, Political Economy, and the Supply of Capital-Eligible Cases," Presented at the Annual Meeting of the American Society of Criminology, Atlanta GA, November 2007.

"The Political Economy of the Crime Decline in New York City," Presented at the Annual Meeting of the American Society of Criminology, Atlanta GA, November 2007.  Also presented at the Annual Meeting of the American Association for the Advancement of Science, San Francisco, February 2007 (with G. Davies).  Also presented at the Symposium on the Crime Decline, University of Pennsylvania, Department of Criminology, March 31, 2006.

"Crime and Neighborhood Change."  Presented at the National Research Council, Committee on Law and Justice, Washington DC, April 2007.

"Immigration and Crime," Presented at the Annual Meeting of the American Society of Criminology, Los Angeles, November 2006 (w. Garth Davies).

"Rational Choice and Developmental Contributions to Legal Socialization," Presented at the Conference on Empirical Studies in Law, Austin, Texas, October 2006; also presented at the

Annual Meeting of the American Society of Criminology, Toronto, November 2005 (with A. Piquero) http://papers.ssrn.com/sol3/papers.cfm?abstract_id=914189.

"The Diffusion of Homicides from Illegal Gun Markets: A Test of Social Contagion Theories of Violence, Presented at the Annual Meeting of the American Society of Criminology, Toronto, Ontario, November 14, 2005 (with G. Davies).

"Attention Felons: Evaluating Project Safe Neighborhoods in Chicago" (November 2005). U Chicago Law & Economics, Olin Working Paper No. 269 http://ssrn.com/abstract=860685, presented at the Annual Meeting of the American Society of Criminology, Toronto, November 2005 (with A. Papachristos and T.L. Meares)

"Legitimacy And Cooperation: Why Do People Help The Police Fight Crime In Their Communities?" Presented at the Annual Meeting of the American Society of Criminology, Toronto, November 2005 (with T. Tyler), http://papers.ssrn.com/sol3/papers.cfm?abstract_id=887737

"Science, Ideology and the Death Penalty: The Illusion of Deterrence." The Walter Reckless Lecture, delivered at the Moritz School of Law and the Criminal Justice Research Center, The Ohio State University, Columbus, OH, April 2005.

"Crime Currents and the Co-Production of Security in New York City." Presented at the *Colloquium on the Urban Age*, London School of Economics, February 2005.

"The Effects of Drug Enforcement on the Rise and Fall of Violence in New York City, 1985-2000," Presented at the *Workshop on Behavioral and Economic Research* National Institute on Drug Abuse, Bethesda MD, October 2004 (with G. Davies).

"Police, Order Maintenance and Legitimacy," Presented at the Conference on *Dilemmas of Contemporary Criminal Justice: Policing in Central and Eastern Europe*, University of Maribor, Ljubljana, Slovenia, September 2004 (with Tom R. Tyler)

"The Bustle of Horses on a Ship: Drug Control in Public Housing," Presented at Workshop on Crime in Public Housing, National Consortium on Violence Research, John F. Kennedy School of Government, Harvard University, April 2004.

"Neighborhood Patterns of Violence among Latinos," Presented at Workshop on *Beyond Racial Dichotomies of Violence: Immigrants, Race and Ethnicity*, UCLA Center for Population Studies, Los Angeles, November 2003 (with G. Davies).

"Neighborhood Effects on Violence Against Women: A Panel Study," Presented at the Annual Meeting of the American Society of Criminology, Denver, November 2003 (with G. Davies).

"Reciprocal Effects of Crime and Incarceration in New York City Neighborhoods," Presented at the Russell Sage Foundation, New York, December 2002 (with V. West and J. Holland).

"The Effects of Drug Enforcement on the Rise and Fall of Homicides in New York City, 1985-1996," Presented at the Annual Meeting of the American Society of Criminology, Chicago, November 2002 (with G. Davies).

"Age-Specific Sanctions for Juvenile Offenders: Crime Control and the Exclusion of Adolescent from the Juvenile Court," Presented at the Symposium for the 10th Anniversary of the Netherlands Institute for the Study of Crime and Law Enforcement, Leiden, The Netherlands, September 2002.

"New Measures for Assessing Perceptions of Legitimacy and Deterrence among Juvenile Offenders," Presented at the Annual Meeting of the American Society of Criminology, Chicago, November 2002 (with A. Piquero).

"Community, Courts, and Legitimacy," Fordham University Law School Symposium on Problem-Solving Courts, New York, February 2002 (with V. Malkin).

"Specific Deterrent Effects of Jurisdictional Transfer of Adolescent Felony Offenders," American Society of Criminology, Atlanta, November 2001 (with A. Kupchik).

"Assessing the Theoretical and Empirical Status of 'Broken Windows' Policing," Faculty of Law, University of Cambridge, Cambridge UK, October 2001.

"Social Contagion of Youth Violence," Grand Rounds Lecture, Johns Hopkins University School

of Medicine, Baltimore MD, March 2001.

"Street Stops and Broken Windows: Terry, Race and Disorder in New York City," Presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA , November 2000.

"Social and Legal Consequences of Judicial Waiver of Adolescents: Human Rights Implications," Presented at the Annual Meeting of the American Association for the Advancement of Science, Washington DC, February 2000.

"Crime in Poor Places: Examining the Neighborhood Context of New York City's Public Housing Projects," Presented at the Research Institute on Neighborhood Effects on Low-Income Families, Joint Center for Poverty Research, The University of Chicago, September 1999 (with Tamara Dumanovsky and J. Philip Thompson).

"Social Contagion of Violence,"Presented at the Fortunoff Colloquium, New York University School of Law, April 1999.  Previous versions presented at the Winter Roundtable, Teachers College, Columbia University, February 1998, and the International Roundtable on Urban Security, Foundation Jean Jares, Paris, April 1998.

"This is Gonna' Hurt Me More than It'll Hurt You: Consequences of the Criminalization of Youth Crime."  Presented at the Workshop on the Juvenile Justice System, National Research Council Panel on Juvenile Crime, Washington DC, January 1999.

"Use, Misuse and Nonuse of Social Science in Law: Case Studies from Criminal Law." Presented at the Annual Meeting of the American Association of Law Schools, New Orleans, January 1999.

"Consequences of Waiver: Recidivism and Adolescent Development."  Presented at the Symposium on The Juvenile Justice Counter-Reformation: Children and Adolescents as Adult Criminals, Quinnipiac College School of Law, Hamden CT, September 17-18, 1998.

"Drugs and Youth Violence: The Tripartite Framework Revisited."  Presented at the Annual Meeting of the American Society of Criminology, San Diego, November 1997.

"The Criminalization of Delinquency and the Politics of Juvenile Justice." Presented at the Annual Meeting of the National Conference of State Legislatures, Philadelphia PA, August 1997.

"Crack in Context: Myths And Realities From America's Latest Drug Epidemic." Presented at the NIJ/NIDA Conference on *The Crack Decade*: *Research Perspectives and Lessons Learned.* Baltimore MD: June 1997.

"Alcohol and Violent Events."  Presented at the Annual Meeting of the American Society of Criminology, Chicago, November 1996 (with D.L. Wilkinson).

"Crime and Public Housing: Conceptual and Research Issues." Presented at the Joint Conference on Research in Public Housing, National Institute of Justice and Department of Housing and Urban Development, Washington DC, July 1997.

"The Functions of Adolescent Violence." Presented at the Bi-National Forum on Youth Violence, The French American Foundation, United Nations, New York, October 1996.

"Mirror Images of Violence: The Historical Socialization of Willie Bosket."  Author-Meets-Critic Panel on *All God's Children*, by Fox Butterfield.  Presented at the Annual Meeting of the American Society of Criminology, Boston, November 1995.

"Crime and Work."  Presented at the Annual Meeting of the American Society of Criminology, Boston, November 1995.

"Drugs and Violence: Lessons from Three Epidemics."  Presented at a joint session of the Annual Meetings of the American Sociological Association and the Society for the Study of Social Problems, Washington DC, August 1995.

"Social and Legal Control of Spouse Assault: Ironies in the Effectiveness of Punishment for Wife Beating."  Presented at the Conference on Research and Evaluation, National Institute of Justice, Washington DC, July 1995.

"Cocaine and Federal Sentencing Policy." Testimony before the Subcommittee on Crime, Committee on the Judiciary, U.S. House of Representatives, Washington DC, June 29, 1995.

"Gangs, Youth, Drugs, and Violence." Presented to the Drugs-Violence Task Force of the U.S. Sentencing Commission, Washington DC, May 1995.

"Community Risk Factors in Workplace Violence." Presented at the Symposium on Violence in the Workplace, New York Academy of Medicine, New York, March 1995.

"Situational Contexts of Gun Use among Young Males." Presented at the Annual Meeting of the American Association for the Advancement of Science, Atlanta, February 1995, and at the Annual Meeting of the American Society of Criminology, Miami, November 1994.

"The Social Control of Violence among Intimates: Neighborhood Influences on the Deterrent Effects of Arrest for Spouse Assault" (with J. Garner & C. Maxwell). Presented at the Annual Meeting of the American Society of Criminology, Miami, November 1994.

"Crime, Drugs and Neighborhood Change: the Effects of Deindustrialization on Social Control in Inner Cities." Presented at the Annual Meeting of the American Association for the Advancement of Science, San Francisco, February 1994.

"The Social Context of Deterrence." Plenary paper presented at the Annual Meeting of the American Society of Criminology, Phoenix, October 1993.

"Doubling Up: Careers in Legal and Illegal Work." Presented at the Annual Meeting of the American Society of Criminology, Phoenix, October 1993.

"Promises and Lies: The False Criminology of "Islands in the Street." Presented at the Annual Meeting of the American Sociological Association, Miami, August 1993.

"Deindustrialization and the Emergence of Youth Gangs in American Cities." Colloquium at the Institute of Politics, University of Pittsburgh, April 1993.

"Women and Drugs Revisited: Female Participation in the Crack Economy." Colloquium at the Research Institute on the Addictions, State of New York, March 1993.

"Neighborhood Effects on Gangs and Ganging: Ethnicity, Political Economy and Urban Change." Presented at the Annual Meeting of the American Society of Criminology, New Orleans, November 1992.

"Enterprise and Ethnicity: Cultural and Economic Influence on Social Networks of Chinese Youth Gangs" (with K. Chin). Presented at the Annual Meeting of the American Society of Criminology, New Orleans, November 1992.

"The Specific Deterrent Effects of Criminal Sanctions for Drug and Non-Drug Offenders." Presented at the Annual Meeting of the Law & Society Association, Philadelphia, May 1992.

"The Changing Contexts of Drug-Violence Relationships for Adolescents and Adults." Presented at the Annual Meeting of the American Academy for the Advancement of Science, Washington DC, February 1991.

"Youth Gangs as Social Networks." Presented at the Annual Meeting of the American Society of Criminology, Baltimore MD, November 1990.

"Context and Contingency in Drug-Related Violence." Presented at the Annual Meeting of the American Psychological Association, Boston MA, August 1990.

"The Dragon Breathes Fire: Chinese Organized Crime in New York City" (R. Kelly, K. Chin, and J. Fagan). Presented to the Political Sociology Faculty of the University of Florence, Firenze, Italy, May 1990.

"The Political Economy of Drug Use and Drug Dealing among Urban Gangs (J. Fagan and A. Hamid). Presented at the Annual Meeting of the American Society of Criminology, Reno NV, November 1989.

"The Comparative Impacts of Juvenile and Criminal Court Sanctions for Adolescent Felony Offenders" (J. Fagan and M. Schiff). Presented at the Annual Meeting of the American Society of Criminology, Reno NV, November 1989.

"Symbolic and Substantive Effects of Waiver Legislation in New Jersey" (M. Schiff and J.

Fagan). Presented at the Annual Meeting of the Law and Society Association, Vail CO, June, 1988.

"The Predictive Validity of Judicial Determinations of Dangerousness: Preventive Detention of Juvenile Offenders in the Schall v. Martin Case" (J. Fagan and M. Guggenheim).  Presented at the Annual Meeting of the American Society of Criminology, Montreal, Quebec, November, 1987; and, at the Fortunoff Colloquium Series, New York Unversity School of Law, November, 1988.

"The Comparative Effects of Legal and Social Sanctions in the Recurrence of Wife Abuse" (J. Fagan and S. Wexler).  Presented at the Third National Conference on Family Violence Research, University of New Hampshire, Durham, NH, July, 1987

"The Stability of Delinquency Correlates in Eight High Crime Neighborhoods" (J. Deslonde and J. Fagan).  Presented at the 1986 Annual Conference of Blacks in Criminal Justice, Washington DC, March 1986

"Complex Behaviors and Simple Measures:  Understanding Violence in Families" (J. Fagan and S. Wexler).  Presented at the Annual Meeting of the American Society of Criminology, San Diego, November, 1985

"Social Ecology of Violent Delinquency" (J. Fagan, P. Kelly and M. Jang).  Presented at Annual Meeting of the Academy of Criminal Justice Sciences, Chicago, IL, March, 1984.

"Delinquent Careers of Chronically Violent Juvenile Offenders" (E. Hartstone, J. Fagan and M. Jang). Presented at Pacific Sociological Association, San Jose, CA, April 1983.

"*Parens Patriae* and Juvenile Parole."   Presented at the National Conference on Criminal Justice Evaluation, Washington, DC, November 1978.

"Indigenous Justice:  The San Francisco Community Board Program" (J. Fagan).  Presented at the Annual Meeting of the American Society of Criminology, November 1977, Atlanta, Georgia.

"An Assessment of the Impact of Treatment and Other Factors on Successful Completion of a Pretrial Intervention Program" (J. Fagan).  Presented at the National Conference on Criminal Justice Evaluation, February 1977.


**EXPERT TESTIMONY:**

*David Floyd, et al. v. City of New York, et al.*, U.S. District Court, Southern District of New York, No. 08 Civ. 1034 (S.D.N.Y.)

*State v. Raheem Moore,* Circuit Court # 08CF05160, State of Wisconsin, Criminal Division, Milwaukee County

*Connecticut v Arnold Bell*, Docket # CR02-0005839, District Court of Connecticut, New Haven

*Jessica Gonzales v. United States*, Petition No. 1490-05, Inter Am. C.H.R., Report No. 52/07, OEA/Ser.L./V/II.128, doc. 19 (2007)

*U.S. v. Joseph Brown and Jose Lavandier,* U.S. District Court for the District of Vermont, Docket No. 2:06-CR-82-2

*United States v. Khalid Barnes*, 04 Cr. 186 (SCR), U.S. District Court for the Southern District of New York

*Loggins v.State,* 771 So. 2d 1070 (Ala. Crim. App. 1999)

*Truman-Smith v. Bryco Firearms et al.* (02-30239 (JBW)), and *Johnson v. Bryco Firearms et al.* (03-2582 (JBW)), Eastern District of New York

*U.S. v. Alan Quinones*, S3 00 Cr. 761 (JSR), Southern District of New York

*National Association for the Advancement of Colored People (NAACP) and National Spinal Cord Injury Association (NSCIA) v. American Arms Corporation, Accusport Corporation, et. al.,* Eastern District of New York, 99 CV 3999 (JBW), 99 CV7037 (JBW)

*U.S. v. Durrell Caldwell*, J-2045-00; J-2250-00, Family Division, Juvenile Branch, Superior
    Court of the District of Columbia
*Nixon v. Commonwealth of Pennsylvania, Department of Public Welfare*, 839 A.2d 277 (Pa.
    2003)
*National Congress of Puerto Rican Rights v. City of New York,* 99 Civ. 1695 (SAS) (HBP)
*State of Wisconsin v. Rodolfo Flores*, 99-CF-2866, Circuit Branch 28 (Hon. Thomas R. Cooper)
*State of Wisconsin v. Rolando Zavala*, 97-CF-547, Circuit Branch 3 (Hon. Bruce E. Shroeder)
*Hamilton v. Accu-Tek et al.*, 935 F. Supp. 1307 (E.D.N.Y. 1996)
*U.S. v.Yohann Renwick Nelson*, 920 F.Supp. 825 (M.D. Tenn., 1996)

**OTHER PRESENTATIONS:**

"Guns, Social Contagion, and Youth Violence."  Presented at the Annual Conference of the
    Cuyahoga County Mental Health Institute, Case Western Reserve University, Cleveland, May
    1998.
"The Future of the Criminal Law on Domestic Violence." Presented to the Governor's Criminal
    Justice Conference, Albany, New York, October 1996.
"Women, Law and Violence: Legal and Social Control of Domestic Violence."  Presented at the
    29th Semi-Annual Research Conference of the Institute for Law and Psychiatry, School of
    Law, University of Virginia, Charlottesville VA, November 1995.
"Punishment versus Treatment of Juvenile Offenders: Therapeutic Integrity and the Politics of
    Punishment,"  Delaware Council on Criminal Justice, Wilmington DE, October 1995.
Keynote Speaker, "The Criminalization of Domestic Violence: Promises and Limitations,"
    National Conference on Criminal Justice Evaluation, National Institute of Justice,
    Washington DC, July 1995.
"Limits and Promises of New Jersey's Prevention of Domestic Abuse Act," Institute of
    Continuing Legal Education, Bar Association of the State of New Jersey, New Brunswick,
    July 1993.
"Technical Review on Alcohol and Violence,"  National Institute on Alcoholism and Alcohol
    Abuse, Rockville MD: May 1992.
Plenary Speaker, "Race and Class Conflicts in Juvenile Justice,"  Annual Meeting of the Juvenile
    Justice Advisory Groups, Washington DC, April 1991
Plenary Speaker, "Punishing Spouse Assault: Implications, Limitations and Ironies of Recent
    Experiments on Arrest Policies," Annual Meeting of the Society for the Study of Social
    Problems, Washington DC, August 1990.
"Drug Use, Drug Selling and Violence in the Inner City," Joint Center for Political Studies,
    Washington DC: November 1989.
"Technical Review on Drugs and Violence," National Institute on Drug Abuse, Rockville MD:
    September, 1989.
Carnegie Council on Adolescent Development, "Workshop on Adolescent Violence."
    Washington DC: May 1989.
"National Symposium on Families in Courts."  National Judicial College, National Center for
    State Courts, and the American Bar Association (joint conveners).  Reno NV, May 1989.
Plenary Panelist, "Delinquency Research in the 1990's." Annual Meeting of the Western Society
    of Criminology, Anaheim CA, February 1989.
Keynote Speaker, Philadelphia Coalition for Children and Youth, Juvenile Justice Conference,
    June, 1988
Ohio Governor's Task Force on Juvenile Violence, Statewide Conference on Gangs, May, 1988
OJJDP State Advisory Groups, Regional Workshops, 1982, 1987
Michigan Commission on Juvenile Justice, Symposium on Contemporary Programs in

Rehabilitation of Serious Juvenile Offenders, 1986
Interagency Panel on Research and Development on Children and Adolescents, National Institute
    of Education, 1985, 1987
Symposium on Addressing the Mental Health Needs of the Juvenile Justice Population, National
    Institute of Mental Health, l985
OJJDP/ADAMHA Joint Task Force on Serious Juvenile Offenders with Drug and Alcohol Abuse
    and Mental Health Problems, National Institute on Drug Abuse, 1984
National Conference on Family Violence as a Crime Problem, National Institute of Justice, 1984
Governor's Task Force on Juvenile Sex Offenders, California Youth Authority, Sacramento, CA,
    1984
Los Angeles County Medical Association, Los Angeles, California:  Family Violence and Public
    Policy, 1983
Minority Research Workshop, National Institute of Law Enforcement and Criminal Justice,
    LEAA, Department of Justice, 1979


**TECHNICAL REPORTS (SELECTED):**

*Project Safe Neighborhoods in Chicago: Three Year Evaluation and Analysis of Neighborhood
    Level Crime Indicators, Final Technical Report* (J. Fagan, A. Papachristos, T.L. Meares),
    Grant # 2004-GP-CX-0578, Bureau of Justice Assistance, U.S. Department of Justice (2006).
*Social and Ecological Risks of Domestic and Non-Domestic Violence against Women in New
    York City* (J. Fagan, J. Medina-Ariza, and S.A. Wilt).  Final Report, Grant 1999-WT-VW-
    0005, National Institute of Justice, U.S. Department of Justice (2003).
*The Comparative Impacts of Juvenile and Criminal Court Sanctions on Recidivism among
    Adolescent Felony Offenders*(J. Fagan, A. Kupchik, and A. Liberman).  Final Report, Grant
    97-JN-FX-01, Office of Juvenile Justice and Delinquency Prevention (2003).
*Drug Control in Public Housing: The Impact of New York City's Drug Elimination Program on
    Drugs and Crime* (J. Fagan, J. Holland, T. Dumanovsky, and G. Davies).  Final Report, Grant
    No. 034898, Substance Abuse Policy Research Program, Robert Wood Johnson Foundation
    (2003).
*The Effects of Drug Enforcement on the Rise and Fall of Homicides in New York City, 1985-95*
    (J. Fagan).  Final Report, Grant No. 031675, Substance Abuse Policy Research Program,
    Robert Wood Johnson Foundation (2002).
*Getting to Death: Fairness and Efficiency in the Processing and Conclusion of Death Penalty
    Cases after Furman* (J. Fagan, J. Liebman, A. Gelman, V. West, A. Kiss, and G. Davies).
    Final Technical Report, Grant 2000-IJ-CX-0035, National Institute of Justice (2002).
*Analysis of NYPD AStop and Frisk Practices"* (J. Fagan, T.Dumanovsky, and A. Gelman).  Office
    of the Attorney General, New York State, 1999 (contributed chapters and data analyses).
*Situational Contexts of Gun Use by Young Males in Inner Cities* (J. Fagan and D.L.Wilkinson).
    Final Technical Report,  Grant SBR 9515327, National Science Foundation; Grant 96-IJ-CX-
    0021, National Institute of Justice; Grant R49/CCR211614, Centers for Disease Control and
    Prevention (NIH), 1999.
*The Specific Deterrent Effects of Arrest on Domestic Violence* (C. Maxwell, J. Garner and J.
    Fagan).  Final Technical Report, Grant 93-IJ-CX-0021, National Institute of Justice, 1999.
*The Epidemiology and Social Ecology of Violence In Public Housing* (J. Fagan, T. Dumanovsky,
    J.P. Thompson, G. Winkel, and S. Saegert).  National Consortium on Violence Research,
    National Science Foundation, 1998.
*Reducing Injuries to Women in Domestic Assaults* (J. Fagan, J. Garner, and C. Maxwell).  Final

Technical Report, Grant R49/CCR210534, Centers for Disease Control, National Institutes of
    Health, 1997.
*The Effectiveness of Restraining Orders for Domestic Violence* (J. Fagan, C. Maxwell, L.
    Macaluso, & C. Nahabedian).  Final Technical Report, Administrative Office of the Courts,
    State of New Jersey, 1995.
*Gangs and Social Order in Chinatown: Extortion, Ethnicity and Enterprise* (K. Chin, J.Fagan, R.
    Kelly). Final Report, Grant 89-IJ-CX-0021 (S1), National Institute of Justice, U.S.
    Department of Justice, 1994.
*The Comparative Impacts of Juvenile and Criminal Court Sanctions for Adolescent Felony
    Offenders: Certainty, Severity and Effectiveness of Legal Intervention* (J. Fagan).  Final
    Report, Grant 87-IJ-CX-4044, National Institute of Justice, U.S. Department of Justice, 1991.
*Final Report of the Violent Juvenile Offender Research and Development Program*, Grant 85-
    MU-AX-C001, U.S. Office of Juvenile Justice and Delinquency Prevention:
    * *Volume I: Innovation and Experimentation in Juvenile Corrections: Implementing a
        Community Reintegration Model for Violent Juvenile Offenders* (J. Fagan and E.
        Hartstone), 1986.
    * *Volume II: Separating the Men from the Boys: The Transfer of Violent Delinquents to
        Criminal Court* (J. Fagan and M. Forst), 1987.
    * *Volume III: Rehabilitation and Reintegration of Violent Juvenile Offenders:
        Experimental Results* (J. Fagan, M. Forst and T. Scott Vivona), 1988.
*Drug and Alcohol Use, Violent Delinquency, and Social Bonding:  Implications for Policy and
    Intervention* (J. Fagan, J.G. Weis, J. Watters,  M. Jang, and Y. Cheng), Grant 85-IJ-CX-0056,
    National Institute of Justice, 1987.
*Minority Offenders and the Administration of Juvenile Justice in Colorado* (E. Slaughter, E.
    Hartstone, and J. Fagan).  Denver: Colorado Division of Criminal Justice, 1986.
*Final Report:  The Impact of Intensive Probation Supervision on Violent Juvenile Offenders in
    the Transition Phase Adolescence to Adulthood* (J. Fagan and C. Reinarman), Grant 82-IJ-
    CX-K008, National Institute of Justice, 1986.
*Final Report:  National Family Violence Evaluation* (J. Fagan, E. Friedman, and S. Wexler),
    Grant 80-JN-AX-0004, Office of Juvenile Justice and Delinquency Prevention, 1984.  (Also,
    three interim reports: History and Development, Process Analysis, Client and Program
    Characteristics.)
*A Resident Mobilization Strategy for Prevention of Violent Juvenile Crime* (J. Deslonde, J. Fagan,
    P. Kelly, and D. Broussard).  San Francisco:  The URSA Institute, 1983.
*Background Paper for the Violent Juvenile Offender Research and Development Program*  (J.
    Fagan, S. Jones, E. Hartstone, & C. Rudman), Washington, DC:  Office of Juvenile Justice
    and Delinquency Prevention, April 1981.


**EDITORIAL:**

Senior Editor, *Criminology and Public Policy*, 2001 - present
Advisory Board, *Family and Child Law Abstracts*, Legal Scholarship Network, 1999-present
Editorial Advisory Board, *Journal of Criminal Law and Criminology*, 1996-present
Editorial Board, *Criminology*, 1997-2001
Editorial Board, *Journal of Quantitative Criminology*, 2001-present
Editorial Board, *Crime and Justice: A Review of Research,* 1998-present
Editorial Board, *Journal of Research in Crime and Delinquency*, 1997-present
Editor, *Journal of Research in Crime and Delinquency*, 1990 - 1995
Editor, *Contemporary Drug Problems*, Special Issues on Crack (Winter 1989, Spring 1990)

Co-Editor, *Oxford Readers in Crime and Justice* (w. Michael Tonry), Oxford University Press,
    1994-95


## ADVISORY BOARDS AND COMMITTEES:

Research Advisory Board, The Innocence Project (2009 -- present)
Committee on Law and Justice, National Academy of Sciences (2000-2006) (Vice Chair, 2004-6)
Member, Committee to Review Research on Police Policy and Practices, National Research
    Council, National Research Council (2001-2003)
Working Group on Law, Legitimacy and the Production of Justice, Russell Sage Foundation
    (2000-present)
Working Group on Incarceration, Russell Sage Foundation (2000-2006)
Academic Advisory Council, National Campaign Against Youth Violence (The White House)
    (1999-2001)
Fellow, Aspen Roundtable on Race and Community Revitalization (1999 - 2001)
Fellow, Earl Warren Legal Institute, University of California School of Law (1998 - present)
Research Network on Adolescent Development and Juvenile Justice, MacArthur Foundation
    (1996-2006)
National Consortium on Violence Research, Carnegie Mellon University (NSF) (1996-present)
Committee on the Assessment of Family Violence Interventions, National Research Council,
    National Academy of Sciences (1994-1998)
Advisory Board, Evaluation of the Comprehensive Gang Intervention Program, University of
    Chicago (1997-present)
Committee on Opportunities in Drug Abuse Research, Institute of Medicine, National Academy
    of Sciences (Special Consultant) (1995 - 1996).
Initial Review Group, Violence and Traumatic Stress Research Branch, National Institute of
    Mental Health, National Institute of Health (1994-1998)
Chair, Working Group on the Ecology of Crime in Inner Cities, Committee for Research on the
    Urban Underclass, Social Science Research Council (1989-1994)
Advisory Board, Evaluation of the Jobs Corps, U.S. Department of Labor (1993-present)
Advisory Board, National Service Action Corps, Robert F. Kennedy Memorial (1993-1997)
Advisory Board, Evaluation of Family Violence Prevention and Services Act, The Urban Insitute
    (1993-1994)
Scientific Core Group, Program on Human Development and Criminal Behavior, MacArthur
    Foundation (1991-1992)
Injury Control Panel on Violence Prevention, Centers for Disease Control and Prevention, U.S.
    Department of Health and Human Services (1990-1991)
Princeton Working Group on Alternatives to Drug Prohibition, Woodrow Wilson School of
    Public and International Affairs, Princeton University (1990-1994)
Racial Disparities in Juvenile Justice, Pennsylvania Juvenile Court Judges Commission (1991-92)
Racial Disparities in Juvenile Justice, Missouri Department of Law and Public Safety (1990-91)
Conditions of Confinement of Juveniles, National Institute for Juvenile Justice and Delinquency
    Prevention (1990-1992)
Research Program on "Linking Lifetimes -- Intergenerational Mentoring for Youths at Risk and
    Young Offenders," Temple University (1989-91)
Research Program on Juvenile Court Sanctions for Family Violence, National Council of Juvenile
    and Family Court Judges, Bureau of Justice Assistance, U.S. Department of Justice (1987-
    1988)
School Crime Research and Development Program, Office of Juvenile Justice and Delinquency

Prevention, National Institute for Juvenile Justice and Delinquency Prevention (1986-1988)
Research and Development Project on Sexually Exploited Children, Tufts University, New
   England Medical Center Hospital, Boston, MA (1980-83)
Administration of Justice Program, National Urban League, New York, NY (1982-1987)


**PROFESSIONAL ASSOCIATIONS:**

American Society of Criminology
American Sociological Association
Law and Society Association
American Association for the Advancement of Science
American Public Health Association


**RESEARCH GRANTS:**

*Street Stops and Police Legitimacy*, Grant 2010-IJ-CX-0025 from the National Institute of
   Justice, U.S. Department of Justice, subcontract from New York University, 2011 – present
Principal Investigator, "Evaluation of Project Safe Neighborhoods in Chicago," May 2004 –
   September 2010, Grant # 2004-GP-CX-0578, Bureau of Justice Assistance, Office of Justice
   Programs, U.S. Department of Justice.
Principal Investigator, "Capital Sentencing of Adolescent Murder Defendants," March –
   December 2004, Grant #20012433 from the Open Society Institute. Additional support from
   the Wallace Global Fund.
Principal Investigator, "Legitimacy, Accountability, and Social Order: Majority and Minority
   Community Perspectives on the Law and Legal Authorities," September 2002 - August 2003,
   Russell Sage Foundation.
Principal Investigator, "Social Contagion of Violence," Investigator Awards in Health Policy
   Program, Robert Wood Johnson Foundation, September 2002 – June 2004
Principal Investigator, "Getting to Death: Fairness and Efficiency in the Processing and
   Conclusion of Death Penalty Cases after Furman," Grant #2000-IJ-CX-0035, September
   2000 - August 2001, National Institute of Justice, U.S. Department of Justice.
Co-Principal Investigator, "Columbia Center for the Study and Prevention of Youth Violence,"
   Grant R49-CCR218598, October 1, 2000 - September 30, 2005, Centers for Disease Control,
   U.S. Department of Health and Human Services.
Principal Investigator, "Neighborhood Effects on Legal Socialization of Adolescents," John D.
   and Catherine T. MacArthur Foundation, October 1, 2000 - September, 30, 2002.
Principal Investigator, "Violence Prevention through Legal Socialization," 1 R01-HD-40084-01,
   October 1, 2000 - September 30, 2003, National Institute of Child and Human Development,
   U.S. Department of Health and Human Services.
Principal Investigator, "The Effects Of Incarceration On Crime And Work In New York City:
   Individual And Neighborhood Impacts," Russell Sage Foundation, Grant 85-00-11,
   September 2000 - August 2002.
Principal Investigator, "Community Courts And Community Ecology: A Study of The Red Hook
   Community Justice Center," Grant 2000-MU-AX-0006, June 1, 2000 - December 31, 2002,
   National Institute of Justice, U.S. Department of Justice.
Principal Investigator, "Age, Crime and Sanction: The Effect of Juvenile Versus Adult Court
   Jurisdiction on Age-specific Crime Rates of Adolescent Offenders," Grant JR-VX-0002, June
   1999 - August 2000, Office of Juvenile Justice and Delinquency Prevention, U.S. Department

of Justice.

Principal Investigator, "Social and Ecological Risks of Domestic and Non-domestic Violence Against Women in New York City," Grant WT-VX-0005, April 1999 - December 2000, National Institute of Justice, U.S. Department of Justice.

Principal Investigator, "Drug Control in Public Housing: An Evaluation of the Drug Elimination Program of the New York City Public Housing Authority," September 1998 - August 2001, Robert Wood Johnson Foundation.

Principal Investigator, "The Criminalization of Delinquency: Comparative Impacts of Juvenile and Criminal Court Sanctions on Adolescent Felony Offenders," March 1997 - September 2000, Office of Juvenile Justice and Delinquency Prevention, Annie E. Casey Foundation, Open Society Institute.

Co-Principal Investigator, "Post-Traumatic Stress Among Police," October 1997 - April 2000, National Institute of Mental Health, 1 R01 MH56350-01, National Institute of Health (subcontract from University of California at San Francisco).

Principal Investigator, "The Rise and Fall of Drug-Related Homicides in New York City: 1985-95," July 1997 - June 2000, Robert Wood Johnson Foundation.

Principal Investigator, "Lethal and Non-Lethal Violence: Individual, Social and Neighborhood Risk Factors," October 1996 - September 1999, Centers for Disease Control and Prevention, National Institute of Health, R49/CCR212753-01; National Institute of Justice, 97-IJ-CX-0013.

Principal Investigator, "The Situational Context of Gun Use by Young Males," October 1995 - January 1998, National Science Foundation, SBR-9515327; National Institute of Justice, 96-IJ-CX-0021; Centers for Disease Control and Prevention (NIH) R49/CCR211614.

Principal Investigator, "The Situational Context of Gun Use by Young Males in Inner Cities," February 1995 - August 1996, The Harry Frank Guggenheim Foundation.

Principal Investigator, "Reducing Injuries to Women from Spouse Assault," September 1994 - February 1996, Centers for Disease Control and Prevention, National Institute of Health, R49/CCR210534-01.

Co-Principal Investigator, "Crime Commission Rates of Incarcerated Prisoners: Estimates from the Second Generation of Inmate Surveys," June 1994 - February 1995, National Institute of Justice, 94-IJ-CX-0017.

Principal Investigator, "Impacts of Arrest on the Social Control of Violence Among Intimates," October 1993 - June 1994, National Institute of Justice, 93-IJ-CX-0021.

Principal Investigator, "The Role of Legal and Social Controls in Controlling Violence among Intimates," July 1993 - December 1994, The Harry Frank Guggenheim Foundation.

Co-Principal Investigator, "Measuring the Use of Force by Police," September 1993 - August 1994, National Institute of Justice, 92-IJ-CX-K028.

Co-Principal Investigator, "Female Participation in Drug Selling," September 1992 - August 1994, National Science Foundation, SES-92-07761. Also supported by the Rockefeller Foundation.

Principal Investigator, "Civil and Criminal Sanctions for Domestic Violence," June 1992 - September 1994 Administrative Office of the Courts, State of New Jersey.

Co-Principal Investigator, "Careers in Crack, Drug Use and Distribution, and Non-Drug Crime," February 1991 - January 1993, National Institute on Drug Abuse, National Institute of Health, 1R01-DA-06615-01.

Principal Investigator, "Patterns of Organized Crime Activities among Asian Businesses in the New York Metropolitan Area," October 1989 - March 1991, National Institute of Justice, 89-IJ-CX-0021.

Principal Investigator, "Desistance from Family Violence," July 1990 - January 1992, The Harry Frank Guggenheim Foundation.

Principal Investigator, "Pipeline Study for a Field Experiment on Drug Testing in Community
  Corrections," June-December, 1990, National Institute of Justice, 90-IJ-R-026
Principal Investigator, "Changing Patterns of Drug Abuse and Criminality among Crack Users,"
  December 1987 - September 1989, National Institute of Justice, 87-IJ-CX-0064-S1.
Principal Investigator, "The Comparative Impacts of Criminal and Juvenile Sanctions for
  Adolescent Felony Offenders," October 1987 - September 1989, National Institute of Justice,
  87-IJ-CX-4044.
Principal Investigator, "Drug Abuse and Delinquency among Dropouts and Gang Members: A
  Secondary Analysis," October 1987 - December 1988, National Institute for Juvenile Justice
  and Delinquency Prevention, 87-JN-CX-0012.
Principal Investigator, "Drug and Alcohol Use, Violent Delinquency, and Social Bonding,"
  October 1985 - December 1986, National Institute of Justice, 85-IJ-CX-0056.
Principal Investigator, "Violent Juvenile Offender Research and Development Program,"
  November 1980 - June 1987, National Institute for Juvenile Justice and Delinquency
  Prevention, 80-JN-AX-0012, 85-MU-CX-0001.
Principal Investigator, Preventive Detention and the Prediction of Dangerousness Among
  Juveniles: Pretrial Crime and Criminal Careers in the *Schall v. Martin* Cohort, New York
  City Criminal Justice Agency.
Principal Investigator, "AIDS Community Education Effectiveness Study," January 1986 - June
  1987, California Department of Health, Grant D0056-86.
Principal Investigator, "Longitudinal Evaluation of Intensive Probation Supervision for Violent
  Offenders," October 1982 - June 1985, National Institute of Justice, 82-IJ-CX-K008.
Principal Investigator, National Evaluation of the LEAA Family Violence Program," October
  1978 -January 1984, National Institute for Juvenile Justice and Delinquency Prevention, 80-
  JN-AX-0003.


**PEER REVIEW:**
**Scholarly Journals**
  Law and Society Review                          Social Problems
  Journal of Contemporary Ethnography             American Journal of Sociology
  American Sociological Review                    Journal of Drug Issues
  Crime and Justice: An Annual Review of Research Journal of Quantitative Criminology
  Sociological Methods and Research               Journal of Criminal Justice
  Justice Quarterly                               Alcohol Health and Research World
  Violence and Victims                            Criminal Justice Ethics
  Social Science Quarterly                        Contemporary Drug Problems

**University Presses**
  Rutgers University Press                        Cambridge University Press
  State University of New York Press              Oxford University Press
  Temple University Press                         Princeton University Press
  University of Chicago Press

**Other Presses**
  MacMillan Publishing                            Greenwood Publications
  St. Martins Press                               Sage Publications

**Research Grant Reviews**
  National Institute on Mental Health, Violence and Traumatic Stress Branch

Centers for Disease Control and Prevention, National Center for Injury Prevention and Control,
USPHS
Law and Social Science Program, National Science Foundation
Sociology Program, National Science Foundation
National Institute on Drug Abuse, Prevention Branch
National Institute on Drug Abuse, Epidemiology Branch
National Institute of Justice
Office of Juvenile Justice and Delinquency Prevention
The Carnegie Corporation of New York
The W.T. Grant Foundation

**COURSES TAUGHT:**

Seminar on Incarceration
Seminar on Policing
Criminal Law
Capital Punishment
Empirical Analysis of Law
Juvenile Justice
Pro-Seminar on Race, Crime and Law
Pro-Seminar on Community Justice and Problem-Solving Courts
Seminar on Regulation in the Criminal Law
Law and Social Science
Seminar on Criminology
Foundations of Scholarship
Seminar on Violent Behavior
Seminar on Drugs, Law and Policy
Seminar on Communities and Crime
Research Methods in Criminal Justice and Criminology
Advanced Research Methods
Qualitative Research Methods
Criminal Justice Policy Analysis
Administration of Juvenile Corrections
Research Methods
Seminar on Deterrence and Crime Control Theory

**CONSULTATIONS:**

New Jersey Commission on Law Enforcement Standards and Practices, 2006-7
London School of Economics, Urban Age Colloquium, 2005
Inter-American Development Bank, Urban Security and Community Development, 2002-3
Trans.Cité (Paris, France), Security in Public Transportation, 2002
Institute for Scientific Analysis, Domestic Violence and Pregnancy Project, 1995-96
Department of Psychology, University of Wisconsin (Professor Terrie Moffitt), 1995-1999
National Funding Collaborative for Violence Prevention (Consortium of foundations), 1995
National Council on Crime and Delinquency, 1989-94

Victim Services Agency, City of New York, 1994-2000
National Conference of State Legislatures, 1994-2001
U.S. Department of Labor, 1994
City of Pittsburgh, Office of the Mayor, 1994
Center for the Study and Prevention of Violence, Colorado University, 1993 - 2000
Washington (State) Department of Health and Rehabilitative Services, 1993
National Council of Juvenile and Family Court Judges, 1993
Center for Research on Crime and Delinquency, Ohio State University, 1992, 1993
New York City Criminal Justice Agency, 1992, 1993
Violence Prevention Network, Carnegie Corporation, 1992-3
Research Triangle Institute, 1993
National Institute of Corrections, 1992, 1993
Colorado Division of Criminal Justice, 1991
Juvenile Delinquency Commission, State of New Jersey, 1991
University of South Florida, Dept. of Criminology, 1991-92
Florida Mental Health Institute, 1991
Rand Corporation, 1991-92
Juvenile Corrections Leadership Forum, 1990
Texas Youth Commission, 1990
California State Advisory Group on Juvenile Justice, 1989
New York State Division of Criminal Justice Services, Family Court Study, 1989
Juvenile Law Center, Philadelphia, 1988
American Correctional Association, 1988
Institute for Court Management, National Center for State Courts, 1987-present
Correctional Association of New York, 1987
Eisenhower Foundation, Washington DC, 1987-1990
New York City Department of Juvenile Justice, 1987-1990
Juvenile Justice and Delinquency Prevention Council, Colorado Division of Criminal Justice,
    1983-87
Office of Criminal Justice Services, State of Ohio, 1983
Utah Youth Corrections Division, Salt Lake City, Utah, 1982
Office of Criminal Justice, State of Michigan, 1982,1986
National Center for the Prevention and Control of Rape, NIMH, 1980


**SERVICE:**

**Columbia University**
University Senate, Mailman School of Public Health, 2003-present
Director, JSD Program, Columbia Law School, 2001-present

**Professional**
Chair, Sutherland Award Committee, American Society of Criminology, 2006-7
Chair, National Policy Committee, American Society of Criminology, 2002-2003
Delegate from the American Society of Criminology to the American Association for the
    Advancement of Science, 1995-1999
Executive Counselor, American Society of Criminology, 1994-97
Chair, Nominations Committee, American Society of Criminology, 1995-96.
Counsel, Crime, Law and Deviance Section, American Sociological Association, 1993-94
Nominations Committee, American Society of Criminology, 1993-94

Site Selection Committee, American Society of Criminology, 1992
Program Committee, American Society of Criminology, 1988, 1990, 2000
Awards Committee, Western Society of Criminology, 1988

**Public**
Domestic Violence Working Group, New Jersey Administrative Office of the Courts, 1991- 1998
Prevention Task Force, New Jersey Governor's Commission on Drug and Alcohol Abuse, 1990

State Judicial Conference, State of New Jersey, Administrative Office of the Courts, 1990
Task Force on Youth Gangs, State of New York, Division for Youth, 1989-90

## **APPENDIX B**

**UF-250 Form**

**(COMPLETE ALL CAPTIONS)**

**STOP, QUESTION AND FRISK REPORT WORKSHEET**
PD344-151A (Rev. 11-02)

| Pct.Serial No. | | |
|---|---|---|
| Date | Pct. Of Occ. | |

| Time Of Stop | Period Of Observation Prior To Stop | Radio Run/Sprint # |
|---|---|---|

Address/Intersection Or Cross Streets Of Stop

☐ Inside  ☐ Transit  **Type Of Location**
☐ Outside  ☐ Housing  **Describe:**

| Specify Which Felony/P.L. Misdemeanor Suspected | Duration Of Stop |
|---|---|

## What Were Circumstances Which Led To Stop?
### (MUST CHECK AT LEAST ONE BOX)

☐ Carrying Objects In Plain View Used In Commission Of Crime e.g., Slim Jim/Pry Bar, etc.
☐ Fits Description.
☐ Actions Indicative Of "Casing" Victim Or Location.
☐ Actions Indicative of Acting As A Lookout.
☐ Suspicious Bulge/Object (Describe)
☐ Other Reasonable Suspicion Of Criminal Activity (Specify)

☐ Actions Indicative Of Engaging In Drug Transaction.
☐ Furtive Movements.
☐ Actions Indicative Of Engaging In Violent Crimes.
☐ Wearing Clothes/Disguises Commonly Used In Commission Of Crime.

| Name Of Person Stopped | Nickname/ Street Name | Date Of Birth |
|---|---|---|
| Address | Apt. No. | Tel. No. |

**Identification:**  ☐ Verbal  ☐ Photo I.D.  ☐ Refused
☐ Other (Specify)

Sex:☐ Male  Race:☐ White  ☐ Black ☐ White Hispanic ☐ Black Hispanic
☐ Female  ☐ Asian/Pacific Islander  ☐ American Indian/Alaskan Native

| Age | Height | Weight | Hair | Eyes | Build |
|---|---|---|---|---|---|

Other (Scars, Tattoos, Etc.)

| Did Officer Explain Reason For Stop? ☐ Yes  ☐ No | If No, Explain: |
|---|---|

| Were Other Persons Stopped/ Questioned/Frisked? | ☐ Yes ☐ No | If Yes, List Pct. Serial Nos. |
|---|---|---|

If Physical Force Was Used, Indicate Type:
☐ Hands On Suspect
☐ Suspect On Ground
☐ Pointing Firearm At Suspect
☐ Handcuffing Suspect
☐ Suspect Against Wall/Car
☐ Drawing Firearm
☐ Baton
☐ Pepper Spray
☐ Other (Describe)

| Was Suspect Arrested? ☐ Yes ☐ No | Offense | Arrest No. |
|---|---|---|
| Was Summons Issued? ☐ Yes ☐ No | Offense | Summons No. |

| Officer In Uniform? ☐ Yes ☐ No | If No, How Identified? ☐ Shield  ☐ I.D. Card  ☐ Verbal |
|---|---|

**Was Person Frisked?** ☐ Yes ☐ No   **IF YES, MUST CHECK AT LEAST ONE BOX**

☐ Inappropriate Attire – Possibly Concealing Weapon
☐ Verbal Threats Of Violence By Suspect
☐ Knowledge Of Suspects Prior Criminal Violent Behavior/Use Of Force/Use Of Weapon
☐ Other Reasonable Suspicion of Weapons (Specify)

☐ Furtive Movements
☐ Actions Indicative Of Engaging In Violent Crimes

☐ Refusal To Comply With Officer's Direction(s) Leading To Reasonable Fear For Safety
☐ Violent Crime Suspected
☐ Suspicious Bulge/Object (Describe)

**Was Person Searched?** ☐ Yes ☐ No. **IF YES, MUST CHECK AT LEAST ONE BOX** ☐ Hard Object ☐ Admission Of Weapons Possession
☐ Outline Of Weapon   ☐ Other Reasonable Suspicion of Weapons (Specify)

**Was Weapon Found?** ☐ Yes   ☐ No   If Yes, Describe: ☐ Pistol/Revolver ☐ Rifle/Shotgun ☐ Assault Weapon ☐ Knife/Cutting Instrument
☐ Machine Gun ☐ Other (Describe)

**Was Other Contraband Found?**   ☐ Yes ☐ No If Yes, Describe Contraband And Location _____
Demeanor Of Person After Being Stopped _____
Remarks Made By Person Stopped _____

**Additional Circumstances/Factors:   (Check All That Apply)**

☐ Report From Victim/Witness
☐ Area Has High Incidence Of Reported Offense Of Type Under Investigation
☐ Time Of Day, Day Of Week, Season Corresponding To Reports Of Criminal Activity
☐ Suspect Is Associating With Persons Known For Their Criminal Activity
☐ Proximity To Crime Location
☐ Other (Describe)

☐ Evasive, False Or Inconsistent Response To Officer's Questions
☐ Changing Direction At Sight Of Officer/Flight
☐ Ongoing Investigations, e.g., Robbery Pattern
☐ Sights And Sounds Of Criminal Activity, e.g., Bloodstains, Ringing Alarms

Pct. Serial No. _____ Additional Reports Prepared: Complaint Rpt.No. _____ Juvenile Rpt. No. _____ Aided Rpt. No. _____ Other Rpt. (Specify) _____

REPORTED BY: Rank, Name (Last, First, M.I.)
Print _____ Tax# _____
Signature _____ Command _____

REVIEWED BY: Rank, Name (Last, First, M.I.)
Print _____ Tax# _____
Signature _____ Command _____

# APPENDIX C

## Identifying Trespass Stops

### Criteria for identifying Trespass Stops

1) "detailCM"=31

2) "crimsusp" included any selected character string*

3) "detailSA" included any selected character string*

### Counts

| detailCM | crimsusp | detailSA | count |
|---|---|---|---|
| X | X |   | 6,578 |
| X | X | X | 459 |
| X |   |   | 7,602 |
| X |   | X | 723 |
|   | X |   | 75 |
|   | X | X | 5 |
|   |   | X | 47 |
|   |   | total: | **15,489** |

### * Character Strings

| | | |
|---|---|---|
| CRIM TRESS | CRIM TRESS | CRIMIAL TRESPASS |
| CRIM TRES | CRIM TRES (MISD) | CRIMIINAL TRESPASS |
| CRIM. TRESP. | 140.15 | CRIMINAL TRESPASS |
| CRIM TRESPASS | 140.1 | CRIMINAL TRES |
| CRIMINAL TRESPASS | 140.10 | CRIMINAL TRESASS |
| CRIMINAL TRESPASSING | 140.17 | CRIMINAL TRESPAS |
| TRESPASS | MIS/CRIM TRES | CRIMINAL TRESPASSS |
| TRESPASSING | MISD/ CRIMINAL TRESPASS | CRIMINAL TRSPASS |
| C/T | MISD/CRIM TRES | CRIMINALTRESPASS |
| CT | MISD/CRIM TRESPASS | CRIMINIAL TRESPASS |
| TRES | CRIM TRESPASS (MISD) | CRIMINLA TRESPASS |
| TRES(MIS)" | CRIM RESPASSING | CRIMNAL TRESPASS |
| C.TRES | CRIM TRESS (MISD) | CRIMTRES |
| CRIM TRE | CRIM TRESS PASS | CRIMTRESSPASS |
| CRIM TREPASS | CRIM TRESS- MISD | CRININAL TRESPASS |
| CRIM TRES (MISD) | CRIM TRESS/FEL | CRMINAL TRESPASS |
| CRIM TRESP | CRIM TRESSPASS | CT 2 |
| CRIMINAL TREPASS | CRIM-TRES | CT2 |
| CRIMINAL TRESSPASS | CRIM. TRES. | CTRES |
| CRIMINAL TRESSPASSING | CRIM. TRES | MIS/CRIM TRESC |
| CRI MTRES | CRIM. TRESPASS | MIS/TRES |
| CRIM TRES | CRIM. TRESSPASS | |

# APPENDIX D

## "Premname" Location Exclusion Analysis

### Text Strings from "Premname" field—
### Stops Excluded from Data Set

**Category**
*Inside*

12 FLOOR
1ST FL
3RD FL
4TH FL
5 FLOOR HALLW
5TH FL
5TH FL HALLWA
APT LOBBY
BASEMENT HALL
FORYER
FOYER
HALL
HALLWAY
HOUSING 4 FLO
LOBBY
LOBBY BUILDIN
LOBBY(GATED A
THIRD FL
VESTIBULE
VESTIBULE OF
VESTIVUE
VESTUBLE

*Park*

PARK
PARK / PLAYGR
PARK AREA
PLAY PARK ARE
PUBLIC PARK
SCHOOL PARK

*Roof*

ROOF
ROOF LANDIND
ROOF TOP
ROOF TPP
ROOFLANDING
ROOFTOP

# APPENDIX E

## "detailSA" Location Exclusion Analysis

### Text Strings from "Other" Stop Factor – Stops Excluded from Data Set

**Inside**

ACTING SUSPICIOUS IN LOBBY
CRIM TRES VESTIBULE
CRIM TRESPASS -LOITERING IN HALLWAY
CRIMINAL TRESPASS IN CLEAN HALLS
DRINKING IN BUILDING
DRINKING IN REAR OF BUILDING
GOING UP AND DOWN THE STAIRS IN CLEAN HALLS
HALLWAY
HANGIING OUT IN CLEAN HALSS BLDG
HANGING AROUND STAIRS/NOISE
HANGING OUT IN LOBBY
HANGING OUT IN LOBBY, THEN EXIT BUILDING
HANGING OUT IN LOBBY, THEN EXIT BUILDING WHEN S
HANGING OUT IN THE HALLWAY
HANGING OUT OF CLEAN HALLS BUILDING LOBBY
HANGINGOUT ON THE 3TH FLOOR
HANGONG OUT IN LOBBY
I/O CLEAN HALLS LOCATION SITTING ON STAIRS
IN A CLEAN HALLS BUILDING
IN CLEAN HALLS LOBBY
IN HALLWAY OF BLDG DRINKING
IN LOBBY CLEAN HALLS
IN LOBBY OF BLDG
IN LOBBY OF BUILDING
IN LOBBY OF CLEAN HALL BUILDING
IN THE HALLWAY OF A CLEAN HALLS BUILDING
INSIDE A CLEAN HALLS BLDG
INSIDE CLEAN HALLS
INSIDE CLEAN HALLS BLDG
INSIDE CLEAN HALLS BUILDING
INSIDE DOORWAY OF CLEAN HALLS BLDG
KNOCKING ON APT DOORS
LITERING IN HALLWAY
LOIERING ON CLEAN HALLS BLDG
LOITERING  IN HALLWAY
LOITERING I/I/O BUILDING
LOITERING I/S BUILDING
LOITERING IN BLDG
LOITERING IN BUILDING
LOITERING IN BUILDING HALLWAY
LOITERING IN CLEAN HALL BUILDING
LOITERING IN CLEAN HALLS
LOITERING IN CLEAN HALLS BLDG

LOITERING IN HALLS
LOITERING IN HALLWAY
LOITERING IN LOBBY
LOITERING IN MAIN LOBBY BLDG
LOITERING IN STAIRWELL
LOITERING IN VESTIBULE OF BLDG
LOITERING INSIDE OF LOBBY
LOITERING ON STAIRS OF BUILDING
LOITERING STAIRWELL
OBSERVED HANGING IN LOBBY THEN LEAVE WHEN P.D.
OBSERVED IN CLEAN HALLS
OBSERVED IN CLEAN HALLS BUILDING
OBSERVED IN LOBBY OF NYPD CLEAN HALLS
OBSERVED INSIDE CLEAN  HALLS BLDG
OBSERVED INSIDE CLEAN HALLS BLDG
OBSERVED INSODE CLEAN HALLS BLDG
OBSERVED LOITERING IN BULDING LOBBY
OBSERVED MALE INSIDE CLEAN HALLS BLDG
PRESENT IN CLEAN HALLS BLDG
SITTING ON STAIRCASE
SMOKING INSIDE BUILDING
STAIRWELL DRINKING
STAMDING IN VESTIBLE OF BUILDING
STANDING IN 3RD FLOOR STAIRS
STANDING IN BLDG
STANDING IN CLEAN HALLS BLDG
STANDING IN CLEAN HALLS BUILDING
STANDING IN HALLWAY OF CLEAN HALLS BUILDING
STANDING IN LOBBY
STANDING IN VESTIBLE OF BUILDING
STANDING INSIDE BLDG
STANDING INSIDE BUILDING
STANDING INSIDE CLEAN HALLS LOCATION
STANDING INSIDE THE BUILDING FOR 5 MIN W/O RING
STANDING ON STAIRS
SUSPECT OBSERVED INSIDE A CLEAN HALL BUILDING
SUSPECT OBSERVED INSIDE CLEAN HALL BUILDING
WAITING IN LOBBY FOR A FRIEND
WALKING IN CLEAN HALLS BUILDING

**Park**

IN PARK AFTER DARK
STANDING IN PARK ENTRANCE AFTER DARK
WALKING IN MOTT PARK WHILE CLOSED
WALKING THROUGH MOTT PARK
WALKING THROUGH PLAYGROUND AFTER CLOSING

**Roof**

ON STAIRCASE BY THE ROOF
ROOF OF CLEAN HALLS
SEEN ON ROOF
SEEN ON THE ROOF

Data Appendices
- 4 -

# APPENDIX F

## "detailSA" Stop Factor Analysis
### Text Strings from "Other" Stop Factor

| Category | N of Stops |
|---|---|
| **Change Direction** | **7** |
| CHANGE DIRECTION AFTER SIGHT OF OFFICERS | 1 |
| CHANGE DIRECTION OF FLIGHT | 1 |
| CHANGING DIRECTION @ SIGHT OF PO | 1 |
| CHANGING DIRECTION AT SIGHT OF OFFICER | 1 |
| FLEEING PO'S | 1 |
| IN CLEAN HALLS RAN WHEN SAW OFFICER | 1 |
| RUNNING AT SIGHT OF OFFICERS | 1 |
| **Evasive Actions** | **3** |
| DID NOT WANT TO ANSWER QUESTIONS TO CONFIRM HE | 1 |
| EVAVISE RESPOND TO POLICE | 1 |
| SUSPECT MADE INCONSISTENT STATEMENTS | 1 |
| **High Crime Area** | **8** |
| BUILDING HISTORY OF DRUG SALE | 3 |
| BURGLARY PATTERN | 1 |
| HIGH CRIME AREA | 1 |
| INTEL ABOUT DRUG PRONE LOCATION | 1 |
| ROBBERY PRONE AREA | 1 |
| ROBBERY PRONE LOCATION | 1 |
| **Time of Day** | **1** |
| TIME OF DAY | 1 |
| **Clean Halls/Trespass** | **399** |
| C.T. | 4 |
| CELAN HALLS | 1 |
| CJLEAN HALLS BLDG | 1 |
| CLAN HALLS PROGRAM | 1 |
| CLEAN  HALLS | 2 |
| CLEAN HALL | 1 |
| CLEAN HALL BLD | 1 |
| CLEAN HALL BLDG | 2 |
| CLEAN HALL BUILDING | 2 |
| CLEAN HALLS | 75 |
| CLEAN HALLS  BLDG | 1 |
| CLEAN HALLS BLDG | 16 |
| CLEAN HALLS BUIDLING | 1 |
| CLEAN HALLS BUILDING | 35 |
| CLEAN HALLS LOCATION | 10 |
| CLEAN HALLS LOCATION BRHIND DOOR | 1 |
| CLEAN HALLS NITRO NYHA | 1 |
| CLEAN HALLS PROGRAM | 2 |
| CLEAN HALLS PROGRAM- CRIM TRES | 1 |
| CLEAN TRESPASS | 1 |

| Category | N of Stops |
|---|---|
| CLEANS HALLS | 2 |
| CRIM  TRESPASS | 1 |
| CRIM TREPASS | 7 |
| CRIM TRES | 67 |
| CRIM TRES/ CLEAN HALLS | 1 |
| CRIM TRESP | 2 |
| CRIM TRESPASS | 27 |
| CRIM TRESPASS ARREST | 1 |
| CRIM TRESPASSING | 1 |
| CRIM TRESS | 3 |
| CRIM TRESSPASS | 1 |
| CRIM. TRES. | 1 |
| CRIMINAL TRES | 2 |
| CRIMINAL TRESP | 5 |
| CRIMINAL TRESPAS | 2 |
| CRIMINAL TRESPASS | 60 |
| CRIMINAL TRESPASS ARREST | 1 |
| CRIMINAL TRESPASS ON CLEAN HALLS LOCATION | 1 |
| CRIMINAL TRESSPASS | 1 |
| CRIMNAL TRESPASS | 1 |
| CRIMTRESPASS | 1 |
| CRM TRESP | 1 |
| CRMINIAL TRESPASS | 1 |
| CT | 1 |
| LOITERINF CLEAN HALLS BLDG | 1 |
| LOITERING | 15 |
| LOITERING CLEAN HALLS BLDG | 2 |
| LOITERINTG | 1 |
| MISD/ CRIM TRES | 1 |
| NYPD CLEAN HALLS BUILDING | 3 |
| NYPD CLEAN HALLS LOCATION | 2 |
| OBSERVED A CLEAN HALLS | 1 |
| OPERATION CLEAN HALLS | 1 |
| OPERATION CLEAN HALLS BUILDING | 1 |
| POSSIBLE CRIM TRES | 1 |
| THE BLD IS CLEAN HALLS | 1 |
| THE BLDG IS A CLEAN HALLS BLDG | 1 |
| TRESPASS | 11 |
| TRESPASSIG | 1 |
| TRESPASSING | 2 |
| TRESS PASS | 1 |
| TRESSPASS | 1 |
| TRESSPASS OF CLEAN HALLS | 2 |
| **Suspicious Bulge** | **1** |
| SUSPICIOUS BULGE | 1 |
| **Fits Description** | **12** |
| AS PER BLDING SECURITY | 1 |
| AS PER BUILDING SECURITY | 1 |

| Category | N of Stops |
|---|---|
| C/V | 1 |
| DESCRIPTION | 1 |
| REPORT FROM SUPER WATCHED ON CAMERA | 1 |
| REPORT FROM WITNESS | 3 |
| SUPER INFORM A/O OF CRIME | 1 |
| SUPER INFORMED A/O | 1 |
| VARIOUS RADIO RUNS W/ DESCRIPTION | 2 |
| **Observed Entry** | **12** |
| ATTEMPTING TO ENTER BLDG | 1 |
| ENTER CLEAN HALLS BLDG | 1 |
| ENTERED BLDG THROUGH BACK DOOR | 1 |
| ENTERING A CLEAN HALLS BUILDING | 1 |
| ENTERING CLEAN HALLS LOCATION | 2 |
| ENTERING DWELLEING | 1 |
| GOING INSIDE DOOR OF BLDG. | 1 |
| OBSERVED TRYING TO ENTER ONE BUILDING WHEN UNAB | 1 |
| RAN INTO BLDG | 1 |
| STANDING OUTSIDE TRYING THE DOOR | 1 |
| TRYING TO ENTER A HOUSING PROJECT | 1 |
| **Observed Entry & Exit** | **11** |
| ENTER /EXITING OF HOUSING LOCATION | 1 |
| ENTER/EXITING OF HOUSING LOCAITON | 1 |
| ENTERING AND EXITING CLEAN HALLS LOCATION | 1 |
| ENTERING/EXITING CLEAN HALLS BUILDING | 1 |
| IN/OUT OF BUILDING | 1 |
| QUICK VISIT TO BUILDING | 1 |
| WALKING IN AND OUT | 1 |
| WALKING INTO AND OUT OF BLDG | 1 |
| WALKING INTO BUILDING THEN WALKING OUT | 1 |
| WENT INSIDE BUILDING & UPSTAIRS CAME OUTSIDE AF | 1 |
| WENT INSIDE BUILDING THEN BACK TO SIT ON WALL | 1 |
| **Observed Exit** | **106** |
| CAME OUT FROM BUILDING | 2 |
| COMING OUT A CLEAN HALLS BUILDING | 1 |
| COMING OUT OF A CLAEN HALL BUILDING | 1 |
| COMING OUT OF A CLAEN HALL BUILDLING | 1 |
| COMING OUT OF A CLEAN HAL BUILDING | 1 |
| COMING OUT OF A CLEAN HALL BUILDING | 1 |
| COMING OUT OF BLDG | 1 |
| COMING OUT OF CLEAN HALLS BUILDING | 1 |
| COMING OUT OF CLEAN HALLS LOCATION | 1 |
| COMING OUT OF HOUSING LOCATION | 1 |
| EXCITING CLEAN HALLS | 1 |
| EXIT CLEAN HALLS LOCATION | 1 |
| EXITING A CLEAN HALL LOCATION | 1 |
| EXITING A CLEAN HALLS BUILDING | 7 |
| EXITING A CLEAN HALLS LOCATION | 4 |
| EXITING A HOUSING LOCATION | 1 |

| Category | N of Stops |
|---|---|
| EXITING BLDG | 1 |
| EXITING BUILDING | 2 |
| EXITING CLEAN HALL BLD | 1 |
| EXITING CLEAN HALL BUILDING | 3 |
| EXITING CLEAN HALLS | 1 |
| EXITING CLEAN HALLS BLD | 1 |
| EXITING CLEAN HALLS BLDG | 4 |
| EXITING CLEAN HALLS BUILDING | 14 |
| EXITING CLEAN HALLS HALLS LOCATION | 1 |
| EXITING CLEAN HALLS LOCATION | 17 |
| EXITING CLEAN HALLS LOCATIONS | 1 |
| EXITING HOUSING LOCATION | 1 |
| EXITING LOCATION | 1 |
| EXITING THE CLEAN HALLS LOCATION | 1 |
| LEAVING A CLEAN HALL | 1 |
| LEAVING A CLEAN HALLS BUIDLING | 1 |
| LEAVING A CLEAN HALLS BUILDING | 2 |
| LEAVING BLDG | 1 |
| LEAVING CLEAN HALLS | 1 |
| LEAVING CLEAN HALLS BUILDING | 5 |
| LEAVING CLEAN HALLS LOCATION | 1 |
| OBSERVED EXITING CLEAN HALLS BUILDING | 1 |
| OBSERVED LEAVING A CLEAN HALLS BUILDING | 1 |
| OBSERVED LEAVING CLEAN HALLS BLD | 1 |
| RUNNING OUT OF BUILDING | 1 |
| SEEN EXITING A CLEAN HALLS BLDING | 1 |
| SEEN EXITING CLEAN HALLS BUILDING | 7 |
| WALKED OUT CLEAN HALLS BUILDING | 1 |
| WALKING OUT CLEAN HALLS BUILDING | 1 |
| WALKING OUT OF A CLEAN HALLS BUILDING | 1 |
| WALKING OUT OF CLEAN HALLS BUILDING | 3 |
| YELLING AND EXITING CLEAN HALLS BUILDING | 1 |
| **Keyless Entry** | **28** |
| ENTER APT BLDG WITHOUT KEYS | 1 |
| ENTER BLDG WITHOUT KEYS | 1 |
| ENTER BUILDING WITH OUT KEY | 1 |
| ENTER W/O A KEY | 1 |
| ENTER W/O KEY | 1 |
| ENTERED BLDG WITH OUT KEYS | 1 |
| ENTERED BLDG WITHOUT KEYS | 1 |
| ENTERED LOCATION WITHOUT KEY | 1 |
| ENTERING AN APT BLDG WITH NO KEYS | 1 |
| ENTERING BLDG BEHIND PERSON WITH KEY | 1 |
| ENTERING BLDG WITHOUT KEY | 1 |
| ENTERING BUILDING WITHOUT KEY | 1 |
| ENTERING NYC CLEAN HALLS BLOG W/O KEYS CARD FOR | 1 |
| ENTERING THE BLDG WITHOUT THE KEYS | 1 |
| FAILED TO PRODUCE KEY | 2 |

| Category | N of Stops |
|---|---|
| KEYLESS ENTERING THROUGH REAR DOOR | 1 |
| KEYLESS ENTRY | 8 |
| PULLING DOOR OPEN FORCIBLY WITH NO KEY | 1 |
| REPEATED ENTERING OF BUILDING W/O KEY | 1 |
| TRYING TO GET IN TO BLDG NO KEYS | 1 |
| **Keyless Exit** | **2** |
| ENTERING EXIT BUILDING NO KEY | 1 |
| HE WAS COMING OUT BLDG WITH NO KEYS | 1 |
| **Miscellaneous Unjustified** | **4** |
| COMING OUT WITH SHOPPING CART | 1 |
| HOUSING | 1 |
| HOUSING LOCATION | 1 |
| NO KEY OR ID | 1 |
| **Not Resident/Not Listed** | **12** |
| DEF IS KNOWN NOT TO LIVE AT LOCATION | 1 |
| DURING CONVERSATION STATED HE DIDN'T LIVE IN BU | 1 |
| FEFT IS KNOWN NOT TO LIVE @ LOCATION | 1 |
| NO PLACE OF RESIDENCE AT MOORESS | 1 |
| NOT LISTE | 1 |
| NOT LISTED | 3 |
| STATED DID NOT LIVE AT LOCATION | 4 |
| **Door Unlocked/Open** | **4** |
| BLDG FRONT DOOR UNLOCKED | 1 |
| DISABLED ENTRY LOCK | 1 |
| DOORS NOT LOCKED | 1 |
| HOLDING BUILDING DOOR OPEN | 1 |
| **Observed Outside** | **41** |
| HANGING AROUND CLEAN HALLS BLDG COURTYARD | 1 |
| HANGING OUT F/O CLEAN HALLS BUILDING | 1 |
| HANGING OUT IN F/O CLEAN HALLS BLDG | 1 |
| HANGING OUT IN FRONT OF CLEAN HALLS BUILDING | 1 |
| HANGING OUTIN COURTYARD | 1 |
| IN F/O STOOP OF CLEAN HALLS BLDG | 1 |
| IN FRONT OF CLEAN HALL BUILDING | 3 |
| IN FRONT OF CLEAN HALLS BUILDING | 1 |
| LOITERING BY BUILDING ENTRANCE | 2 |
| LOITERING F/O BLDG | 1 |
| LOITERING F/O LOCATION | 1 |
| LOITERING FRONT DOOR OF BLDG | 1 |
| LOITERING FRONT OF BLDG | 1 |
| LOITERING I/F/O BUILDING | 1 |
| LOITERING IN COURTYARD | 1 |
| OBSERVED OUTISDE CLEAN HALLS BUILDING | 1 |
| ON C/O BLDG NEAR CLEAN HALLS LOCATION | 1 |
| OUTSIDE CLEAN HALLS | 1 |
| OUTSIDE CLEAN HALLS BUILDING | 1 |
| SITTING IN F/O BLDG | 1 |
| SITTING IN F/O LOCATION IN STEPS | 1 |

Data Appendices
- 9 -

| Category | N of Stops |
|---|---|
| SITTING IN FRONT STEPS OF LOCATION | 1 |
| STANDIG ON STOOP OF BUILDING | 1 |
| STANDING F/O BLDG ENTRANCE | 1 |
| STANDING F/O BUILDING | 1 |
| STANDING F/O ENTRANCE FOR PERIOD OF TIME | 1 |
| STANDING IN F/O CLEAN HALLS BUILDING | 1 |
| STANDING IN FRONT BUILDING | 1 |
| STANDING IN FRONT CLEAN HALLS BUILDING | 1 |
| STANDING IN FRONT OF BUILDING | 2 |
| STANDING IN FRONT OF CLEAN HALLS BLDG | 1 |
| STANDING OUTSIDE | 1 |
| STANDING OUTSIDE CLEAN HALLS BLD | 1 |
| STANDING OUTSIDE CLEAN HALLS BUILDING | 1 |
| STUDING IN FRONT OF BUILDING | 1 |
| WAITING TO ENTER A CLEAN HALLS BUILDING | 1 |
| WALKING TO CLEAN HALLS BLDG | 1 |
| **Radio Run** | **20** |
| 911 CALL FOR DISORDERLY MALES | 1 |
| 911 CALL FOR DISPUTE AT LOCATION | 1 |
| 911 CALL/WITNESS | 1 |
| CRIM TRES RADIO RUN | 1 |
| PROCEEDING TO CRIME LOCATION | 1 |
| R/R OF DISORDERLY GROUP AT LOCATION | 2 |
| R/R SUPS MALES @ LOCATION | 1 |
| R/R SUSP MALES @ LOCATION | 1 |
| RADIO RUN | 4 |
| RADIO RUN FOR LOUD PARTY AT LOCATION | 1 |
| RADIO RUN TO LOCATION | 3 |
| RADION RUN | 2 |
| RR OF CPM BRUGS SALE | 1 |
| **Unintelligible** | **8** |
| BLDG | 2 |
| MISSING | 3 |
| N/A | 1 |
| NEG REESULTS | 1 |
| UNK | 1 |
| **(blank)** | **1,125** |
| (blank – CS_Other not checked) | 1,122 |
| (blank – CS_Other checked) | 3 |
| **Exclude for PI Analysis** | **53** |
| BURGLARIES | 1 |
| CAME OUT OF BUILDING REFUSED TO REMOVE HANDS FR | 1 |
| CROSSED THROUGH NYCHA BLDG | 2 |
| DISORDERLY GROUP AT LOCATION | 1 |
| DUMPING MICROWAVE DOWN STAIRS OF CLEAN HALLS BS | 1 |
| ENTER  NYCHA BLDG THROUGH EMERGENCY EXIST | 1 |
| ENTERING NYCHA BUILDING W/O KEYS | 1 |
| EXITING BLDG -BURG CONDITON | 1 |

Data Appendices
- 10 -

| Category | N of Stops |
|---|---|
| EXITING BUILDING W/AUDIBLE ROOF ALARM SOUNDING | 1 |
| EXITING NYCHA | 1 |
| EXITING NYCHA BLDG | 1 |
| EXITING NYCHA BUILDING | 2 |
| EXITING NYCHA LOCATION | 1 |
| EXITING NYCHA RESIDENCE | 1 |
| F/O NYCHA BLDG DOORWAY | 1 |
| HANGING OUT IN F/O NYCHA BLDG | 1 |
| INSIDE GATED CONSTRUCTION AREA | 1 |
| INSIDE UNAUTH. AREA | 1 |
| KICKING THE DOOR | 1 |
| LEAVING  NYCHA BUILDING | 1 |
| LOITERING ON NYC PROPERTY | 1 |
| MOVING CONSTRUCTION BARRIER | 1 |
| NYCHA | 10 |
| NYCHA BUILDING | 1 |
| NYCHA LOBBY | 1 |
| NYCHA LOC/NO ID/NO KEYS | 1 |
| PUBLIC HOUSING BUILDING | 2 |
| SEEN EXITING NYCHA ALLEY | 1 |
| SEEN EXITING NYCHA BUILDING | 1 |
| SEEN LOITERING, ENTERING AND EXITING NYCHA BUIL | 1 |
| STANDING IN HALLWAY OF NYCHA BUILDING | 1 |
| STANDING OUTSIDE NYCHA BUILDING | 1 |
| WALKING OUT OF NYCHA BUILDING | 8 |
| WALKWAY OF PUBLIC HOUSING BLDG. | 1 |
| **Total** | **1857** |

# APPENDIX G

## Isolating Trespass as the Only Suspected Crime in the Proximity Stop

**Stops excluded based on values of "detailcm" (25 total)**

| "detailcm" value | N of Stops |
|---|---|
| 20 (CPW) | 10 |
| 22 (Criminal Contempt) | 4 |
| 32 (Custodial Interference) | 3 |
| 28 (Criminal Sale of Controlled Substance) | 2 |
| 112 (Other) | 2 |
| 16 (Computer tampering) | 1 |
| 21 (Creating a Hazard) | 1 |
| 24 (Criminal Possession of Controlled Substance) | 1 |
| 85 (Robbery) | 1 |

**Stops excluded based on values of "crimsusp" (13 total)**

| "crimsusp" value | N of Stops |
|---|---|
| CPW | 2 |
| CPM | 1 |
| CPW / TRESPASS | 1 |
| CPW/CRIM TRES | 1 |
| CRIM TRES  BURG | 1 |
| CRIM TRES CPM | 1 |
| CRIM TRES/ CPW | 1 |
| CRIM TRES/ PETIT LARCENY | 1 |
| CRIMINAL TRESPASS  CPW | 1 |
| CRIMINAL TRESPASS/ CPW | 1 |
| CT/ CPM | 1 |
| MISD/CPCS7 | 1 |

**Stops excluded based on values of "detailsa" (8 total)**

| "detailsa" value | N of Stops |
|---|---|
| BURGLARY | 5 |
| DIS CON:OBSCENE LANGUAGE | 1 |
| OPEN CONTAINER OF ALCOHOL | 1 |
| ROBBERY | 1 |

# APPENDIX H

## All Stop Factors (Alone or in Combination) for Proximity Stops

| Stop Factor(s) | N of Stops |
|---|---|
| FURTIVE MOVEMENTS | 467 |
| CS_OTHER (Clean Halls/Trespass) | 312 |
| CASING | 117 |
| LOOKOUT | 87 |
| CS_OTHER (Observed Exit) | 74 |
| FITS DESCRIPTION | 62 |
| FURTIVE MOVEMENTS + CS_OTHER (Clean Halls/Trespass) | 55 |
| DRUG TRANSACTION | 43 |
| CASING + FURTIVE MOVEMENTS | 42 |
| FURTIVE MOVEMENTS + LOOKOUT | 38 |
| DRUG TRANSACTION + FURTIVE MOVEMENTS | 37 |
| CS_OTHER (Exclude for PI Analysis) | 34 |
| SUSPICIOUS BULGE | 33 |
| CS_OTHER (Observed Outside) | 30 |
| CASING + LOOKOUT | 23 |
| CS_OTHER (Keyless Entry) | 22 |
| FURTIVE MOVEMENTS + SUSPICIOUS BULGE | 20 |
| FURTIVE MOVEMENTS + CS_OTHER (Observed Exit) | 18 |
| CS_OTHER (Radio Run) | 17 |
| FURTIVE MOVEMENTS + FITS DESCRIPTION | 15 |
| VIOLENT CRIME + FURTIVE MOVEMENTS | 14 |
| CS_OTHER (Observed Entry) | 11 |
| CS_OTHER (Fits Description) | 10 |
| DRUG TRANSACTION + LOOKOUT | 9 |
| FURTIVE MOVEMENTS + CS_OTHER (Exclude for PI Analysis) | 9 |
| CASING + FURTIVE MOVEMENTS + LOOKOUT | 9 |
| DRUG TRANSACTION + LOOKOUT + FURTIVE MOVEMENTS | 9 |
| FURTIVE MOVEMENTS + SUSPICIOUS BULGE + LOOKOUT | 8 |
| CS_OTHER (Not Resident/Not Listed) | 7 |
| CS_OTHER (Unintelligible) | 6 |
| CLOTHING | 6 |
| CS_OTHER (High Crime Area) | 6 |
| FURTIVE MOVEMENTS + CLOTHING | 6 |
| CS_OTHER (Change Direction) | 5 |
| CS_OTHER (Observed Entry and Exit) | 5 |
| VIOLENT CRIME | 5 |
| CASING + CS_OTHER (Clean Halls/Trespass) | 5 |
| DRUG TRANSACTION + CS_OTHER (Observed Exit) | 5 |
| FURTIVE MOVEMENTS + CS_OTHER (Observed Entry and Exit) | 5 |
| LOOKOUT + CS_OTHER (Clean Halls/Trespass) | 5 |
| DRUG TRANSACTION + VIOLENT CRIME | 4 |
| SUSPICIOUS BULGE + CS_OTHER (Clean Halls/Trespass) | 4 |
| SUSPICIOUS BULGE + CS_OTHER (Exclude for PI Analysis) | 4 |
| CASING + LOOKOUT + CS_OTHER (Clean Halls/Trespass) | 4 |
| DRUG TRANSACTION + CASING + FURTIVE MOVEMENTS | 4 |

| Stop Factor(s) | N of Stops |
|---|---|
| DRUG TRANSACTION + CASING + LOOKOUT | 4 |
| FURTIVE MOVEMENTS + FITS DESCRIPTION + SUSPICIOUS BULGE | 4 |
| FURTIVE MOVEMENTS + SUSPICIOUS BULGE + CLOTHING | 4 |
| CS_OTHER (Door Unlocked/Open) | 3 |
| CS_OTHER (Misc Unjustified) | 3 |
| CASING + FITS DESCRIPTION | 3 |
| DRUG TRANSACTION + CASING | 3 |
| FURTIVE MOVEMENTS + CS_OTHER (Not Resident/Not Listed) | 3 |
| SUSPICIOUS BULGE + CS_OTHER (Observed Outside) | 3 |
| CASING + FURTIVE MOVEMENTS + CS_OTHER (Clean Halls/Trespass) | 3 |
| CASING + FURTIVE MOVEMENTS + SUSPICIOUS BULGE | 3 |
| VIOLENT CRIME + FURTIVE MOVEMENTS + CLOTHING | 3 |
| DRUG TRANSACTION + CASING + FURTIVE MOVEMENTS + LOOKOUT | 3 |
| CS_OTHER (Evasive Response) | 2 |
| CS_OTHER (Keyless Exit) | 2 |
| CS_OTHER ([blank]) | 2 |
| DRUG TRANSACTION + CS_OTHER (Clean Halls/Trespass) | 2 |
| DRUG TRANSACTION + CS_OTHER (Observed Outside) | 2 |
| DRUG TRANSACTION + SUSPICIOUS BULGE | 2 |
| FITS DESCRIPTION + CS_OTHER (Clean Halls/Trespass) | 2 |
| FITS DESCRIPTION + CS_OTHER (Observed Exit) | 2 |
| FURTIVE MOVEMENTS + CS_OTHER (Change Direction) | 2 |
| FURTIVE MOVEMENTS + CS_OTHER (Keyless Entry) | 2 |
| LOOKOUT + CS_OTHER (Observed Outside) | 2 |
| LOOKOUT + CS_OTHER (Radio Run) | 2 |
| LOOKOUT + FITS DESCRIPTION | 2 |
| SUSPICIOUS BULGE + CLOTHING | 2 |
| SUSPICIOUS BULGE + CS_OTHER (Observed Exit) | 2 |
| CASING + LOOKOUT + CS_OTHER (Observed Outside) | 2 |
| CLOTHING + SUSPICIOUS BULGE + CS_OTHER (Exclude for PI Analysis) | 2 |
| DRUG TRANSACTION + CASING + VIOLENT CRIME | 2 |
| DRUG TRANSACTION + FURTIVE MOVEMENTS + CS_OTHER (Clean Halls/Trespass) | 2 |
| FURTIVE MOVEMENTS + LOOKOUT + FITS DESCRIPTION | 2 |
| VIOLENT CRIME + FURTIVE MOVEMENTS + FITS DESCRIPTION | 2 |
| VIOLENT CRIME + FURTIVE MOVEMENTS + LOOKOUT | 2 |
| CASING + FURTIVE MOVEMENTS + LOOKOUT + CS_OTHER (Clean Halls/Trespass) | 2 |
| CASING + FURTIVE MOVEMENTS + LOOKOUT + SUSPICIOUS BULGE | 2 |
| CS_OTHER (Time of Day) | 1 |
| CS_OTHER (Suspicious Bulge/Object) | 1 |
| SUSPICIOUS OBJECT | 1 |
| CASING + CLOTHING | 1 |
| CASING + CS_OTHER (Exclude for PI Analysis) | 1 |
| CASING + CS_OTHER (Keyless Entry) | 1 |
| CASING + CS_OTHER ([blank]) | 1 |
| CASING + SUSPICIOUS BULGE | 1 |
| CLOTHING + CS_OTHER (Clean Halls/Trespass) | 1 |
| DRUG TRANSACTION + FITS DESCRIPTION | 1 |
| DRUG TRANSACTION + SUSPICIOUS OBJECT | 1 |
| FITS DESCRIPTION + CS_OTHER (Keyless Entry) | 1 |

| Stop Factor(s) | N of Stops |
|---|---:|
| FURTIVE MOVEMENTS + CS_OTHER (Evasive Response) | 1 |
| FURTIVE MOVEMENTS + CS_OTHER (High Crime Area) | 1 |
| FURTIVE MOVEMENTS + CS_OTHER (Fits Description) | 1 |
| FURTIVE MOVEMENTS + CS_OTHER (Door Unlocked/Open) | 1 |
| FURTIVE MOVEMENTS + CS_OTHER (Misc Unjustified) | 1 |
| FURTIVE MOVEMENTS + CS_OTHER (Observed Outside) | 1 |
| FURTIVE MOVEMENTS + CS_OTHER (Unintelligible) | 1 |
| FURTIVE MOVEMENTS + SUSPICIOUS OBJECT | 1 |
| LOOKOUT + CS_OTHER (Exclude for PI Analysis) | 1 |
| LOOKOUT + CS_OTHER (Keyless Entry) | 1 |
| LOOKOUT + CS_OTHER (Not Resident/Not Listed) | 1 |
| LOOKOUT + CS_OTHER (Observed Exit) | 1 |
| SUSPICIOUS BULGE + CS_OTHER (Keyless Entry) | 1 |
| SUSPICIOUS BULGE + CS_OTHER (Observed Entry and Exit) | 1 |
| SUSPICIOUS BULGE + FITS DESCRIPTION | 1 |
| VIOLENT CRIME + SUSPICIOUS BULGE | 1 |
| CASING + FURTIVE MOVEMENTS + CS_OTHER (Observed Entry) | 1 |
| CASING + FURTIVE MOVEMENTS + FITS DESCRIPTION | 1 |
| CASING + LOOKOUT + CLOTHING | 1 |
| CASING + LOOKOUT + FITS DESCRIPTION | 1 |
| CASING + LOOKOUT + SUSPICIOUS BULGE | 1 |
| CLOTHING + SUSPICIOUS BULGE + CS_OTHER (Observed Exit) | 1 |
| CLOTHING + SUSPICIOUS BULGE + CS_OTHER (Observed Outside) | 1 |
| DRUG TRANSACTION + FITS DESCRIPTION + CS_OTHER (Unintelligible) | 1 |
| DRUG TRANSACTION + FURTIVE MOVEMENTS + CS_OTHER (High Crime Area) | 1 |
| DRUG TRANSACTION + FURTIVE MOVEMENTS + CS_OTHER (Fits Description) | 1 |
| DRUG TRANSACTION + FURTIVE MOVEMENTS + CS_OTHER (Not Resident/Not Listed) | 1 |
| DRUG TRANSACTION + LOOKOUT + VIOLENT CRIME | 1 |
| FURTIVE MOVEMENTS + FITS DESCRIPTION + CS_OTHER (Observed Exit) | 1 |
| LOOKOUT + FITS DESCRIPTION + CS_OTHER (Exclude for PI Analysis) | 1 |
| LOOKOUT + FURTIVE MOVEMENTS + CS_OTHER (Clean Halls/Trespass) | 1 |
| LOOKOUT + FURTIVE MOVEMENTS + CS_OTHER (Observed Exit) | 1 |
| SUSPICIOUS BULGE + FITS DESCRIPTION + CS_OTHER (Exclude for PI Analysis) | 1 |
| VIOLENT CRIME + CASING + FURTIVE MOVEMENTS | 1 |
| VIOLENT CRIME + FURTIVE MOVEMENTS + SUSPICIOUS BULGE | 1 |
| CASING + FURTIVE MOVEMENTS + FITS DESCRIPTION + CS_OTHER (Observed Exit) | 1 |
| CASING + FURTIVE MOVEMENTS + LOOKOUT + CS_OTHER (Radio Run) | 1 |
| CASING + SUSPICIOUS BULGE + LOOKOUT + CS_OTHER (Clean Halls/Trespass) | 1 |
| DRUG TRANSACTION + CASING + CLOTHING + LOOKOUT | 1 |
| DRUG TRANSACTION + FURTIVE MOVEMENTS + LOOKOUT + FITS DESCRIPTION | 1 |
| VIOLENT CRIME + FURTIVE MOVEMENTS + FITS DESCRIPTION + SUSPICIOUS BULGE | 1 |
| VIOLENT CRIME + CASING + FURTIVE MOVEMENTS + CLOTHING | 1 |
| VIOLENT CRIME + CASING + FURTIVE MOVEMENTS + LOOKOUT | 1 |
| VIOLENT CRIME + LOOKOUT + FURTIVE MOVEMENTS + FITS DESCRIPTION + SUSPICIOUS BULGE | 1 |
| **TOTAL** | **1,857** |

# APPENDIX I

## "detailEF" Analysis

### Analysis of text strings from "Other" additional circumstances

| Category | N of Stops |
|---|---:|
| **Clean Halls/Trespass** | **45** |
| CLEAN HALL | 1 |
| CLEAN HALLS | 23 |
| CLEAN HALLS / CRIMINAL TRESPASS | 2 |
| CLEAN HALLS BLDG | 3 |
| CLEAN HALLS BUIDLING | 1 |
| CLEAN HALLS BUILDING | 1 |
| CLEAN HALLS LOCATION | 1 |
| CLEANHALLS | 1 |
| CREM TRES | 1 |
| CRIM TRES | 3 |
| CRIM TRESPASS | 1 |
| CRIM TRESPASS/CLEAN HALLS | 1 |
| CRIM. TRES. | 2 |
| CRIMINAL TRES | 1 |
| LOITERING | 3 |
| **Exclude for PI Analysis** | **4** |
| HOUSING PROJECT | 1 |
| PUBLIC HOUSING BUILDING | 1 |
| SEEN ON ROOF | 1 |
| WALKING OUT OF BLDG, CHANGING DIRECTION | 1 |
| **Observed Exit** | **7** |
| EXITING CLEAN HALLS LOCATION | 4 |
| LEAVING CLEAN HALLS | 2 |
| WALKING OUT OF BUILDING | 1 |
| **Keyless Entry** | **3** |
| ENTER APT BLDG WITHOUT KEYS | 1 |
| ENTERED BLDG WITH OUT KEYS | 1 |
| ENTERED BLOG THAT REQUIRED KEY CARD TO | 1 |
| **Miscellaneous Unjustified** | **6** |
| ARREST | 4 |
| DARK ALLEYWAY | 1 |
| FRIEND VERIFIED HIM ABOVE LOCATION | 1 |
| **Not Resident/Not Listed** | **2** |
| DEF IS KNOWN NOT TO LIVE @ LOCATION | 1 |
| DEFT IS KNOWN NOT TO LIVE AT LOCATION | 1 |
| **Door Unlocked/Open** | **1** |
| DOORS NOT LOCKED | 1 |
| **Observed Outside** | **3** |
| STANDING IN F/O BLDD ENTRANCE | 1 |

| | |
|---|---|
| STANDING IN FRONT OF BUILDING | 1 |
| THE PERSON WAS SITTING ON THE BRICK FEN | 1 |
| **Radio Run** | **6** |
| JOB TO LOCATION | 1 |
| RADIO RUN | 2 |
| RADIO RUN TO LOCATION | 2 |
| RR | 1 |
| **Total** | **77** |

# APPENDIX J

## All Additional Circumstances (Alone or in Combination) for Proximity Stops Identified in Table 8

| Additional Circumstance(s) | N of Stops |
|---|---|
| High Crime Area | 247 |
| High Crime Area + Time of Day | 188 |
| No AC | 163 |
| Proximity to Scene | 68 |
| Time of Day | 59 |
| Change Direction | 37 |
| High Crime Area + Time of Day + Proximity to Scene | 33 |
| Evasive Response | 25 |
| Other - Clean Halls/Trespass | 25 |
| High Crime Area + Proximity to Scene | 25 |
| High Crime Area + Time of Day + Evasive Response | 21 |
| High Crime Area + Evasive Response | 17 |
| Change Direction + Evasive Response | 17 |
| High Crime Area + Change Direction | 15 |
| Proximity to Scene + Time of Day | 13 |
| Ongoing Investigation | 12 |
| Report by Victim/Witness/Officer | 10 |
| High Crime Area + Clean Halls/Trespass | 10 |
| High Crime Area + Ongoing Investigation | 8 |
| Change Direction + Ongoing Investigation | 8 |
| High Crime Area + Report by Victim/Witness/Officer | 7 |
| High Crime Area + Evasive Response + Change Direction | 7 |
| High Crime Area + Time of Day + Ongoing Investigation | 7 |
| High Crime Area + Time of Day + Evasive Responses + Change Direction | 7 |
| Other – Observed Exit | 6 |
| Time of Day + Other - Clean Halls/Trespass | 5 |
| High Crime Area + Time of Day + Report by Victim/Witness/Officer | 5 |
| 5 or 6 ACs | 4 |
| High Crime Area + Time of Day + Proximity to Scene + Evasive Responses | 4 |
| Proximity to Scene + Other - Radio Run | 4 |
| High Crime Area + Time of Day + Change Direction | 4 |
| Time of Day + Change Direction + Evasive Response | 4 |
| Other - Exclude for PI Analysis | 3 |
| Other – Observed Outside | 3 |
| High Crime Area + Associating with Known Criminals | 3 |
| Change Direction + Proximity to Scene | 3 |

| Additional Circumstance(s) | N of Stops |
|---|---|
| Proximity to Scene + Evasive Response | 3 |
| High Crime Area + Time of Day + Associating with Known Criminals | 3 |
| High Crime Area + Time of Day + Evasive Responses + Ongoing Investigation | 2 |
| High Crime Area + Time of Day + Ongoing Investigation + Change Direction | 2 |
| High Crime Area + Time of Day + Proximity to Scene + Change Direction | 2 |
| Associating with Known Criminals | 2 |
| Other - Radio Run | 2 |
| Proximity to Scene + Ongoing Investigation | 2 |
| Evasive Response + Change Direction + Other-Clean Halls/Trespass | 2 |
| High Crime Area + Change Direction + Other - Not Resident/Not Listed | 2 |
| High Crime Area + Evasive Response + Ongoing Investigation | 2 |
| High Crime Area + Proximity to Scene + Change Direction | 2 |
| High Crime Area + Proximity to Scene + Ongoing Investigation | 2 |
| High Crime Area + Time of Day + Other - Clean Halls/Trespass | 2 |
| Proximity to Scene + Evasive Response + Change Direction | 2 |
| High Crime Area + Time of Day + Proximity to Scene + Report By Victim/Witness/Officer | 1 |
| High Crime Area + Time of Day + Evasive Responses + Sights and Sounds | 1 |
| High Crime Area + Time of Day + Evasive Responses + Other - Clean Halls/Trespass | 1 |
| High Crime Area + Change Direction + Proximity to Scene + Report by Victim/Witness/Officer | 1 |
| High Crime Area + Change Direction + Evasive Responses + Report by Victim/Witness/Officer | 1 |
| High Crime Area + Change Direction + Proximity to Scene + Ongoing Investigation | 1 |
| Proximity to Scene + Change Direction + Time of Day + Evasive Responses | 1 |
| Proximity to Scene + Change Direction + Time of Day + Other - Miscellaneous Unjustified | 1 |
| Other - Keyless Entry | 1 |
| Other - Miscellaneous Unjustified | 1 |
| Other - Door Unlocked/Open | 1 |
| Change Direction + Other (Exclude for PI Analysis) | 1 |
| Change Direction + Other (Misc. Unjustified) | 1 |
| Proximity to Scene + Associating with Known Criminals | 1 |
| Time of Day + Report by Victim/Witness/Officer | 1 |
| Time of Day + Associating with Known Criminals | 1 |
| Evasive Response + Other - Keyless Entry | 1 |
| Ongoing Investigation + Other - Miscellaneous Unjustified | 1 |
| Ongoing Investigation + Evasive Response | 1 |
| High Crime Area + Ongoing Investigation + Other – Observed Exit | 1 |
| High Crime Area + Ongoing Investigation + Other - Miscellaneous Unjustified | 1 |
| High Crime Area + Proximity to Scene + Report by Victim/Witness/Officer | 1 |
| High Crime Area + Proximity to Scene + Associating with Known Criminals | 1 |
| High Crime Area + Time of Day + Other - Keyless Entry | 1 |
| Proximity to Scene + Associating with Known Criminals + Change Direction | 1 |

| Additional Circumstance(s) | N of Stops |
|---|---|
| Proximity to Scene + Ongoing Investigation + Other - Miscellaneous Unjustified | 1 |
| Time of Day + Change Direction + Ongoing Investigation | 1 |
| Time of Day + Proximity to Scene + Associating with Known Criminals | 1 |
| **TOTAL** | **1,137** |

# APPENDIX K

## Frequency of Bronx Proximity Stops by Precinct

### All Bronx Proximity Stops by Precinct

| Precinct | N of Stops | Percent |
|---|---|---|
| 43 | 525 | 28.27 |
| 44 | 425 | 22.89 |
| 52 | 291 | 15.67 |
| 41 | 239 | 12.87 |
| 46 | 99 | 5.33 |
| 49 | 89 | 4.79 |
| 40 | 76 | 4.09 |
| 42 | 40 | 2.15 |
| 48 | 28 | 1.51 |
| 50 | 20 | 1.08 |
| 47 | 18 | 0.97 |
| 45 | 7 | 0.38 |
| Total | 1,857 | 100.00% |

### Bronx Proximity Stops Identified in Table 8 by Precinct

| Precinct | N of Stops | Percent |
|---|---|---|
| 43 | 372 | 32.72% |
| 44 | 237 | 20.84% |
| 52 | 215 | 18.91% |
| 41 | 110 | 9.67% |
| 46 | 52 | 4.57% |
| 49 | 51 | 4.49% |
| 40 | 40 | 3.52% |
| 42 | 25 | 2.20% |
| 48 | 17 | 1.50% |
| 50 | 8 | 0.70% |
| 47 | 8 | 0.70% |
| 45 | 2 | 0.18% |
| Total | 1,137 | 100.00% |