# EXHIBIT I

Case 1:12-cv-02274-SAS-HBP   Document 44-9   Filed 09/24/12   Page 1 of 2

Interoffice Memorandum

CONFIDENTIAL

To: Files

From: Meera Joshi, First Deputy Executive Director

Date: February 16, 2010

Re: Meeting with NYPD DOA

---

Today ADED Roger Smith, Team 2 Manager Denis McCormick and I met with DC Julie Schwartz and Director of the CCRB Unit at the NYPD DOA, Lisa Bland. The following relevant points were discussed:

- [REDACTED]
- [REDACTED]
- We provided the statistics which indicate that our substantiation rate for stops involving trespass affidavit buildings is much higher than the agency average, and that our exoneration rate for these cases is also much higher. We have few unsubstantiated cases in this area.
- We raised our concern that the DAO is prosecuting these cases, and that to the extent they are not our two agencies discuss the reasons why. Deputy Schwartz agreed.
- We raised our concern that officers are misstating the appropriate standards for stops and questions in trespass buildings. Accordingly, we discussed the idea of developing a retraining program on the issues of encounters in trespass affidavit buildings; Deputy Schwartz was receptive to the idea.