# EXHIBIT K

**Interoffice Memorandum**

**CONFIDENTIAL**

To: Files

From: Meera Joshi, First Deputy Executive Director

Date: September 28, 2010

Re: Meeting with NYPD DOA

---

Today, CCRB Special Prosecutor Laura Edidin and I met with DC Julie Schwartz and Director of the CCRB Unit at the NYPD DOA, Lisa Bland. Additionally, for the first half of the meeting Katherine Lemire, Counsel to the Police Commissioner was present. The following relevant points were made:

- I gave a brief summary of the city council testimony that the CCRB gave on 9 28 2010, on stop and frisk in NYCHA buildings. .
- Katherine Lemire informed us that she reviewed several CCRB cases involving Stop and Question in patrolled housing and found many instances in which officers were incorrectly stating the required standard for a Question or Stop. She found several examples of officers operating under the assumption that as "custodian" of the building they were entitled to Stop and Question anyone inside the building. As a result, a new Interim Order regarding Vertical Patrols in NYCHA buildings was issued which clearly delineates the applicable standards. More recently, intensive training was provided for all Housing officers and certain patrol officers, in total approximately 3,000 officers. The training was done over three weeks, consisted of six, three to four hour sessions. (We did not clarify whether or not each officer attended six, three hour sessions, or whether it took six, three hour sessions to train all 3,000 officers). The training was paid for through overtime. The training was conducted by Chief of the Academy George Anderson and the Commanding Officer of the Legal Bureau attended all sessions.
- Going forward the Department plans to:
    - Provide training, though probably not as intense, to all patrols on the NYCHA Vertical Patrols guidelines.
    - Issue new guidelines regarding vertical patrols in Clean Halls buildings, and provide training on the new guidelines.
- The training also includes specific instructions, which are codified in the June 2010 Interim Order, that if a person who appears to be unauthorized refuses to confirm authorization, they could be ejected and if they refuse to leave can be arrested. She wanted to make sure that CCRB investigators are aware of this nuance.
- I requested the training materials, and was told if the request is approved by Legal they would send them to me

L_NYC001542

- I informed them that, ironically it appears that the number of complaints against Housing police for Stop and Question has been dropping and comprises less than 50% of all of these types of complaints that we receive, based on our 16th month study. I told them that we could provide specific data if they would like.
- I informed them that the Board would like to summarize the sequence of events that led to the issuance of the June 2010 Interim Order and the retraining in its annual report. Specifically, that it began in mid-2009 when we brought the issue to the attention of DC Schwartz. Both DC Schwartz and Katherine Lemire agreed that this would be fine, and Katherine Lemire noted that the genesis of the effort was actually the CCRB cases, brought to her attention following my 2009 meeting with DC Schwartz.

After Katherine Lemire left, we discussed 

L_NYC001543