UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAENEAN LIGON, et al.                    :     **NOTICE OF PLAINTIFFS'**
                                                                             :     **MOTION IN LIMINE**
                                                                             :
                    Plaintiffs,        :
                                                                              :     12 Civ. 2274 (SAS)(HBP)
   -versus-                                        :
                                                                                 :
CITY OF NEW YORK, et al.                :
                                                                                 :
                                                                                 :
                    Defendants.      :
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Daniel Mullkoff and memorandum of law, the plaintiffs will move before the Honorable Shira A. Scheindlin, United States District Court Judge for the Southern District of New York, for an order precluding the defendants at the preliminary injunction hearing in this action, beginning on October 15, 2012, from (a) offering evidence or cross-examining the plaintiffs and plaintiffs' non-party witnesses about their arrest histories; (b) offering evidence or cross-examining the plaintiffs and plaintiffs' non-party witnesses about past criminal convictions; (c) offering evidence or cross-examining Plaintiff Charles Bradley about his relationship with his ex-fiancee, Lisa Rappa; and (d) cross-examining non-party witness Anginette Trinidad about her past drug use.

        Respectfully submitted,

        s/  Alexis Karteron
        Alexis Karteron
        Christopher Dunn
        Taylor Pendergrass
        Daniel Mullkoff
        New York Civil Liberties Union Foundation
        125 Broad Street, 19th Floor
        New York, New York 10004
        (212) 607-3300
        akarteron@nyclu.org

        J. McGregor Smyth, Jr.
        Mariana Kovel
        The Bronx Defenders
        860 Courtlandt Avenue
        Bronx, New York 10451

        Juan Cartagena
        Foster Maer
        Roberto Concepcion
        LatinoJustice PRLDEF
        99 Hudson Street, 14th Floor
        New York, New York 10013

        John A. Nathanson
        Tiana Peterson
        Mayer Grashin
        Shearman & Sterling LLP
        599 Lexington Avenue
        New York, New York 10022

        *Attorneys for Plaintiffs*

Dated: October 1, 2012
       New York, New York