UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JAENEAN LIGON, individually and on behalf of her minor son, J.G., FAWN BRACY, individually and on behalf of her minor son, W.B., JACQUELINE YATES, LETITIA LEDAN, ROSHEA JOHNSON, IGERON JOHNSON, JOVAN JEFFERSON, A.O., by his parent DINAH ADAMES, ABDULLAH TURNER, FERNANDO MORONTA, and CHARLES BRADLEY, individually and on behalf of a class of all others similarly situated,

            Plaintiffs,

        - against -

CITY OF NEW YORK, RAYMOND W. KELLY, COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER JOHNNY BLASINI, POLICE OFFICER GREGORY LOMANGINO, POLICE OFFICER JOSEPH KOCH, POLICE OFFICER IGERON RAMDEEN, POLICE OFFICER JOSEPH BERMUDEZ, POLICE OFFICER MIGUEL SANTIAGO, and POLICE OFFICERS JOHN DOE 1-12,

           Defendants.

------------------------------------------------------------ X

ORDER

12 Civ. 2274 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/12

1

## SHIRA A. SCHEINDLIN, U.S.D.J.:

For the reasons stated at today's conference, plaintiffs' Motion in Limine is granted in part and denied in part. The Clerk of the Court is directed to close this motion [Docket No. 46].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     October 11, 2012
           New York, New York

- Appearances -

**For Plaintiffs:**

Alexis Brie Karteron, Esq.
Christopher T. Dunn, Esq.
New York Civil Liberties Union
125 Broad Street, 17th floor
New York, NY 10004
(212) 607-3300

Foster S. Maer, Esq.
Puerto Rican Legal Defense and
Education Fund, Inc.
99 Hudson Street, 14th Floor
New York, NY 10013
(212) 739-7507

Mariana Louise Kovel, Esq.
The Bronx Defenders
860 Courtlandt Avenue
Bronx, NY 10451
(718) 508-3421

Tiana Jeanne Peterson, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-5222

**For Defendants:**

Heidi Grossman
Joseph Anthony Marutollo
Mark David Zuckerman
Richard Keith Weingarten
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-1300