UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| JAENEAN LIGON, et al. | : | **NOTICE OF PLAINTIFFS'** |
| | : | **MOTION FOR CLASS** |
| | : | **CERTIFICATION** |
| Plaintiffs, | : | |
| | : | |
| -versus- | : | |
| | : | 12 Civ. 2274 (SAS)(HBP) |
| CITY OF NEW YORK, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the

accompanying Declarations of Christopher Dunn and J. McGregor Smyth, Jr., and evidence

adduced at the preliminary injunction hearing held in this matter beginning on October 15, 2012,

the plaintiffs will move before The Honorable Shira A. Scheindlin, United States District Judge

for the Southern District of New York, for an order certifying the following class pursuant to

Federal Rule of Civil Procedure 23(b)(2):

> All individuals who have been or are at risk of being stopped outdoors without
> legal justification by NYPD officers on suspicion of trespassing in Bronx
> apartment buildings enrolled in the NYPD's Trespass Affidavit Program
> (commonly referred to as "Operation Clean Halls").

     Respectfully submitted,


   /s/   Alexis Karteron
Alexis Karteron
Christopher Dunn
Taylor Pendergrass
Daniel Mullkoff
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
akarteron@nyclu.org

1

2

J. McGregor Smyth, Jr.
Mariana Kovel
The Bronx Defenders
860 Courtlandt Avenue
Bronx, New York 10451
(718) 838-7878

Juan Cartagena
Foster Maer
Roberto Concepcion
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, New York 10013
(212) 219-3360

John A. Nathanson
Tiana Peterson
Mayer Grashin
Sarah Lustbader
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022

*Attorneys for Plaintiffs*

Dated: November 9, 2012
        New York, NY