UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JAENEAN LIGON, *et al*.
on Behalf of Themselves and Others
Similarly Situated,

                                      Plaintiffs,

                                                        **12 Civ. 2274 (SAS)(HBP)**
               -against-


CITY OF NEW YORK, *et al*.

                                      Defendants.

------------------------------------------------------------------x


**DECLARATION OF CHRISTOPHER DUNN IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**


      Christopher T. Dunn declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am the associate legal director of the New York Civil Liberties Union (NCYLU) and am co-counsel in this case.  I submit this declaration in support of the plaintiffs' motion for class certification.

      2.     The NYCLU has served as the New York State affiliate of the American Civil Liberties Union (ACLU) since 1951.  Its legal department currently includes eight full-time attorneys, one part-time attorney, and four full-time legal fellows.  The NYCLU maintains a docket of cases filed in federal and state courts across the state.  For decades, its lawyers have been involved in class-action litigation.  *See, e.g., New York State Ass'n for Retarded Children, Inc. v. Carey*, 393 F. Supp. 715 (E.D.N.Y. 1975) (approving settlement on behalf of certified

class of adults and children challenging conditions of their confinement at Willowbrook State School); *Hurrell-Haring v. State of New York*, 914 N.Y.S.2d 367, 81 A.D.3d 69 (3rd Dept. 2011) (certifying class of indigent criminal defendants in case challenging constitutional adequacy of defense services).

      3.      I have been involved in class-action lawsuits asserting federal and state constitutional and statutory claims for over twenty years, including several cases in which I have served as lead counsel.  *See, e.g., LaShawn A. v. Dixon*, 762 F. Supp. 959 (D.D.C. 1991) (in certified class action on behalf of thousands of children in foster care, finding District of Columbia had violated statutory and constitutional rights); *Jeanine B. v. Thompson*, 877 F. Supp. 1268 (E.D. Wis. 1995) (in similar case, denying motion to dismiss and certifying class); *Ceaser v. Pataki*, 2000 U.S. Dist. LEXIS 11532 (S.D.N.Y. Aug. 14, 2000) (in case challenging discriminatory allocation of educational resources in high-minority schools across New York State, denying motion to dismiss and certifying class).

      4.      The NYCLU is fully committed to serving the interests of the proposed class and has the resources and expertise to do so.


                                                       /s/ Christopher Dunn
                                                     CHRISTOPHER DUNN


Dated:  November 9, 2012
         New York, N.Y.