UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DAVID FLOYD, *et al.*,

        Plaintiffs,

     - against -

CITY OF NEW YORK,

        Defendant.

------------------------------------------------------------ X

JAENEAN LIGON, *et al.*,

        Plaintiffs,

     - against -

CITY OF NEW YORK, *et al.*,

        Defendants.

------------------------------------------------------------ X

**OPINION AND ORDER**

08 Civ. 1034 (SAS)

12 Civ. 2274 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      On January 31, 2013, a joint conference was held in *Floyd v. City of New York*, No. 08 Civ. 1034; *Ligon v. City of New York*, No. 12 Civ. 2274; and *Davis v. City of New York*, No. 10 Civ. 0699. The transcript for the conference has been docketed in *Davis* at Dkt. No. 266. The Clerk of the Court is directed to

docket the transcript of the conference in the *Floyd* and *Ligon* dockets as well.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   August 13, 2012
         New York, New York