

125 Broad Street
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

Alexis Karteron
Senior Staff Attorney
Direct Line: 212.607.3391
akarteron@nyclu.org

August 27, 2013

*Via e-mail to Gregory_Brazeal @nysd.uscourts.gov*
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> Plaintiffs' request is hereby granted. Plaintiffs have until September 6, 2013 to respond to the City's stay request. SO ORDERED.
>
> Shira A. Scheindlin, USDJ
> 8/28/13

Re:   *Ligon v. City of New York*, No. 12 Civ. 2274 (SAS)(HBP)

Dear Judge Scheindlin:

    On behalf of the *Ligon* plaintiffs, I write in regard to the letter submitted today by Ms. Grossman regarding the defendants' request for a stay of the injunctive relief ordered in the Court's Remedies Opinion and Order, dated August 12, 2013, in *Floyd v. City of New York* and *Ligon v. City of New York*. The *Ligon* plaintiffs respectfully request that the Court permit them to respond to the defendants' request on Friday, September 6, 2013.

    The plaintiffs respectfully submit that this proposal is fair to all parties. The defendants have had 15 days to craft their request for a stay. In contrast, the plaintiffs now ask for only 7 business days to respond. Further, the Labor Day holiday falls between today and September 6, and numerous attorneys who are counsel to the *Ligon* plaintiffs will be out of the office for portions of that period.

    Thank you for your consideration of this request.

Respectfully submitted,

Alexis Karteron

c:   Heidi Grossman (by e-mail)
    Darius Charney (by e-mail)