UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAENEAN LIGON, et al.,

                 Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/13

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 31, 2013, the United States Court of Appeals for the Second Circuit issued a mandate directing the District Court to "implement th[e] Court's mandate staying all proceedings and otherwise await further action by the Court of Appeals on the merits of the ongoing appeals." Corrected Mandate 3, Oct. 31, 2013, ECF No. 157.

    In a letter dated November 20, 2013, Plaintiffs state, "[c]ounsel for the defendants indicated this week, without explanation, that they do not agree that discovery in this case is stayed. If Your Honor does not believe that discovery is stayed by the Second Circuit's mandate, the plaintiffs respectfully request that the Court extend the current discovery deadline by 60 days and provide the parties with guidance on the appropriate method of raising discovery disputes."

    Defendants are directed to respond to Plaintiffs' letter by November 22, 2013.

    SO ORDERED.

Dated: November 21, 2013
       New York, New York

                                              ANALISA TORRES
                                             United States District Judge