UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAENEAN LIGON, et al.,

                    Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/13

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 31, 2013, the United States Court of Appeals for the Second Circuit issued a mandate directing the District Court to "implement th[e] Court's mandate staying all proceedings and otherwise await further action by the Court of Appeals on the merits of the ongoing appeals." Corrected Mandate 3, Oct. 31, 2013, ECF No. 157.

      By letter dated November 20, 2013, Plaintiffs state, "[c]ounsel for the defendants indicated this week, without explanation, that they do not agree that discovery in this case is stayed. If Your Honor does not believe that discovery is stayed by the Second Circuit's mandate, the plaintiffs respectfully request that the Court extend the current discovery deadline by 60 days and provide the parties with guidance on the appropriate method of raising discovery disputes."

      By letter dated November 22, 2013, Defendants state that, "they read the Second Circuit's November 1, 2013 Corrected Mandate to stay only the proceedings related to the preliminary injunction . . . and not discovery [but] can certainly understand, however, plaintiffs' contrary reading in light of the broad wording of the Corrected Mandate. Further, defendants do not dispute, under all of the circumstances, that it would make sense to stay all proceedings pending the outcome of the appeal."

      Plaintiffs' request is DENIED. Pursuant to the Second Circuit's stay of "all proceedings," the parties are ORDERED to cease discovery.

      SO ORDERED.

Dated: November 22, 2013
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge