USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAENEAN LIGON, et al.                           :
                                                :
                Plaintiffs,            :
                                                :  12 Civ. 2274 (AT)(HBP)
   -versus-                                    :
                                                :
CITY OF NEW YORK, et al.                        :
                                                :
                Defendants.            :
------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

Daniel Mullkoff, undersigned counsel, respectfully moves to withdraw as counsel for plaintiffs Jaenean Ligon et al. in the above-captioned matter, as he is no longer affiliated with the New York Civil Liberties Union. The New York Civil Liberties Union will continue to represent the plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and the plaintiffs respectfully request that this Court permit Daniel Mullkoff to withdraw as counsel for the plaintiffs in this matter.

Respectfully submitted,

   s/ Daniel Mullkoff
Daniel Mullkoff
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300
dmullkoff@nyclu.org

Dated: New York, NY
       December 20, 2013

Counsel's motion to withdraw is GRANTED. The Clerk of Court is directed to remove Daniel Mullkoff's appearance from the docket and name from the ECF distribution list.

_____
ANALISA TORRES
United States District Judge

SO ORDERED.

Dated: February 25, 2014
       New York, NY