USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, *et al.*,

           Plaintiffs,

-against-

CITY OF NEW YORK,

           Defendant.

JAENEAN LIGON, *et al.*,

           Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

           Defendants.

**ORDER APPPOINTING FACILITATOR**

08 Civ. 1034 (AT)

12 Civ. 2274 (AT)

ANALISA TORRES, District Judge:

    This Order supplements the Remedies Opinion of August 12, 2013, which directed the parties to engage in a community-based remedial process (the "Joint Remedial Process") to develop sustainable reforms to the stop-and-frisk practices of the New York City Police Department ("NYPD").[1]  By Supplemental Order dated September 4, 2013, the Court appointed Nicholas Turner as Facilitator to guide the Joint Remedial Process.  Due to professional obligations that have arisen since his appointment, Mr. Turner has withdrawn as Facilitator.

    The Court now appoints as Facilitator the Honorable Ariel E. Belen, a retired Associate Justice of the Supreme Court of the State of New York, Appellate Division, Second Department, currently serving as a neutral mediator and arbitrator at JAMS, an alternative dispute resolution

---

[1] *See Floyd v. City of New York*, 959 F. Supp. 2d 668, 686-88 (S.D.N.Y. 2013).

("ADR") provider. Justice Belen, a graduate of Cornell Law School, began his legal career as a public defender with the Legal Aid Society of New York (1981-1990). At Legal Aid, he represented indigent criminal defendants, frequently participating in suppression hearings concerning, among other issues, stop-and-frisk violations. Later, at the City of New York Law Department, he worked as an Assistant Corporation Counsel (1990-1993), Deputy Chief of the Brooklyn Tort Division (1993-1994), and Chief of the Bronx Borough Office (1994), representing police officers sued for alleged civil rights violations, unlawful detentions, and the use of excessive force.

Beginning in 1995, Justice Belen served in Kings County as a New York State Supreme Court Justice in various capacities, including in the trial court, at the Appellate Term, and as Administrative Judge of the Civil Term. Justice Belen was appointed to the Appellate Division, Second Department in 2008. In 2012, he joined JAMS.

Justice Belen chairs the ADR Committee of the New York County Lawyers' Association and is a Member of the Executive Advisory Committee of the International Institute for Conflict Prevention & Resolution Panel of Distinguished Neutrals.

SO ORDERED.

Dated: November 10, 2014
       New York, New York

_____
ANALISA TORRES
United States District Judge