```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, *et al.*,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

JAENEAN LIGON, *et al.*,

                Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

08 Civ. 1034 (AT)

12 Civ. 2274 (AT)

**FIRST AMENDMENT TO
ORDER REGARDING
MONITOR'S FINAL
RECOMMENDATIONS**

ANALISA TORRES, District Judge:

    The Court's February 3, 2015 Order Regarding Monitor's Final Recommendations is amended such that the following paragraph is added:

    7.  The Monitor shall submit for the Court's review any material changes to a previously approved Final Recommendation. Changes that are not material do not require the Court's approval.

    SO ORDERED.

Dated: April 27, 2015
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge