UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAENEAN LIGON, et al.                             :
                                                  :
              Plaintiffs,               :
                                                  :       12 Civ. 2274 (AT)(HBP)
   -versus-                                       :
                                                  :
CITY OF NEW YORK, et al.                          :
                                                  :
              Defendants.               :
------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

      Alexis Karteron, undersigned counsel, respectfully moves to withdraw as counsel for plaintiffs Jaenean Ligon, et al., in the above-captioned matter, as she is no longer affiliated with this litigation at the New York Civil Liberties Union.  The New York Civil Liberties Union will continue to represent the plaintiffs in this matter and no party will be prejudiced if this motion is granted.

      WHEREFORE, undersigned counsel and the plaintiffs respectfully request that this Court permit Alexis Karteron to withdraw as counsel for the plaintiffs in this matter.

                                        Respectfully submitted,

                                        */s/ Alexis Karteron*
                                        Alexis Karteron
                                        New York Civil Liberties Union Foundation
                                        125 Broad Street, 19th Floor
                                        New York, New York 10004
                                        (212) 607-3300
                                        akarteron@nyclu.org

Dated: New York, NY
        June 3, 2016

{00049336;1 }