

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/2020___

THE CITY OF NEW YORK

# LAW DEPARTMENT

**JAMES E. JOHNSON**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**DAVID COOPER**
*Senior Counsel*
phone: (212) 356-2579
fax: (212) 356-3509
email: dcooper@law.nyc.gov

May 29, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *David Floyd, et al. v. City of New York*, 08 Civ. 1034 (AT)
        *Kelton Davis, et al. v. City of New York*, 10 Civ. 699 (AT)
        *Jaenean Ligon, et al. v. City of New York*, 12 Civ. 2274 (AT)

Your Honor:

        I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of
the City of New York, and one of the attorneys assigned to the above-referenced matter on
behalf of defendant City of New York ("City"). The City writes to seek a modification of the
briefing schedule on the *Floyd* and *Davis* Plaintiffs' proposed order to show cause in connection
with the above-referenced cases.

        By way of background, the *Floyd* and *Davis* Plaintiffs' filed their proposed order
to show cause with supporting declaration, eight exhibits, and a memorandum of law on May 26,
2020. *See* Dkt. Entry Nos. 759-761. On that same date, the Court ordered the City to respond to
the *Floyd* and *Davis* Plaintiffs' proposed order to show cause by June 2, 2020. *See* Dkt. Entry
No. 762. Yesterday, the *Ligon* Plaintiffs informed the City that they will be filing a motion
related to the *Floyd* and *Davis* Plaintiffs' proposed order to show cause early next week. Based
on the briefing schedule that the *Ligon* Plaintiffs and the City have agreed to, the *Ligon* Plaintiffs
would file their motion on June 2nd and the City would respond to the *Ligon* Plaintiffs' motion by
June 8, 2020.

        Thus, the City respectfully seeks modification of the Court's prior order setting
forth a briefing schedule, taking into account the related anticipated *Ligon* Plaintiffs' motion as
well, so that the City can respond to these two related applications in a single filing. The City
sought the consent of the *Floyd* or *Davis* Plaintiffs earlier today but have not yet heard from

them, but wanted to file this request at least 48 hours before the scheduled deadline, in accordance with Your Honor's Individual Practices in Civil Cases.

Accordingly, the City respectfully requests until June 8, 2020 to respond to the *Floyd* and *Davis* Plaintiffs' proposed order to show cause and the *Ligon* related motion.

Thank you for your time and consideration.

Respectfully submitted,

*David Cooper* /s/

DAVID COOPER
Senior Counsel
New York City Law Department

cc:     **VIA ECF**
        *All Parties on Record*

GRANTED.  By **June 8, 2020**, Defendant shall file its response to the *Floyd*, *Davis*, and *Ligon* Plaintiffs' submissions.

It is further ORDERED that the deadline for the Monitor to file a response is EXTENDED to **June 15, 2020**.

SO ORDERED.

Dated:  June 1, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge