UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| JAENEAN LIGON, et al.,<br><br>                          Plaintiffs,<br><br>     -against-<br><br>CITY OF NEW YORK, et al.,<br><br>                          Defendants. | **NOTICE OF MOTION OF DAVID ALLEN COOPER TO WITHDRAW AS ATTORNEY**<br><br>12 CV 2274 (AT) |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration, David Allen Cooper will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant City of New York.

**PLEASE TAKE FURTHER NOTICE** that other attorneys at the New York City Law Department, on behalf of James E. Johnson, Corporation Counsel for the City of New York, will continue to be counsel of record for Defendant City of New York in this action.

Dated:      New York, New York
               November 30, 2020

                                      **JAMES E. JOHNSON**
                                      Corporation Counsel of the
                                      City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-2579

                              By:    *David Allen Cooper*  /s
                                       _____
                                      DAVID ALLEN COOPER
                                      Senior Counsel
                                      New York City Law Department