12-cv-02274-AT

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December two thousand twenty-one,

_____

Jaenean Ligon, individually and on behalf of her minor son, J.G., David Floyd, Kelton Davis,

**ORDER**

Docket No. 21-2089, 21-2091, 21-2237

Plaintiffs - Appellants,

Fawn Bracy, individually and on behalf of her minor son, W.B., Jacqueline Yates, individually and on behalf of a class of all others similarly situated, Letitia Ledan, individually and on behalf of a class of all others similarly situated, Roshea Johnson, individually and on behalf of a class of all others similarly situated, Kieron Johnson, individually and on behalf of a class of all others similarly situated, Jovan Jefferson, individually and on behalf of a class of all others similarly situated, A.O., by his parent DINAH ADAMES, Abdullah Turner, individually and on behalf of a class of all others similarly situated, Fernando Moronta, individually and on behalf of a class of all others similarly situated, Charles Bradley, individually and on behalf of a class of all others similarly situated, Lalit Clarkson, Deon Dennis, David Ourlicht, Individually and on behalf of all others similarly situated, William Turner, Altagracia Hernandez, Edwin Larregui, Roman Jackson, Kristin Johnson, Eleanor Britt, Anthony Anderson, Lashaun Smith, Shawne Jones, Hector Suarez, Adam Cooper, Andrew Washington, P.L., by his parent Lisa Piggott, David Wilson, Geneva Wilson, Individually and on behalf of a class of all others similarly situated, Patrick Littlejohn, Raymond Osorio, Vaughn Frederick, R.E., by her parents D.E. individually and on behalf of a class of all others similarly situated, Rikia Evans,

Plaintiffs,

v.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 10 2021

CERTIFIED COPY ISSUED ON 12/10/2021

City of New York, Police Officer Johnny Blasini, Police
Officer Gregory Lomangino, Police Officer Joseph
Koch, Police Officer Kieron Ramdeen, Joseph
Bermudez, Police Officer Miguel Santiago, Police
Officers John Does, Raymond W. Kelly, Commissioner
of the New York City Police Department, Mayor Bill de
Blasio, individually and in his official capacity,

     Defendants - Appellees,

New York City Police Officer Rodriguez, New York
City, in his official and individual capacity, New York
City Police Officer Goodman, in his official and
individual capacity, Police Officers Jane Doe(s), New
York City, in her official and individual capacity, New
York City Police Officers Michael Cousin Hayes, Shield
#3487, in his individual capacity, New York City Police
Officer Angelica Salmeron, Shield #7116, in her
individual capacity, Luis Pichardo, Shield #00794, in his
individual capacity, New York City Police Sergeant
James Kelly, Shield #92145, in his individual capacity,
New York City Police Officer Cormac Joyce, Shield
#31274, in his individual capacity, New York Police
Officers Eric Hernandez, Shield #15957, in his
individual capacity, New York City Police Officer
Christopher Moran, in his individual capacity, NYC
Police Officer John Doe #2, in his individual capacity,
NYC Police Officers John Does, 1-11, in their individual
capacities, New York City Housing Authority,

     Defendants,

v.

Patrolmen's Benevolent Association of the City of New
York, Detectives' Endowment Association, Inc., New
York City Police Department Captains Endowment
Association, Lieutenants Benevolent Association of the
City of New York, Inc., Sergeants Benevolent
Association,

     Intervenors.

_____

On December 9, 2021, the Court in error so ordered a stipulation withdrawing the appeal without prejudice to reinstatement.

IT IS HEREBY ORDERED that the order is vacated, and the appeal is reinstated.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit