UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAENEAN LIGON, *et al.*,

                      Plaintiffs,

-against-

CITY OF NEW YORK,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion to vacate the Stipulation of Settlement and Order in this action. ECF Nos. 586–589. By **September 30, 2025**, Plaintiffs shall file their response. By **October 14, 2025**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge