```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __4/16/2026__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAENAN LIGON, et al.,

                         Plaintiffs,

           -against-

CITY OF NEW YORK, et al.,

                         Defendants.

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Monitor's proposed plan for the New York City Department of Investigations ("DOI") to audit the New York City Police Department's ("NYPD") practices to determine whether the NYPD has continued to engage in any activities resembling the Trespass Affidavit Program. *See* ECF No. 608-1. The City of New York shall conduct the audits in the manner described in the Monitor's submission at ECF No. 608-1. The Monitor shall file a status update **within three months** of the DOI's delivery of each audit to the Monitor.

        SO ORDERED.

Dated: April 16, 2026
        New York, New York

_____
            ANALISA TORRES
        United States District Judge